**COMPOSITE EXHIBIT B**

| | |
|---|---|
| From: | Malvarosa, Lorenzo - Ch. Op. Officer V.Ships Leisure - MD V.Ships Monaco |
| To: | "Sauleau, Christian" |
| Subject: | RE: Vacuum pipe deck 11 |
| Date: | Wednesday, December 29, 2004 2:18:05 AM |

Vittorio , a cosa si riferisce?
Cosa c'entra Vships /Celtic?
Basano il programma ecologico su Margaret ? Siamo sicure che quei prodotti siano ecologici ? Che risutati danno?
Ho grande stima di Margaret ma So che quanlche compagnia non si fornisce piu da lei?
E' policy di RSSC di fornire solo BioHepburn?quindi diremo ai purchasing mrg di non fornire piu' Unitor.

lm


-----Original Message-----
From: Sauleau, Christian [mailto:csauleau@radisson.com]
Sent: 28 December 2004 23:50
To: Vittorio.Facco@celtic-pacific.co.uk; lorenzo.malvarosa@vships.com
Subject: FW: Vacuum pipe deck 11


Vittorio, Lorenzo

We need to discuss this issue, I cannot tell Mark and Ken that we are implementing a program and are preparing a PR release with JM Cousteau and having the ship not wanted to follow.
Just to remind you it was discussed with Marilyn Nelson and Curtis. Someone will need to explain at what one point of time to them .

Rgds

Christian
Executive Vice President, Operations
Radisson Seven Seas Cruises
954 776 6123 xt 344
csauleau@radisson.com

-----Original Message-----
From: Nordseth, Andre
Sent: Tuesday, December 28, 2004 5:40 PM
To: Robie, Carl; Sauleau, Christian
Subject: RE: Vacuum pipe deck 11

I checked on the Mariner, they don't use it at all where they can, but rather use Unitor & Ecolab.

The problem is the support from Vships/CPUK and some Sr. Officers. More documentation on the application is not required, especially on BIO ET & BIO WC products, and even BIO clean for deck dept.

I was shocked on the Mariner.

-----Original Message-----
From: Robie, Carl
Sent: Tuesday, December 28, 2004 5:22 PM
To: Sauleau, Christian; Nordseth, Andre
Subject: RE: Vacuum pipe deck 11

I would recommend we review the how the product is being used. I do not believe we have consistent use of products throughout the vessels.

VSLSAM 016072

Andre,

If time permits, possibly we can review tomorrow or next week and send out communication on applications. Also, we still need to move on getting the ECOLAB and other (marine/technical specific) products off the MXP and AMOS standard item lists. Jeff has confirmed consumption has increased on the Hepburn BIO products for hotel, but we need to see how it is being applied.

Thanks,

Carl Robie
Director Sourcing & Procurement
Radisson Seven Seas Cruises

Ph:954.776.6123 ext. 365
Fax: 954.776.9132
eMail: crobie@radisson.com


-----Original Message-----
From: Sauleau, Christian
Sent: Tuesday, December 28, 2004 4:45 PM
To: Nordseth, Andre; Robie, Carl
Subject: FW: Vacuum pipe deck 11



Christian
Executive Vice President, Operations
Radisson Seven Seas Cruises
954 776 6123 xt 344
csauleau@radisson.com

-----Original Message-----
From: Facco, Vittorio - Celtic Pacific [mailto:vittorio.facco@celtic-pacific.co.uk]
Sent: Tuesday, December 28, 2004 8:10 AM
To: Seven Seas Navigator Chief Engineer; Celtic Pacific - Technical Dept
Cc: Seven Seas Navigator Hotel Director; Seven Seas Navigator Master; Sauleau, Christian
Subject: RE: Vacuum pipe deck 11

hi chief,
we should continue to monitor the use of the biological products. When possible ( it will be difficult before next DD), we will organize a chemical cleaning of the system. Looking forward to see you soon, regards Vittorio Facco

-----Original Message-----
From: Chief Engineer (Navigator) [mailto:navcheng@navadmin.com]
Sent: 28 December 2004 01:37
To: Celtic Pacific Technical Dept. (tec@celtic-pacific.co.uk)
Cc: Vittorio Facco
Subject: FW: Vacuum pipe deck 11


Good Morning:
Please have a look of the status of vacuum pipe on deck eleven. We are now changing some accessible pipes as immediate response. I already highlighted months ago that I have some doubts on the effectiveness (or missuse??Hotel department says they use regularly) of this new chemical due to problems we had in other area. Waiting yours Regards Ciro D'ALESSANDRO Chief Engineer SEVEN SEAS NAVIGATOR

VSLSAM 016073

> -----Original Message-----
> From:        Hotel Engineer (Navigator)
> Sent: Monday, December 27, 2004 8:56 PM
> To:   Chief Engineer (Navigator)
> Subject:     Vacuum pipe deck 11
>
> Good evening Chief,
>
> I don't know if the bio-et is not used on this deck or the chemical is
not effective..........
>
> Pictures are self explanatory
>
> Brgds
>
> Panigo Emiliano
> Hotel Engineer
> Seven Seas Navigator
>
> >  <<DSCN2195.JPG>> > >  <<DSCN2199.JPG>>

This email has been scanned for all viruses by the MessageLabs Email Security System.

