IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  09-23411-CIV-UNGARO/SIMONTON

SEVEN SEAS CRUISES S. DE R. L.,
f/k/a CLASSIC CRUISE HOLDINGS, S. DE
R.L., LLC, d/b/a REGENT SEVEN SEAS
CRUISES, INC., *et al.*,

      Plaintiffs,

v.

V.SHIPS LEISURE SAM, *et al.*,

      Defendants.

## PLAINTIFFS' NOTICE OF FILING
## THE DEPOSITION TRANSCRIPT OF LORENZO MALVAROSA

Plaintiffs hereby give notice of filing: the May 3, 2011 deposition transcript of Lorenzo Malvarosa with exhibits nos. 3, 4, 5, 6, 7, 8, 9, 11, 13, 17, 20, 21, 22, 23, 29, 31, 33, 34, 35, 38, 39, 40, 43, 44, 46, 47, 50, 52, 61, 63, 65, 66, and 67.

Dated:  May 10, 2011

Respectfully submitted,

/s/ *Daniel A. Casey*
Daniel A. Casey, Esq.
Florida Bar No. 327972
daniel.casey@klgates.com
Steven R. Weinstein, Esq.
Florida Bar No. 985848
steven.weinstein@klgates.com
Christina M. Paul Esq.
Florida Bar. No. 0596876
christina.paul@klgates.com
**K&L GATES LLP**
Wachovia Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131
Telephone:  305.539.3300
Facsimile:  305.358.7095
*Attorneys for Plaintiffs*

MI-372805 v1

- 2 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court this 10th day of May, 2011 by using the CM/ECF system, which will send a notice of electronic filing to the following:

Michael T. Moore, Esq.
Clay M. Naughton, Esq.
Scott A. Wagner, Esq.
Moore & Company
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Telephone:  786.221.0600
Facsimile:  786.221.0601
mmoore@moore-and-co.net
cnaughton@moore-and-co.net
swagner@moore-and-co.net
*Attorneys for Defendants*

/s/ *Daniel A. Casey*