************************************************************
************************************
This email is confidential and intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error please contact the sender.

This email has been scanned for all viruses by the MessageLabs Email Security System.

VSLSAM 016074

| | |
|---|---|
| From: | Malvarosa, Lorenzo - Ch. Op. Officer V.Ships Leisure - MD V.Ships Monaco |
| To: | "Sauleau, Christian" |
| Subject: | RE: Vacuum pipe deck 11 |
| Date: | Wednesday, December 29, 2004 2:18:05 AM |

Vittorio , a cosa si riferisce?
Cosa c'entra Vships /Celtic?
Basano il programma ecologico su Margaret ? Siamo sicure che quei prodotti siano ecologici ? Che risutati danno?
Ho grande stima di Margaret ma So che quanlche compagnia non si fornisce piu da lei?
E' policy di RSSC di fornire solo BioHepburn?quindi diremo ai purchasing mrg di non fornire piu' Unitor.

lm


-----Original Message-----
From: Sauleau, Christian [mailto:csauleau@radisson.com]
Sent: 28 December 2004 23:50
To: Vittorio.Facco@celtic-pacific.co.uk; lorenzo.malvarosa@vships.com
Subject: FW: Vacuum pipe deck 11


Vittorio, Lorenzo

We need to discuss this issue, I cannot tell Mark and Ken that we are implementing a program and are preparing a PR release with JM Cousteau and having the ship not wanted to follow.
Just to remind you it was discussed with Marilyn Nelson and Curtis. Someone will need to explain at what one point of time to them .

Rgds

Christian
Executive Vice President, Operations
Radisson Seven Seas Cruises
954 776 6123 xt 344
csauleau@radisson.com

-----Original Message-----
From: Nordseth, Andre
Sent: Tuesday, December 28, 2004 5:40 PM
To: Robie, Carl; Sauleau, Christian
Subject: RE: Vacuum pipe deck 11

I checked on the Mariner, they don't use it at all where they can, but rather use Unitor & Ecolab.

The problem is the support from Vships/CPUK and some Sr. Officers. More documentation on the application is not required, especially on BIO ET & BIO WC products, and even BIO clean for deck dept.

I was shocked on the Mariner.

-----Original Message-----
From: Robie, Carl
Sent: Tuesday, December 28, 2004 5:22 PM
To: Sauleau, Christian; Nordseth, Andre
Subject: RE: Vacuum pipe deck 11

I would recommend we review the how the product is being used. I do not believe we have consistent use of products throughout the vessels.

VSLSAM 016075

Andre,

If time permits, possibly we can review tomorrow or next week and send out communication on applications. Also, we still need to move on getting the ECOLAB and other (marine/technical specific) products off the MXP and AMOS standard item lists. Jeff has confirmed consumption has increased on the Hepburn BIO products for hotel, but we need to see how it is being applied.

Thanks,

Carl Robie
Director Sourcing & Procurement
Radisson Seven Seas Cruises

Ph:954.776.6123 ext. 365
Fax: 954.776.9132
eMail: crobie@radisson.com


-----Original Message-----
From: Sauleau, Christian
Sent: Tuesday, December 28, 2004 4:45 PM
To: Nordseth, Andre; Robie, Carl
Subject: FW: Vacuum pipe deck 11



Christian
Executive Vice President, Operations
Radisson Seven Seas Cruises
954 776 6123 xt 344
csauleau@radisson.com

-----Original Message-----
From: Facco, Vittorio - Celtic Pacific [mailto:vittorio.facco@celtic-pacific.co.uk]
Sent: Tuesday, December 28, 2004 8:10 AM
To: Seven Seas Navigator Chief Engineer; Celtic Pacific - Technical Dept
Cc: Seven Seas Navigator Hotel Director; Seven Seas Navigator Master; Sauleau, Christian
Subject: RE: Vacuum pipe deck 11

hi chief,
we should continue to monitor the use of the biological products. When possible ( it will be difficult before next DD), we will organize a chemical cleaning of the system. Looking forward to see you soon, regards Vittorio Facco

-----Original Message-----
From: Chief Engineer (Navigator) [mailto:navcheng@navadmin.com]
Sent: 28 December 2004 01:37
To: Celtic Pacific Technical Dept. (tec@celtic-pacific.co.uk)
Cc: Vittorio Facco
Subject: FW: Vacuum pipe deck 11


Good Morning:
Please have a look of the status of vacuum pipe on deck eleven. We are now changing some accessible pipes as immediate response. I already highlighted months ago that I have some doubts on the effectiveness (or missuse??Hotel department says they use regularly) of this new chemical due to problems we had in other area. Waiting yours Regards Ciro D'ALESSANDRO Chief Engineer SEVEN SEAS NAVIGATOR

VSLSAM 016076

```
>  -----Original Message-----
> From:      Hotel Engineer (Navigator)
> Sent: Monday, December 27, 2004 8:56 PM
> To:   Chief Engineer (Navigator)
> Subject:      Vacuum pipe deck 11
>
> Good evening Chief,
>
> I don't know if the bio-et is not used on this deck or the chemical is
not effective..........
>
> Pictures are self explanatory
>
> Brgds
>
> Panigo Emiliano
> Hotel Engineer
> Seven Seas Navigator
>
> >  <<DSCN2195.JPG>> > >  <<DSCN2199.JPG>>
```

This email has been scanned for all viruses by the MessageLabs Email Security System.

********************************************************************
**********************************

This email is confidential and intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error please contact the sender.

This email has been scanned for all viruses by the MessageLabs Email Security System.

| | |
|---|---|
| **From:** | Facco, Vittorio - Senior Projects Manager |
| **To:** | "monica@mariottiyard.it"; "Rick.Hof." |
| **Cc:** | Bensaid, Sophie; "technical office Celtic Pacific"; Malvarosa, Lorenzo; Murolo, Pantaleo - Electrical Superintendent; "Reinhard.Swoboda@sam-electronics.de"; "Guenter.Vogelbein@sam-electronics.de" |
| **Subject:** | SS VOYAGER. STEERING SYSTEM. |
| **Date:** | Tuesday, July 01, 2003 4:10:34 AM |

Dear Mr. NICOLINI and Mr. HOF,
following our previous communication on the matters, please note that the values indicated in our fax dated June the 27th are to be considered temporary, awaiting your full proposal to restore the rotating speed of the Pods as stated in the Technical Specification Cpt 13.9 Propulsion Unit/Installation Block( 9 deg/sec) and in Cpt 6.2 Maneuvering Performance/ Steering ( 1,5 rpm in all modes).
Waiting your confirmation,
Regards
Vittorio Facco

VSLSAM 013328

| | |
|---|---|
| **From:** | Facco, Vittorio - Senior Projects Manager |
| **To:** | "monica@mariottiyard.it"; "Rick.Hof." |
| **Cc:** | Bensaid, Sophie; "technical office Celtic Pacific"; Malvarosa, Lorenzo; Murolo, Pantaleo - Electrical Superintendent; "Reinhard.Swoboda@sam-electronics.de"; "Guenter.Vogelbein@sam-electronics.de" |
| **Subject:** | SS VOYAGER. STEERING SYSTEM. |
| **Date:** | Tuesday, July 01, 2003 4:10:34 AM |

Dear Mr. NICOLINI and Mr. HOF,
following our previous communication on the matters, please note that the values indicated in our fax dated June the 27th are to be considered temporary, awaiting your full proposal to restore the rotating speed of the Pods as stated in the Technical Specification Cpt 13.9 Propulsion Unit/Installation Block( 9 deg/sec) and in Cpt 6.2 Maneuvering Performance/ Steering ( 1,5 rpm in all modes).
Waiting your confirmation,
Regards
Vittorio Facco

VSLSAM 013329

| | |
|---|---|
| From: | Facco, Vittorio - Senior Projects Manager |
| To: | "monica@mariottiyard.it"; "Rick.Hof." |
| Cc: | Bensaid, Sophie; "technical office Celtic Pacific"; Malvarosa, Lorenzo; Murolo, Pantaleo - Electrical Superintendent; "Reinhard.Swoboda@sam-electronics.de"; "Guenter.Vogelbein@sam-electronics.de" |
| Subject: | SS VOYAGER. STEERING SYSTEM. |
| Date: | Tuesday, July 01, 2003 5:59:22 AM |

Dear Mr. NICOLINI and Mr. HOF,
following our previous communication on the matters, please note that the values indicated in our fax dated June the 27th are to be considered temporary, awaiting your full proposal to restore the rotating speed of the Pods as stated in the Technical Specification Cpt 13.9 Propulsion Unit/Installation Block( 9 deg/sec) and in Cpt 6.2 Maneuvering Performance/ Steering ( 1,5 rpm in all modes).
Waiting your confirmation,
Regards
Vittorio Facco

VSLSAM 013330

| | |
|---|---|
| From: | Facco, Vittorio - Senior Projects Manager |
| To: | "monica@mariottiyard.it"; "Rick.Hof." |
| Cc: | Bensaid, Sophie; "technical office Celtic Pacific"; Malvarosa, Lorenzo; Murolo, Pantaleo - Electrical Superintendent; "Reinhard.Swoboda@sam-electronics.de"; "Guenter.Vogelbein@sam-electronics.de" |
| Subject: | SS VOYAGER. STEERING SYSTEM. |
| Date: | Tuesday, July 01, 2003 5:59:22 AM |

Dear Mr. NICOLINI and Mr. HOF,
following our previous communication on the matters, please note that the values indicated in our fax dated June the 27th are to be considered temporary, awaiting your full proposal to restore the rotating speed of the Pods as stated in the Technical Specification Cpt 13.9 Propulsion Unit/Installation Block( 9 deg/sec) and in Cpt 6.2 Maneuvering Performance/ Steering ( 1,5 rpm in all modes).
Waiting your confirmation,
Regards
Vittorio Facco

VSLSAM 013331