

Seven Seas Cruises et al v. V Ships Leisure Sam et al

Deposition of Lorenzo Malvarosa (Volume II)

May 3, 2011

Opus 2 International - Official Court Reporters

Phone:      +44 (0)20 3008 5900
Email:      depos@opus2international.com
Website:    http://www.opus2international.com

1            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF FLORIDA
2

3      ------------------------------------

4      SEVEN SEAS CRUISES S. DE R.L.,
       f/k/a CLASSIC CRUISE HOLDINGS,
5      S. DE R.L., LLC, d/b/a REGENT
       SEAS CRUISES, INC., et al., COMPANY,
6                              Plaintiffs,

7      vs.

8      V.SHIPS LEISURE SAM, et al,

9                              Defendants.

10     ------------------------------------

11            Case No. 09-23411-CIV-UNGARO/SIMONTON

12

13

14              Deposition of:

15          MR LORENZO MALVAROSA

16               (Volume II)

17

18              taken at:

19          V.Ships Monaco SAM
         24 Avenue de Fontvielle
20            PO Box 630
            Monaco 98000

21

22       on Tuesday, 3rd May 2011
          commencing at 2.19 pm

23

24

25

May 3, 2011          Seven Seas Cruises et al v. V Ships Leisure Sam et al          Lorenzo Malvarosa (Volume II)

2

```
 1                    A P P E A R A N C E S

 2        For the Plaintiffs:

 3                MR DANIEL CASEY

 4                K&L Gates LLP

 5                Wachovia Financial Center

 6                200 South Biscayne Boulevard, Suite 3900

 7                Miami, FL 33131-2399

 8                Tel: 305 539 3316

 9                E-mail: dan.casey@klgates.com

10

11        For the Defendants:

12                MR CLAY NAUGHTON

13                Moore & Company PA

14                355 Alhambra Circle, Suite 1100

15                Coral Gables, Florida 33134

16                Tel:  786 221 0600

17

18        Court Reporter:

19                Ms Melanie Ball

20                Opus 2 International

21                1 Bell Yard

22                London

23                WC2A 2JR

24                England

25                Telephone: +44 (0) 20 3008 5900
```

1                          I N D E X

2      Contents                                          Page

3      **MR LORENZO MALVAROSA:**

4          Direct examination by MR CASEY              6

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              L I S T   O F   E X H I B I T S

 2      The following exhibits were shown to the witness:

 3    Exhibit number                                    Page

 4    Exhibit 3                                            7

 5    Exhibit 4                                           16

 6    Exhibit 5                                           21

 7    Exhibit 6                                           23

 8    Exhibit 7                                           28

 9    Exhibit 8                                           31

10    Exhibit 9                                           38

11    Exhibit 11                                          39

12    Exhibit 13                                          41

13    Exhibit 17                                          45

14    Exhibit 20                                          50

15    Exhibit 21                                          52

16    Exhibit 22                                          53

17    Exhibit 23                                          54

18    Exhibit 29                                          58

19    Exhibit 31                                          59

20    Exhibit 33                                          62

21    Exhibit 34                                          65

22    Exhibit 35                                          67

23    Exhibit 38                                          69

24    Exhibit 39                                          74

25
```

1       Exhibit 40                                              79
2       Exhibit 43                                              83
3       Exhibit 44                                              89
4       Exhibit 46                                              92
5       Exhibit 47                                              94
6       Exhibit 50                                              95
7       Exhibit 52                                              99
8       Exhibit 61                                             101
9       Exhibit 63                                             104
10      Exhibit 65                                             104
11      Exhibit 66                                             106
12      Exhibit 67                                             107
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                                   Tuesday, 3rd May 2011

 2     (2.19 pm)

 3                    MR LORENZO MALVAROSA

 4                having been duly sworn,

 5                  testified as follows:

 6            Direct examination by MR CASEY:

 7          MR CASEY:  Morning, Mr Malvarosa.

 8          A.  Good morning.

 9          Q.  Sir, you should have in front of you

10     a book with number -- with a number of tabbed

11     documents.  Do you have that?

12          A.  Yes, I have.

13          Q.  Probably a series of books.

14          A.  Yes, I have.

15          Q.  For the purpose of this deposition or

16     this continuation of your deposition I will be

17     referring to the various documents by the number that

18     appears on the tab.

19          A.  Yes.

20          Q.  For the record these are the tabbed

21     exhibits as they were tabbed in the Plaintiffs'

22     Prejudice Log in support of its motion to strike.

23          A.  Yes.

24          Q.  Mr Malvarosa, could you please state

25     your full name?
```

1                A.   Lorenzo Malvarosa.

2                Q.   What is your current business address?

3                A.   My current business address is here in

4    V.Ships, 2... -- I read very carefully.  This is --

5    the number is 24 Avenue de Fontvieille, Fontvieille.

6                Q.   In Monaco?

7                A.   Monaco, yes.

8                Q.   Sir, this is a continuation of your

9    previous deposition --

10               A.   Yes.

11               Q.   -- and the rules that we discussed at

12   your previous deposition still apply.  Okay?

13               A.   Yes.

14               Q.   Could you please turn to document number

15   3, the document that is tabbed number 3 in the book in

16   front of you?

17               (Exhibit number 3 shown to witness)

18               A.   Yes.  Just a second.  I have to go

19   through.  Yes, I have.

20               Q.   Do you see the first page of exhibit

21   number 3?

22               A.   Yes.

23               Q.   The first page is an e-mail from you

24   dated September 30th, 2005 to Mauro Terrevazzi, Ettore

25   Bonaventura --

1          A.   Yes.

2          Q.   -- Roberto Giorgi and cced to Per

3     Bjornsen.  Is that correct?

4          A.   Yes.

5          Q.   The subject on the e-mail is "Fee

6     Service" --

7          A.   Yes.

8          Q.   -- "200905.xls".  Is that correct?

9          A.   Yes, correct.

10         Q.   And the text of the e-mail says:

11         "Please see attached summary of services

12    given by V.Ships to CPUK and RSSC.

13         LM."

14         Is that correct?

15         A.   Yes, correct.

16         Q.   Mr Malvarosa, what was the purpose of

17    this e-mail?

18         A.   The purpose of this e-mail was at the

19    time to specify exactly what we are doing compared to

20    the fees, and this was given to the owner and to

21    Mr Giorgi, who at the time was the CEO I think, and so

22    giving the detail what we are doing.

23         Q.   What who is doing for whom?

24         A.   What V.Ships was doing for various

25    parties.  There was Celtic.  There was -- just

1      a moment, because I cannot read very well, because

2      they are all black -- and RSSC here.

3              **Q.**  And RSSC.  Correct?

4              **A.**  Yes.

5              **Q.**  And these are all services that V.Ships

6      was providing for the ships of the Regent fleet at the

7      time.  Correct?

8              **A.**  This was, yes, the Navigator, for what

9      was the Navigator, the Voyager, the Mariner, etc, yes.

10             **Q.**  Mr Malvarosa, on the first page of

11     exhibit number 3 you sent that e-mail from your

12     marine -- your maritimelink.com e-mail address.  Do

13     you know why you sent it from that e-mail address?

14             **A.**  Oh, I don't know.  Maritime --

15     maritimelink.com.  This was -- no, I don't know.  No.

16             **Q.**  You sent it to those gentleman who

17     pretty much comprise V.Ships senior leadership along

18     with yourself at the time.  Is that correct?

19             **A.**  Yes, correct.

20             **Q.**  Could you turn to the page that is

21     attached to the e-mail?  Now there's a document in

22     front of it called a placeholder image.

23             **A.**  Yes.

24             **Q.**  At the bottom of it it has document

25     number A0389505.  Do you see that at the bottom of the

1    placeholder image document?

2              **A.**   Sorry.

3              **Q.**   Mr Malvarosa, the document behind the

4    placeholder image with that number, what is that

5    document?

6              **A.**   It's a sort of spreadsheet.  It's

7    a spreadsheet.  It's page 4 of 4.  Hello.

8              **Q.**   I'm sorry.  I didn't -- I didn't get

9    what you said.

10              **A.**   It's a spreadsheet and it's page 4 of 4.

11    Probably the number of the document has been cut out.

12    I don't have a clear number of the document.

13              **Q.**   What was on the preceding three pages?

14              **A.**   On the preceding pages there was

15    exhibit 3 and then there was an e-mail and then there

16    was placeholder image.  Then there is this page.

17              **Q.**   Correct, this page.  All right.  What is

18    page -- the last page of exhibit number 3?

19              **A.**   Yes.

20              **Q.**   What does that document describe?

21              **A.**   This document describe several services

22    that were given to Celtic and to RSSC for anything on

23    top.

24              **Q.**   You broke the description of the

25    contractual services down into three categories.

May 3, 2011          Seven Seas Cruises et al v. V Ships Leisure Sam et al          Lorenzo Malvarosa (Volume II)

11

```
 1              A.   Uh-huh.

 2              Q.   One category is -- says "Manning &

 3     Ancillary Services Celtic/V.Ships, Contractual

 4     Services".  Do you see that?

 5              A.   Yes.

 6              Q.   You list the services for all the ships

 7     provided under in that category.  Correct?

 8              A.   Yes.

 9              Q.   The second category is "Management

10     Services" and the subcategory is "Contractual Services

11     for UK Tax Compliance".  Do you see that?

12              A.   Yes.

13              Q.   Is that another series of services that

14     you provided for those ships in that category?

15              A.   Yes.

16              Q.   Why did you characterise those services

17     as "Contractual Services for UK Tax Compliance"?

18              A.   Because probably I was asked to do so.

19     Now I don't remember by heart, but anyway this more or

20     less reflect the situation.  Evidently if this was

21     going now I don't remember exactly.  I think this was

22     requested by the owners in order to know exactly what

23     we were doing, because at the time I think also in my

24     first deposition I specify that there was some tension

25     about the fees.  They want to reduce and so there was
```

12

1    a fight on the fees -- fight -- a discussion, not

2    a fight.  Yes.

3             Q.   The third category -- the fees that are

4    under "Management Services, Contractual Services for

5    UK Tax Compliance", those were the fees that were paid

6    that were being provided under the Management Service

7    Agreement with RSSC?

8             A.   Let me see.  Well, "Marine planning,

9    Recruitment ..., Hotel crew travel, Accounting ..."

10   Probably yes.  No, I don't have in front of me the two

11   different contracts, because there was a contracts

12   with RSSC and there was a contract with CPUK.  So

13   I think the first one, Celtic, are the one under the

14   contract of CPUK.  The second one are the contract

15   with RSSC.  Yes.

16            Q.   The first category head says category

17   for "Services Provided in Addition".  Do you see that?

18            A.   Yes.

19            Q.   What were those services?

20            A.   Well, these were things that we were

21   doing that were not -- were just support services, but

22   we were doing more and above what we thought was the

23   normal -- the normal let's say.  So were just support

24   service on top of the support service we were already

25   providing.

1      Q.   So these were support services on top of

2   the services under the two other contracts?

3      A.   Well, we thought, let's say, we were not

4   totally satisfied on the fees and we just point out we

5   should do insurance but we are doing far more

6   insurance that was worth on the super service

7   agreement.  We should help them into -- into emergency

8   situation, but we were helping more on electrical,

9   electronic, etc.

10       So there was some issue that we thought at

11   the time were on top of, let's say, our duty of the

12   contract.  Were still ancillary services but ancillary

13   services on top of the ancillary service contract.

14      Q.   Okay.  So these were services that were

15   being provided in addition to the contractual -- the

16   services under the written contract.  Is that correct?

17       MR NAUGHTON:   Objection to form.

18      A.   No.  I mean, let's say they were

19   extension of what are the contract, because, in fact,

20   there was -- for instance, the "Procurement and Marcas

21   Access" was already in the contract.  Dry-dock is same

22   the Marcas, because we were doing -- we were doing

23   a lot of service on dry-dock.  Insurance was already,

24   in fact, in the contract, in one of the contracts.

25   You can see contractual services.

1      Q.   But, Mr Malvarosa --

2          A.   We were doing -- we were doing more than

3      what basically we anticipate to do, you know.  So if

4      we have a contract for insurance, but then we spend

5      far more time and issue, we say, "Gentlemen, we don't

6      think it's fair to try to reduce our fees, because we

7      are doing a lot", you know.

8          Q.   Tell me -- let's go through each of the

9      "Services Provided in Addition" on the last column of

10     exhibit number 3.

11         A.   Yes.

12         Q.   It's the fourth page of exhibit number

13     3.

14         A.   Okay.

15         Q.   "V.Ships effective backstage

16     management."

17         A.   Yes.

18         Q.   What is backstage management?

19         A.   I think backstage -- I mean, again we

20     are not -- we are not English, an English

21     organisation, and I think the backstage came probably

22     from Mr Terrevazzi and Mr Bonaventura saying, "What do

23     you do backstage in addition?"  I mean, in a sense

24     that is what you are doing on top of that, you know.

25     So backstage is the significance.

1          Q.   "Electronic, electrical monitoring &

2     management."

3               What kind of electrical management was being

4     done?

5          A.   Electrical -- I mean, for instance, in

6     the pod -- mainly is issue relevant to the pod,

7     because there were lot of problem on the pod.  So we

8     were practically calling -- I mean, again mostly

9     related to claim.  So the pod was a very critical

10    item, and we were supporting CPUK at the time in

11    having, let's say, not the expertise, because the

12    expertise they had, but to try to reply to all the

13    questions that were coming up.

14               You know, in this thing you have two choice,

15    I mean, if you are a manager.  So CPUK had two choice.

16    One is to go to the maker.  So the maker ask -- at the

17    time ask the average $2,000, $3,000 a day for

18    a service man, or to have some expert to whom to talk.

19    So we were -- because in particular this was Mr Murolo

20    that followed the newbuilding, and so he was trained

21    during the newbuilding of the Mariner and during the

22    newbuilding of the Voyager for this electronic issue.

23    So CPUK sometimes they were calling him and say,

24    "Look, what's -- how we can repair this?", you know.

25    That's very simple issue, let's say, basic mechanical

1    issue -- not basic mechanical -- basic electrical

2    issue.

3            **Q.**   Mr Malvarosa, could you please turn to

4    exhibit number 4?

5            (Exhibit number 4 shown to witness)

6            **A.**   4.  Yes.  Yes.

7            **Q.**   The first page of exhibit number 4 is an

8    e-mail from Per Bjornsen to you, "Subject: RSSC" and

9    attaches another copy of the fee agreement.  Who was

10   Mr Bjornsen in October of 2005?

11           **A.**   Sorry.  Was?  Can you repeat?

12           **Q.**   Yes.  What position did Mr Bjornsen hold

13   with --

14           **A.**   Bjornsen was a Marketing Project -- as

15   it's on here, Project Director Marketing.  I mean,

16   he's a commercial guy, Mr Bjornsen, but he also made

17   for me -- let's say, if I had a spreadsheet to do, I

18   am not expertise or the capacity to do it.  So he

19   was -- he was generally also drafting whatever is

20   necessary for presentation and things like this.

21           **Q.**   Could you turn to the last page of

22   exhibit number 4?

23           **A.**   Yes.

24           **Q.**   Another -- it's another chart.

25           **A.**   Yes.

1          Q.   Do you see that?  Are the categories of

2     services that are provided on the chart that is the

3     last page of exhibit 4 the same as the categories of

4     services that we just talked about on the last page of

5     exhibit number 3?

6          A.   Let me see.

7          Q.   So there is a category for "Manning &

8     Ancillary Services Celtic ..." --

9          A.   Yes, yes, there is some changes, but

10    probably because this most likely is a subsequent

11    version.  We didn't like some word again, because this

12    was not done directly by me.  He probably, Bjornsen,

13    went to the secretary and there were things that were

14    probably incorrect and we review.  Now I don't know

15    the date, which is the first and which is the second.

16    This October 3rd -- sorry -- and the other one is

17    September 30.  So one probably -- I don't know -- I

18    don't remember why this was changed to be honest,

19    because it should be the opposite, yes.

20         Q.   Okay, but there's a category of services

21    under the "Manning & Ancillary Services

22    Celtic/V.Ships" that describes services.  Those were

23    the services you were providing under the Manning &

24    Ancillary Services Agreement.  Correct?

25         A.   Uh-huh, yes.

18

1        Q.   There's another column for "Contractual

2   Services for UK Tax Compliance".   Those were the

3   services you were providing pursuant to the Management

4   --

5             COURT REPORTER:   Sorry.   Sorry.   Mr --

6             MR CASEY:   -- Service Agreement with RSSC.

7   Correct?

8             COURT REPORTER:   Sorry, Mr Casey.   Could you

9   repeat that, because we got distracted?   Somebody

10   brought a message into the room.   We just got a bit

11   distracted there.

12             MR CASEY:   Sure.   Sure.   There was -- there

13   is a column for "Contractual Services for UK Tax

14   Compliance".   That is -- that is a list of the

15   services you actually were providing at the time under

16   the Management Service Agreement with RSSC.   Is that

17   correct?

18        A.   Yes.

19        Q.   And then the second to last column is

20   called "Support Services (Backstage Management and

21   Support)".

22        A.   Yes, yes.

23        Q.   Those were the services you were

24   providing in addition to those two contracts.

25   Correct?

1      A.   Yes, yes.

2      Q.   Now this column starts with -- the

3  "Backstage Management and Support" column starts with

4  a category called "Senior V.Ships personnel

5  monitoring/assistance".

6      A.   Uh-huh.

7      Q.   What does that mean?

8      A.   It means there was a number of people.

9  For instance, electric/electronic, Murallo was

10  a senior manager in our organisation.  For instance, I

11  was also some time involved in the insurance.  So

12  there was some time my involvement on the insurance

13  side.  On the insurance side there was also our

14  Insurance Director for London some time involved, etc,

15  you know.  On the post newbuilding follow-up there's

16  been -- I mean, I was partly involved in newbuilding,

17  but there has been some senior manager that now has

18  left V.Ships many years ago to a naval architect that

19  were involved that were senior people.

20      Q.   It lists here, "Procurement assistance

21  and Marcas access".  Do you see that?

22      A.   Yes.

23      Q.   In addition to that it then lists --

24  there's a separate category, "Dry-dock assistance,

25  support, contracts".

1          **A.**  Yes, yes.

2          **Q.**  Do you see that?

3          **A.**  Yes, yes.

4          **Q.**  Those are listed as two separate

5  categories.  Correct?

6          **A.**  Yes, yes.

7          **Q.**  The dry-dock wasn't -- the dry-dock

8  there wasn't listed because of the work you were doing

9  with Marcas.  That was listed in another category.

10  The "Dry-dock assistance, support, contracts", they

11  were in addition to the "Procurement services and the

12  Marcas access".  Correct?

13          **A.**  Yes.  The dry-dock is separate, because

14  there is -- I mean, how we work, Marcas -- for

15  dry-dock is also Marcas, but there is a team of

16  people.  So Marcas purchasing is one Marcas.  Marcas

17  dry-dock is another -- is another, let's say,

18  organisation -- it is always Marcas but it's another

19  office, let's say.  What is doing, Marcas purchasing,

20  is trying to put bulk purchase and build up volume in

21  order to have discount.  What is doing, the dry-dock

22  people are doing the same, but the suppliers are so

23  different that you need different people, you know.

24  This is why this has been separate.

25          **Q.**  Mr Malvarosa, another category is

1     "Review of operational issues".  What does that mean?

2          A.  Well, this mean again if there were an

3     engine that has a problem, they could have called us

4     in order to see if we knew the answer or if we can

5     help.  As we -- I discussed I think with you when we

6     had our previous conference, this is a service that we

7     are doing also for other clients.  I mean, if

8     the client has a problem, he come to us.  This doesn't

9     mean that we are involved in their day-to-day or the

10    cost structure, etc, but if there is a problem with

11    the engine, say there is a problem, you know how to

12    solve this problem.  We go around maybe in our group

13    and we try to give the advice, you know.  It's just an

14    assistance to the owner to save them money and not to

15    go to the supplier.

16         Q.  And that category talks about that type

17    of assistance you provided in operational issues.

18    Correct?

19         A.  Yes, yes, yes.

20         Q.  Sir, could you turn to exhibit number 5?

21         (Exhibit number 5 shown to witness)

22         A.  Sorry.  One second.  I have to change my

23    ... 5.

24         Q.  Do you see that?

25         A.  Yes.

1          Q.   The first page of exhibit number 5 is an

2     e-mail from you once again using your maritimelink

3     e-mail address to Mr Terrevazzi, Bonaventura -- and

4     Mr Bonaventura.   Correct?

5          A.   5.

6          "... at the bottom the cost of the

7     contractual ...

8          The hotel crew ..."

9          Yes, yes.

10          Q.   This was sent on October 3rd, 2005.

11          A.   Yes.

12          Q.   You were sending them the further --

13     a newer version of the chart that you had sent them in

14     exhibit number 3.   Is that correct?

15          A.   Yes, probably.   Yes, yes.

16          Q.   With some changes on it?

17          A.   Well --

18          Q.   And the changes are -- is that correct?

19          A.   -- apparently I added only the -- it's

20     written here:

21          "We have added at the bottom the cost of the

22     contractual services.

23          The hotel crew is by person at 58 USD ...

24     and is not included."

25          Q.   Once again you are sending a copy of the

1    chart that is listed on the last page of exhibit

2    number 5.  Is that right?

3              **A.**  Yes.

4              **Q.**  Sir, could you turn to exhibit number 6,

5    please?  Do you see the first page of exhibit number

6    6?

7              (Exhibit number 6 shown to witness)

8              **A.**  Uh-huh.  Yes.

9              **Q.**  Exhibit number 6 is an e-mail sent from

10   you once again using your maratimelink e-mail address

11   on September 8th, 2006.  Is that correct?

12             **A.**  Yes.

13             **Q.**  You sent it to a gentleman by the name

14   of Elliot Gow, G-O-W?

15             **A.**  Yes.

16             **Q.**  Mr Gow served as the Chief Financial

17   Officer for V.Ships.

18             **A.**  Uh-huh.

19             **Q.**  Is that right?

20             **A.**  Yes, yes.  Correct.

21             **Q.**  You also sent it to Mr Bjornsen,

22   B-J-O-R-N-S-E-N.  Correct?

23             **A.**  Correct.

24             **Q.**  And you sent it to Mr Zito, Andrea Zito?

25             **A.**  Zito, yes, correct.

1          Q.   The Chief Operating Officer of V.Ships

2      Leisure.  Correct?

3          A.   Correct.

4          Q.   And the subject was "RSSC Presentation".

5      Correct?

6          A.   Yes, correct.

7          Q.   What was the purpose of sending this

8      chart, which is very similar to the charts in

9      exhibits 5 and 6 -- 4 and 5 -- what was the purpose of

10     sending that chart to these gentlemen in September of

11     2006?

12          A.   As far as I remember we produce

13     a presentation that you had already a copy, because

14     you show me when you were in Monaco, and again on the

15     same subject, fees, Tami was the new CFO I think of

16     Regent, and, of course, she also start looking into

17     the numbers and looking into reducing the fees, and we

18     just prepare by using what you show me before, a new

19     presentation that you had, in fact, because I remember

20     we discussed this when you were here in Monaco, and

21     again this was used for this presentation.

22          Q.   Okay, but why did you send -- so you

23     sent this chart to these gentlemen so they could help

24     you prepare that presentation for Miss Thraum?

25          A.   Of course.  Gow Elliot was CFO of

1    V.Ships Marine, as is written there, and Andrea Zito

2    was Chief Operating Officer.  So I just saying -- I

3    mean, here it is just self-explanatory I think.  The

4    number now I don't remember at all, but Tami was

5    saying that they pay 2.5 million.  It's not correct,

6    but they pay only 1.10 million.  I mean, things like

7    this.

8         Q.   Well, when you refer in the second

9    paragraph of the first page of exhibit number 6 --

10   when you refer to "Tumi", T-U-M-I, you're talking

11   about Tami Thraum --

12        A.   Yes.

13        Q.   -- the CFO of RSSC at that time?

14        A.   Yes, yes.  This is -- was a presentation

15   -- this was a presentation we produced and you have

16   a copy.  This was the discussion prior I think to

17   produce this presentation.

18        Q.   Okay.  One, two, three, four, five, six,

19   seven lines -- seven paragraphs down you have

20   a statement that says:

21        "CPUK can have a relatively low personnel

22   and cost as is heavily supported by VShips."

23        A.   Yes.

24        Q.   What does that mean?

25        A.   Well, I mean, we give support services,

26

1          plus they had the two persons that were inside their

2          office and we were paying.  I mean, they had I don't

3          remember how many employees -- six -- from six to

4          eight -- now I don't remember exactly the number --

5          but we had two of these persons.  They were the

6          purchasing people.  They were paid by us in front of

7          the -- in front of the service we were providing.

8                    Q.   Well, the two people you are talking

9          about are Kelvin McIldoon?

10                   A.   Yes, yes, exactly, yes.

11                   Q.   And a Brian Hernaman, H-E-R-N-A-M-A-N.

12         Correct?

13                   A.   Yes, exactly, exactly.

14                   Q.   You also had at that time -- I think in

15         September '06 didn't you also have -- did Mr Murolo

16         and Mr Favuzzi come over to work for the Regent fleet

17         at that time?

18                   A.   No.  I think it's later.

19                   Q.   It might have been later?

20                   A.   I think it's later.  I think it's later.

21                   Q.   But when you say that:

22                   "CPUK can have a relatively low personnel

23         and costs" --

24                   A.   Yes.

25                   Q.   -- as is heavily supported by V.Ships"

1     --

2               **A.**  Yes.

3               **Q.**  -- you meant exactly what that says.

4     Right?

5               **A.**  Well, I meant we had two people there

6     that were working, and we were paying a lot of money,

7     because they were costing quite a lot of money, and we

8     had on top of that all the support service, etc.  Yes?

9               **Q.**  In the second to last paragraph you

10    state:

11               "We can make an example of fees without

12    naming the ships compare to the tonnage/services."

13               What does that mean?

14               **A.**  That means that we have -- I mean, like

15    in any -- in any business I can -- of course, I cannot

16    give the ship, but I can say, "On this ship is so

17    much.  On the other ship is so much".  Of course, you

18    ever to compare apples with apples.  You have to

19    compare similar ships.  So to benchmark what we are

20    giving them, you know.

21               **Q.**  Right.  Did you think that the Navigator

22    was a similar ship to the Mariner?

23               **A.**  The Navigator was similar in the sense

24    of cost or in sense of physical?  What is your

25    question?  Can you repeat?

1      Q.   For instance, the Mariner was a much

2    larger ship than the Navigator.   Correct?

3      A.   Yes.

4      Q.   It was a 700 and some passenger ship and

5    the Navigator was a 500 passenger ship.   Correct?

6      A.   Yes.

7      Q.   So it was a much larger ship that

8    carried a lot more people.   Correct?

9      A.   Yes.

10      Q.   The Voyager was about the same size as

11    the Mariner.   Correct?

12      A.   Yes.

13      Q.   But the Navigator was the smallest of

14    the ships.   Correct?

15      A.   Yes.

16      Q.   Sir, could you turn to exhibit number 7?

17      (Exhibit number 7 shown to witness)

18      A.   Yes, I have.

19      Q.   Exhibit number 7 -- strike that.

20      You may remember that during our deposition

21    in Monaco --

22      A.   Yes.

23      Q.   -- you and I talked a little bit about

24    a presentation that you had given to RSSC --

25      A.   Uh-huh.

1          Q.   -- that was dated July 13th, 2005.  Do

2     you remember that?

3          A.   I don't remember, but if you say so,

4     yes.

5          Q.   Okay.  If you take a look at exhibit

6     number 7 and go back to the third page, you will see

7     the cover of the presentation, at least a draft of the

8     presentation at that time.

9          A.   "Presented to: ...", this one?

10          Q.   Excuse me?

11          A.   This one that say "Presented to:

12     Radisson Seven Seas Cruises"?

13          Q.   Yes, sir, that one.  The purposes of --

14     the purpose of exhibit number 7 is to show that you --

15     in preparing that presentation that you and I talked

16     about in Monaco you had actually sent that

17     presentation around to a number of different people

18     for their comment and soliciting changes on at least

19     seven separate times over the course of six days.

20          Do you remember vetting -- V-E-T-T-I-N-G --

21     vetting that presentation with a number of the members

22     of your senior management before it was ever presented

23     to Regent?

24          A.   You mean vetting?

25          Q.   I mean running it by them for their

1    comment and correction?

2          A.  No, I don't know.  I most likely have

3    done, but I don't remember specifically.

4          Q.  Let me show you what's been marked as

5    the -- if you go back to -- let's see if I can find

6    a good example.

7          Who was Lucrezia Pellicciotti?

8          A.  Was a secretary working for Per

9    Bjornsen.  Now is --

10         Q.  For who?

11         A.  For Per, Per Bjornsen.

12         Q.  Okay, and what was her function?

13         A.  Oh, nothing.  Producing -- producing

14   spreadsheets and doing secretarial work, assistance

15   work at the time.

16         Q.  Okay.  If you take a look -- if you go

17   through the book and go to the second -- there is

18   a series of green sheets that separate exhibits.  Do

19   you see that?

20         A.  No, because I have black and white.  I

21   receive -- if you give me the page, on top there is

22   written "Page 17 of ...", "Page 39 of ...".

23         Q.  Mine doesn't have pages on it.  There is

24   an e-mail here from Lucrezia Pellicciotti to Roberto

25   Giorgi, to you and to Per Bjornsen dated July 8th,

1    2005.  It says:

2              "Dear All,

3              Enclosed please find the final RSSC

4    presentation.  Please inform me if any further

5    changements need to be made."

6              Do you remember sending -- do you remember

7    receiving that e-mail that was sent to you, Mr Giorgi,

8    Mr Bjornsen soliciting any changes that you might have

9    to the final version?

10             A.  No, none.  I cannot remember, no.

11             Q.  Okay.  I can ask you about this in

12   person, if need be.

13             Let's turn to exhibit number 8, please.  I

14   have to get another book, so I will be back in

15   a second.

16             (Exhibit number 8 shown to witness)

17             A.  Exhibit number 8.

18             Q.  Okay.  Mr Malvarosa, have you found

19   exhibit number 8?

20             A.  I have.  8.

21             Q.  Sir, exhibit number 8 appears to be a

22   memo that was sent from you to the Ops Department and

23   a number of other people --

24             A.  Uh-huh.

25             Q.  -- carbon copied to Mr Giorgi and

32

1     Mr Bonaventura on December 22nd, 2000.  Is that

2     correct?

3              **A.**  Yes.

4              **Q.**  And the heading is "SQMS –

5     Reorganisation of V.Ships Leisure Technical Operation

6     Department".  Is that correct?

7              **A.**  Correct.

8              **Q.**  Is that what the title says?

9              **A.**  Yes, yes, correct, correct, affirm.

10             **Q.**  What do the letters SQMS stand for?

11             **A.**  Safety & Quality –– SQM –– Safety &

12    Quality Management.  So it's the Safety & Quality

13    organisation, you know.

14             **Q.**  The quality management system for the

15    V.Ships Leisure Technical Operations Department?

16             **A.**  SQMS.  SQMS is –– so there are ––

17    I think it is Safety & Quality Manual System.  So it

18    is what's required by the ISM.  We are giving

19    organisation chart to everybody to understand the

20    various tasks.

21             **Q.**  Okay.  This is a formal document?

22             **A.**  Is a ...?  Sorry.  Can you repeat?

23             **Q.**  This is a formal, official document?

24             **A.**  It's formal.  It's going around.  Yes,

25    yes, it's formal document, yes.

1          Q.   What this document lists is the various

2     people who will perform various functions as part of

3     the reorganisation of the V.Ships Leisure Technical

4     Operation Department.   Correct?

5          A.   Yes.

6          Q.   What role did you play in the V.Ships

7     Leisure Technical Operations Department in December of

8     2000?   What was your position?

9          A.   Myself?   I think I was Chief Operating

10    Officer.

11         Q.   Okay.   So it was your job to put

12    together an accurate list of the reorganisation of the

13    V.Ships Leisure Technical Operations Department at

14    that time.   Correct?

15         A.   Yes.

16         Q.   The second set of boxes are entitled

17    "Vessels for which V.Ships provide Technical

18    assistance to Celtic Pacific".   Do you see that?

19         A.   Yes.

20         Q.   It lists the Radisson Diamond, the Song

21    of Flower, the RSS Navigator.   Correct?

22         A.   Correct.

23         Q.   Then it has a series of boxes after that

24    that list people who were performing functions for

25    each of those vessels.   Is that right?

1          **A.**   Yes.

2          **Q.**   Now the first box says "Super".  That is

3     the fleet superintendent.  Is that correct?

4          **A.**   Yes.  "Super", yes.

5          **Q.**   And the fleet superintendent for the

6     Radisson Flower (sic) was listed as a person by the

7     name of Peter Whitehead.  Is that correct?

8          **A.**   Yes, correct.

9          **Q.**   Mr Whitehead was a V.Ships employee.

10    Correct?

11         **A.**   Peter Whitehead was a V.Ships employee,

12    yes.

13         **Q.**   The person listed as a superintendent

14    for the Song of Flower was also Peter Whitehead.

15    Correct?

16         **A.**   Yes.

17         **Q.**   That same Peter Whitehead who was

18    a V.Ships employee.  Correct?

19         **A.**   Yes.

20         **Q.**   And the person who was listed under the

21    reorganisation going forward of the V.Ships Leisure

22    Technical Operations Department as the fleet

23    superintendent for the RSS Navigator was a gentleman

24    by the name of Pasquale -- no, a gentleman by the name

25    of Paolo Gavazza, G-A-V-A-Z-Z-A.

1          **A.**   Gavazza, Gavazza.

2          **Q.**   Is that correct?

3          **A.**   Yes, yes, yes.  Okay.

4          **Q.**   The next -- you did not list in this

5     chart an "Alternative Superintendent".  Correct?

6          **A.**   No.  I mean, again this one was -- the

7     title is what is leading all, because on top there are

8     "Vessels in management".  So in effect the

9     superintendent is effective superintendent, etc, etc,

10    to the ISM -- according to the ISM while the second

11    one is written "Vessels for which V.Ships provide

12    technical assistance".

13          What was meaning at the time, because then

14    with the time change this several time, was -- this

15    above all because was just very, very close to the

16    date when CPUK started.  So there was a period of

17    handover between the two companies, and we had guys in

18    charge to be the first person in contact, but it's

19    also after.  I mean, if there was a problem, Ron

20    Ellison, he maybe doesn't know where to go and was

21    calling Peter Whitehead instead of calling another

22    person, because Peter Whitehead before handing over

23    the vessel to CPUK was a guy that was following the

24    ship, but also if there were problem of -- other type

25    of problem, you know, he had a point of contact.  So

1     this is specifying a date and a title.

2          Q.   The next column says "TC" at the top.

3     Does that stand for technical coordinator?

4          A.   This stand for technical coordinator,

5     yes.  Yes, technical coordinator.

6          Q.   It lists two people as the technical

7     coordinator for all three of the Celtic Pacific ships.

8     It lists Alain Greenland and a gentleman by the name

9     of Claudio Caracciolo, CARACCIOLO.  Correct?

10          A.   Yes, because Alain was -- for the reason

11    I told you before, Alain was the superintendent in

12    charge, let's say -- sorry -- the technical controller

13    in charge in CPUK.  Claudio Caracciolo was a guy

14    handing over the information to them.  You know, there

15    was a huge quantity of information.  This handover

16    lasted for -- I don't remember -- at least six months.

17          Q.   There's another column two columns over

18    that says "SQ Supt."  That's for "Safety & Quality

19    Superintendent".  Is that right?

20          A.   Yes.  That's more or less the same

21    reason.  NH stand for -- let me see.  NH now I can

22    find.  Yes, on the next page is "Celtic Pacific".  NH

23    is Nick Hodgson.  Nick was getting from Richard

24    Evenhand the -- was supporting Nick to take over his

25    job.

1          Q.   The secretary is listed as BB.

2          A.   BB is again from here.  That was a lady

3    named Barbara Brunetti, and again there was all the

4    file to be sent, all this, and "DPA" is the most

5    important, because it's according to the ISM there

6    cannot be two DPA.  In fact, is Nick Hodgson.  He's

7    a guy that by certification is responsible for the

8    preparation of the ship.

9          Q.   It says next -- underneath the box --

10   that box it says the superintendents will report to

11   Ron Ellison and to you.  Is that right?

12         A.   Yes, I mean, because if there was -- the

13   superintendent of CPUK was, of course, not reporting

14   to me, but for the superintendent here that were in

15   Monaco, they were reporting to me.

16         Q.   It then goes on to say that Richard

17   (sic) Ellison will liaise with you.

18         A.   Yes.  Liaise --

19         Q.   Why was Richard (sic) Ellison -- I'm

20   sorry.  Ron Ellison.  It says Ron Ellison will liaise

21   with you.  Why was Ron Ellison liaising with you?

22         A.   Because again if there were -- you have

23   to think again that at the time we were handing over

24   to CPUK and were many issues to be passed over.  Of

25   course, there is -- there were also the ancillary

38

1     contract, and were quite a huge part of the work,

2     because all the port were done from here, all the crew

3     was done from here, all the insurance was done from

4     here.  That is a huge part of the preparation.  So

5     there is -- there was I would not say daily contract,

6     because there was very often issue to be clarified and

7     to talk to.

8            **Q.**  Mr Ellison as the Managing -- became the

9     Managing Director of CPUK when it was set up.

10    Correct?

11           **A.**  Ron Ellison, yes.

12           **Q.**  All right.  If you could turn to exhibit

13    number 9, please.

14           (Exhibit number 9 shown to witness)

15           **A.**  Yes.

16           **Q.**  This is just a copy of an e-mail sending

17    that chart around to Richard Evenhand and Mr Rogers,

18    Graham Rogers.  Do you see that?

19           **A.**  Yes, Graham Rogers, yes.

20           **Q.**  Okay.  Could you please -- is that

21    a correct description of exhibit number 9, an e-mail

22    --

23           **A.**  Yes.

24           **Q.**  -- that is sending that chart around and

25    asking them to amend any matter that they think is

39

1    pertinent?

2              A.   To add or amend any matter you feel

3    pertinent.  Yes, probably, yes, yes.

4              Q.   Okay.  Could you next turn to exhibit

5    number 11?

6              (Exhibit number 11 shown to witness)

7              A.   11, yes.

8              Q.   If you turn to the third page of exhibit

9    number 11, there is a section of the "V.Ships Leisure

10   Sales & Marketing Plan 2001-2003".

11             A.   Yes.

12             Q.   Is that what exhibit 11 is, the V.Ships

13   Leisure Sales & Marketing Plan for 2001 through 2003?

14             A.   I don't know if this was a plan or this

15   was a draft honestly.  I don't know.  Yes, I see here

16   it is written "V.Ships Leisure Sales & Marketing Plan

17   2001-2003".  I don't know if this is the final

18   version.  Honestly I don't remember.  Anyway --

19             Q.   Did V.Ships generally do two-year

20   marketing and sales plans?

21             A.   Yes.  I mean, we did -- we do also

22   sometimes one year.  I mean, at the time probably we

23   were doing -- generally we do a yearly plan, but in

24   this case I see one 2001-2003 probably because they

25   have asked somebody to forecast in 2003, you know.

40

1          Q.   If you look under section 4.1,

2     "Organisation" --

3          A.   4.1, yes.

4          Q.   -- it says:

5          "To simplify the organisation of the Leisure

6     Division and its subsidiaries and associated companies

7     are organised as follows."

8          A.   Yes.

9          Q.   It lists a number of companies.

10         A.   Yes.

11         Q.   Under the first column it says

12    "Management: V.Ships Leisure Monaco, Celtic Pacific

13    Ltd Southampton, Satellite 1 Seoul, Satellite 2

14    Miami".

15         A.   Yes.

16         Q.   What were Satellite 1 and Satellite 2?

17    What was that reference made to?

18         A.   In Seoul -- Seoul we had an operation.

19    We ran some Hyundai cruise vessel out in partnership

20    with Hyundai, and satellite to Miami is then what

21    develop in the office in Miami.

22         Q.   So these were actual V.Ships presences

23    in Seoul and Miami.  Is that right?

24         A.   This was -- in Seoul now I don't

25    remember if we were in partnership with Hyundai, but

1    I don't believe so.  I think it was in our office.  I

2    am not so sure of that.

3              Q.   Those were the V.Ships Leisure offices

4    in Seoul and Miami?

5              A.   Yes.  In Seoul I don't remember if we

6    were in partnership or were by ourselves but, yes,

7    yes, were office where we had people, yes.

8              Q.   Why was Celtic Pacific Ltd in

9    Southampton listed as part of the management structure

10   in your organisation?

11             A.   The first reply in my mind as a title

12   indicates subsidiary associated.  We put Celtic as an

13   associated company because, of course, there was

14   a link with -- a link by the Vlasov, because at the

15   time I think, 2001-2003, Vlasov was owning 40% of

16   V.Ships and Vlasov was owning 50% of Celtic Pacific

17   I think.  I don't remember if it was 50 or whatever,

18   but anyway was owning a part of Celtic.

19             Q.   Okay.  Could you turn to exhibit number

20   12, please?

21             A.   Sorry.  12?

22             Q.   12, please.  I'm sorry.  No.  Exhibit

23   number 13, please.

24             (Exhibit number 13 shown to witness)

25             A.   Yes, I have.

 1          **Q.**  This is a list of "V.Ships Leisure SAM

 2     Work Instructions" and it's the "V.Ships Leisure

 3     Operations Department Organisation" -- do you see that

 4     -- as of March 2005?

 5          **A.**  Yes.

 6          **Q.**  This was a document that was prepared by

 7     Mr Evenhand?

 8          **A.**  Yes.

 9          **Q.**  Now this is only in 2005.  Correct?

10          **A.**  Yes.

11          **Q.**  Is that right?

12          **A.**  Yes, yes.  2005 is the date, is 2005.

13          **Q.**  Right.  There's a -- the third set of

14     boxes down is a category called "CPUK Consultancy

15     Vessels".  Do you see that?

16          **A.**  Yes.

17          **Q.**  It lists a number of people serving

18     functions in 2005 as part of the CPUK consultancy

19     vessels.  Right?

20          **A.**  Yes.

21          **Q.**  The superintendent for those ships was

22     Alain Greenland.  Is that right?

23          **A.**  AG, yes.  Alain Greenland, yes.

24          **Q.**  It lists as the alternative

25     superintendent Vitorrio Facco.  Is that right?

1          **A.**   VF, yes.

2          **Q.**   Now each of these people has a -- some

3     of these people have a little footnote, an asterisk

4     after their name.

5          **A.**   Yes.

6          **Q.**   Mr Greenland is asterisked as being with

7     CPUK.  Mr Facco doesn't have any asterisk next to his

8     name.  Do you know why that is?

9          **A.**   No.  I cannot even find really the

10    asterisk -- the asterisk where is explanation,

11    because --

12         **Q.**   It's on the next page.

13         **A.**   Ah, yes.  No, I have no explanation.  I

14    don't know.

15         **Q.**   Under the "Safety & Quality

16    Superintendent" there are two names.  One is Nick

17    Hodgson and the other one is DER, which stands for

18    Dawn Rogers from the V.Ships Leisure Marine

19    Department.  Do you see that?  Her name appears on the

20    third page of the exhibit.

21         **A.**   Where is S&Q?  S&Q?

22         **Q.**   Yes.

23         **A.**   Yes, yes.

24         **Q.**   So in 2005 Miss Rogers was serving in

25    some function as the Safety & Quality Superintendent

44

1    for the ships of the Regent fleet.  Is that right?

2          A.  To be honest I don't know.  She may have

3    given some support on something.  Dawn Rogers, I am

4    thinking what she was doing exactly, because I have

5    not a clear idea.  No, I don't know.  I don't know.  I

6    don't know why there we have to -- Richard probably is

7    better than me in explaining this.  There is for sure

8    a reason.

9          Q.  Okay.  The secretary is still listed as

10   Barbara Brunetti.  Right?

11         A.  Yes, yes.  If there was any -- because

12   again, as I told you before, a part of passing

13   documents -- this in the beginning, in 2005 -- but

14   there was a lot of correspondence about, for instance,

15   the crew, I mean, issues that were arising here, and

16   we have to send to CPUK.  CPUK has to send

17   correspondence here in Monaco, and they were sending

18   to Barbara Brunetti, etc.

19         Now the question -- your question about

20   the -- let me see what I am saying.  Sorry.  Mariner

21   if I can see ...  No.  I was looking to understand why

22   this name here.  No, I don't remember anyway.

23         Q.  The final column on the right-hand side

24   is "CM".  What does that stand for?

25         A.  Let me see who is -- what mean.  I am

45

1    looking one moment in the -- to see what it means, but

2    I don't know.  CM.  CM.  Which is it?  CM.

3          **Q.**  I think it might be crew manager.

4          **A.**  Crew manager.  You are right, yes.

5          **Q.**  Is that correct?

6          **A.**  Yes, yes.  Crew manager.  By chance the

7    crew manager is C. May.  So this was -- is Celtic

8    Pacific CM.  CM was the crew manager, but in Celtic

9    Pacific there was a crew manager called C. May.  I

10   don't know what was the name.

11         **Q.**  Correct, but it is also listed as

12   Natalia Heger.  Is that correct?

13         **A.**  Natalia Heger, yes, because you have to

14   remember that we were doing the crewing.

15         **Q.**  And Miss Heger worked for V.Ships.

16   Correct?

17         **A.**  Yes. One was there.  One was here, yes.

18   Natalia was doing the recruitment, so sourcing people,

19   and I think -- I mean, I believe from what I can

20   understand that C. May -- Mrs May was doing the

21   placement on board of the ship.

22         **Q.**  Could you please turn to exhibit number

23   17?  We're skipping a few.

24         (Exhibit number 17 shown to witness)

25         **A.**  17.  I am there.  Yes.

1              Q.   17 appears to be a letter to Atle

2    Brynestad from Per Bjornsen concerning the Seabourn

3    Goddess.

4              Is it accurate to say that Mr Bjornsen sent

5    this letter to Mr Brynestad as some kind of

6    a promotion to try and get management work for the Sea

7    Goddess I and II?

8              A.   Yes, it is probably correct.  I haven't

9    -- I don't remember the copy or I don't remember to

10   have seen it, but he has sent for sure this copy, yes.

11             Q.   This was sent in 2001.  Correct?

12             A.   This was sent in 2001, July 19, 2001,

13   yes.

14             Q.   If you turn to the second page, it's got

15   a description of a number of "... examples of our

16   experience in the cruise industry".  Do you see that?

17             A.   Uh-huh, yes.

18             Q.   And there's a category there for the

19   Radisson Seven Seas --

20             A.   Yes.

21             Q.   -- and it says:

22             "In 1998 the Vlasov Group signed a joint

23   venture with the Carlson Group for the construction of

24   the 500-passenger 'Seven Seas Navigator' and the

25   720-passenger 'Seven Seas Mariner'."

47

1        Do you see that?

2        **A.** Yes.

3        **Q.** It goes on to say:

4        "For these vessels V.Ships Leisure provides

5   technical management and recruit the hotel personnel

6   and Radisson Seven Seas Cruises provides the hotel

7   operation and the sales & marketing."

8        Do you see that?

9        **A.** Yes, yes.

10       **Q.** It goes on to say:

11       "V.Ships Leisure also provides the same

12  services to the 'Song of Flower' and the 'Radisson

13  Diamond' as well as it recruits the hotel personnel of

14  the 'Paul Gauguin'."

15       **A.** Yes.

16       **Q.** Do you see that?

17       **A.** Yes.

18       **Q.** Is that an adequate description of the

19  services that were being provided by V.Ships Leisure

20  at the time of this e-mail?

21       **A.** Well, I see your point. I mean,

22  probably this "provides" should have been more

23  specified, because it should have said "provided for

24  this ship from this date to this date, from the other

25  ship from that date to that other date", but, you

1    know, you have to think that this is a marketing

2    document and nobody want to have date.

3          I mean, again the people want to read a very

4    short statement and are not interested to know from

5    when to when apart the fact that at the time —— so if

6    I just look —— I mean, the management was transferred

7    not too long time ago.  I don't remember to be honest

8    when the Song of Flower and Diamond were handed over

9    to CPUK, but anyway, yes, I would have put "provided"

10   with more date specifying, but is not what marketing

11   are doing, you know.  They are saying, "We do the

12   management" and because people doesn't like to have

13   a long —— doesn't care if this has been till the month

14   before or till three years before or to three years

15   after, you know.  Again this is not an official ——

16   it's a letter to a potential client, and I can

17   understand that Per try to be short and not to go in

18   many details.  Then ——

19          **Q.**  Mr Bjornsen at the time knew what

20   services were actually being provided?

21          **A.**  He knew, he knew, but in writing

22   a letter, I mean, he doesn't put —— he should have put

23   "provided for the Navigator from September '99 to" ——

24   I don't know —— "September 2000 management", "provide

25   for this ship", but this is not how marketing is

1      doing.  I think you agree with me.  I mean, the people

2      that do marketing don't write these details in, you

3      know, and the reader is not interested at all to read

4      this.

5              Q.  Is it important to V.Ships that it not

6      mislead its potential customers --

7              A.  Well, of course, but --

8              Q.  -- with its experience in the industry?

9              A.  I tell you that -- I mean, I know

10     well -- first of all, this is a small industry and

11     everybody knows everybody, and they know perfectly who

12     are doing, not doing, half doing, etc, etc, you know.

13     So this is very, very small.  We have a market of -- I

14     don't know -- thirty ships, so very small market,

15     and -- and so Per write in marketing -- marketing

16     terms, and nobody like to have a statement with date,

17     etc, etc, because there are other ships here.

18     Possibly if we go in Swan Hellenic, I am not so

19     sure that tailor-made, I mean, if the date isn't

20     specified.  So everything is shrink.  The client wants

21     a page.  He doesn't want ten page.  Sometimes it is

22     difficult to describe all the passage of a ship in one

23     page.

24             Q.  Could you please turn to exhibit number

25     20?

1          (Exhibit number 20 shown to witness)

2          **A.**   20.  Yes, I am there.

3          **Q.**   This is a -- the first page of exhibit

4     number 20 is an e-mail cover sheet from you to

5     a Romano Giovanni @fincantieri.it.  Do you see that?

6          **A.**   Yes, yes.

7          **Q.**   Who was Mr Giovanni?

8          **A.**   Giovanni.Romano@fincantieri is somebody

9     of the yard, the yard in Italy.

10          **Q.**   It's in Italian, so could you translate

11    what you said in this e-mail for us, please?

12          **A.**   It say:

13          "Thank you for the kind visit in our office.

14    Please see VShips presentation."

15          **Q.**   So you actually sent the presentation

16    that's attached to exhibit number 20 --

17          **A.**   Yes.

18          **Q.**   -- to Mr Giovanni.  Is that right?

19          **A.**   Yes.

20          **Q.**   Was the presentation accurate when you

21    sent it?

22          **A.**   I don't know.  I should read.  Probably

23    this I got from Per, because the usual way this go,

24    all these go, I go to Per.  I ask, "Send me

25    a presentation".  I got a presentation in e-mail and

51

1    I send out a presentation.  It is not that I go each

2    time to see if it's accurate or not completely

3    accurate.  I'm just going through this: Marcas,

4    Catering, Newbuilding, Marine Travel, Current Cruise,

5    Ferry.  Sorry.  It takes a little bit of time.  Cruise

6    West, joint venture, Bora Bora, Phoenix, Swan

7    Hellenic.  Yes.

8            Here I see Radisson Seven Seas, if you mean

9    this.  There is:

10            "Service provided:

11            - newbuilding supervision.

12            - deck & engine management.

13            - hotel crew management.

14            - marine planning."

15            There are three ships one after the other.

16   At the time I think probably the Mariner we were

17   managing still, and the Navigator and the Voyager we

18   were not.  Again this is a general -- general

19   statement.  I have seen other this is changed

20   different here.  Is written ancillary services.  This

21   may have been a presentation that was there and is

22   sent and is sent out, but I don't think there is any,

23   you know -- I mean, this is not a client.  This guy is

24   a guy that came here and asked for newbuilding and we

25   send this presentation.

1          Again these are marketing presentation.  So

2     at a certain time we also manage this ship, you know.

3     So maybe not at the time we did this presentation.  So

4     I don't say that it is accurate, totally accurate, but

5     it is not even totally incorrect.

6               **Q.**  Turn to exhibit number 21.

7               (Exhibit number 21 shown to witness)

8               **A.**  Exhibit 21.

9               **Q.**  This was an e-mail from you on

10    August 3rd, 2005 to Ingrid Gantard with a message

11    that:

12               "This message is ready to be sent with the

13    following file or link ..."

14               Do you see that?

15               **A.**  Yes.

16               **Q.**  It attaches the same V.Ships

17    presentation?

18               **A.**  Yes.

19               **Q.**  Do you know why you sent this one out?

20               **A.**  This Ingrid Gantard is a cargo -- cargo

21    secretary, cargo ship secretary.  Most likely she had

22    some client maybe interested -- you know, because this

23    presentation I think include probably also yacht,

24    ferries, etc.  So maybe she had the client that was

25    interested in management, and I send out the

53

1    presentation to her.  This lady is in our office.

2              **Q.**  Did this lady ever say that the

3    presentation, you shouldn't send it out because it was

4    inaccurate?

5              **A.**  This lady?

6              **Q.**  Miss Gantard.  Correct?

7              **A.**  No.  Probably she never read it.  Sent

8    to the client.  That's it, you know.

9              **Q.**  Okay.  Could you turn to exhibit number

10   22, please?

11             (Exhibit number 22 shown to witness)

12             **Q.**  This was an e-mail sending it to the

13   secretary asking her to print it out, but it enclosed

14   an e-mail from you to a gentleman by the name of

15   Morace -- no, Ettore Morace, M-O-R-A-C-E.

16             **A.**  "Can you print ... the message in form

17   of letter as I want to send by post."

18             Yes.  This again is more or less the same.

19   This Ettore Morace is a guy that has some ferries.  He

20   want to -- he came probably -- let's see:

21             "... thank you for the hospitality in Genova

22   ..."

23             No, we went to see him, but I think we went

24   -- now I remember -- for different issue, because he

25   was building a ferry, and during a discussion we

54

1    discussed what we can do, and he was involved in

2    ferries, and we sent this presentation to him.  The

3    secretary -- I asked the secretary, in fact, to print,

4    put in a binder and send to him.

5         Q.  So this was for the purpose of trying to

6    get some work from Mr Morace.  Correct?

7         A.  Yes.  Morace has some ferries, yes,

8    ferries --

9         Q.  Okay.  Can you please turn to exhibit

10   number 23?

11         (Exhibit number 23 shown to witness)

12         A.  Yes.

13         Q.  This document is a document that was

14   created on July 4th, 2005.  Do you know what -- for

15   what purpose this document was created?

16         A.  No, no, no, no.  I mean, again on this

17   document Per, I think he had the document in storage,

18   let's say, and it was adapted or adapting or producing

19   as needed, you know.  It's -- I'm just going through

20   one moment this document if there was any specific ...

21   no.

22         Q.  Could you turn to page 4 of exhibit

23   number 23?

24         A.  23.  Just a second.  Page 4.  1, 2, 3,

25   4, yes.

1          Q.   What is exhibit number -- what is --

2     what is contained on the chart on page 4 of exhibit

3     number 3 (sic)?

4          A.   "Strengths", you mean this?  Is this the

5     one you refer:

6               "Strengths:

7               "Team Concept

8               Economies ...",

9               this one?

10          Q.   No, it's the one -- it's page 4, marked

11     4 on the bottom of the page.  It's Marine business

12     unit: V.Ships Leisure", not the fourth page, but page

13     numbered 4, if you see what I'm saying.

14          A.   Wait a moment. 1, 2, 3 ...

15          Q.   It's the next page.

16          A.   Okay.  4, yes.  Well, I can barely see

17     this one.

18          Q.   Is that a chart showing the Marine

19     Business Unit of V.Ships Leisure in 2005?

20          A.   Yes, yes.

21          Q.   Is the chart accurate?

22          A.   If you refer to the fact that Vittorio

23     Facco has a line with Andrea Zito, I think that is not

24     unnatural, because again we were handling so much of

25     the budget and of the work that it is logic that Facco

1    I mean has -- for the reason I told before also in my

2    case, you know, because, I mean, again in force of

3    this contract we had a lot of communication.  So he

4    had the line to Zito.

5         I see also, for instance, here you see the

6    one next, "General Manager, Alan Armstrong, Fraser

7    Monaco".  Fraser Monaco is not in our company.  It's

8    a company which manage yacht, and we bought 15%.  So

9    it's also put there, because we were providing some

10   services, some client, etc.

11        So, you know, this is -- I mean, again you

12   can see as inaccurate; I can see as very accurate.

13   Are marketing documents.  It's not the law.  It's not

14   that the police ask us to write in a specific way.

15   I think as Facco and again the story of insurance, of

16   crew, of this, of that, has a line of communication

17   with Zito or with me.  Depends on the time.  Like --

18   like --

19        Q.  Was Mr Facco part of the Marine Business

20   Unit for V.Ships Leisure in 2005?

21        A.  No, was not part, as was not -- as was

22   not Mr Alan Armstrong, I can tell you.  Alan

23   Armstrong, Fraser Yacht, was not absolutely part of

24   Marine Business Unit.  In fact, these are put aside in

25   the sense these are people that has communication.

57

1    Some has more frequently.  Some are —— you know, this

2    again is not controlled document where everything has

3    to be accurate 100%.  I don't think if we say that

4    Facco has communication with Zito is wrong.  I mean,

5    if you say, "But by contract shouldn't that ...",

6    maybe, maybe you are right, but this again is

7    a marketing document, you know.  So ——

8              **Q.**  Okay.  Let's —— if you don't mind, let's

9    take a quick break.  We've been going for about an

10   hour and a half.  Next I will be asking about —— so

11   let's break maybe just for five minutes.

12             **A.**  Yes, please.

13             **Q.**  So we will come back at about —— let's

14   come back at twenty till Miami time, so whatever ——

15   twenty till whatever hour you have in Monaco.

16             **A.**  In ten minutes is okay?

17             **Q.**  In ten minutes.  If you'd like ten

18   minutes, we can do ten minutes and come —— why don't

19   we just come back at quarter till?

20             **A.**  Okay.  Ten minutes.  I am a little bit

21   tight.  If it's possible I ask, because I have an

22   appointment.

23             **Q.**  Okay.  Fifteen —— let's come back at

24   fifteen minutes until the hour.

25             **A.**  Yes.

58

1          Q.   In the meantime, Mr Malvarosa, I would

2     ask that you not talk to anybody about your testimony.

3          A.   No, no, no, I don't talk to anybody.

4          Q.   Great.   Then we will see everybody back

5     in about twelve minutes.

6          A.   Okay.   Thanks.   Thank you.

7          Q.   Let's stay on the line and keep the

8     lines open.   We just won't talk.

9          A.   Yes, yes, we can keep the lines open.

10          Q.   We just won't talk.

11               (Off the record)

12          Q.   Let's take a look at exhibit number 29.

13          (Exhibit number 29 shown to witness)

14          A.   29.

15          Q.   Mr Malvarosa, what is exhibit number 29?

16          A.   Just a second.   I'm trying to locate.

17     29.   We comment ...   I don't know.   I never saw this

18     document.   I'm not sure was LOC -- where -- where --

19     this is in the file?   Hello?

20          Q.   Yes.

21          A.   I don't know.

22          Q.   By the computer records we can tell this

23     was a document that was created on August 14th, 2003

24     by Mr Johnson.

25          A.   Uh-huh.   Uh-huh.

1          **Q.**  Does that help you describe --

2     understand what this document is?

3          **A.**  Yes, yes.  I don't know.  "Lloyds Cruise

4     International".  I don't know what is exactly.  Seems

5     to be sent "Lloyds Cruise International".  There's

6     list of clients.  I have seen improperly technical

7     management and hotel crewing.  This was not correct

8     again, but I don't think this document was circulated.

9     I have never seen this document.

10          **Q.**  Who is Lloyds Cruise International?

11          **A.**  I think some organisation on the

12     industry.  I'm not so sure.  No, I don't know.

13          **Q.**  You do not remember seeing this

14     document?

15          **A.**  No, never seen this document.  I don't

16     even think it was created.

17          **Q.**  Could you turn to exhibit number 31,

18     please?

19          (Exhibit number 31 shown to witness)

20          **A.**  31.

21          **Q.**  Exhibit 31 is a document sent by

22     Lucrezia Pellicciotti to james.duguid@saga.co --

23          **A.**  Uh-huh.

24          **Q.**  -- with a cc to Mr Zito, Mr Bjornsen,

25     you and Mr Gavazza about "Introduction to V.Ships",

1    the slideshow that is attached.  Do you see that?

2             **A.**   Yes.

3             **Q.**   Do you remember who Mr Diguid is?

4             **A.**   Reading here, is Saga.  It's a company

5    in UK in cruising business.

6             **Q.**   If you could turn to a chart that is

7    about a third of the way through called "V.Ships

8    Leisure Marine Operations Structure".

9             **A.**   "V.Ships Marine Operations Senior

10   Management". I'm just going through.  "V.Ships Leisure

11   Top Management Team".  No, no.  Sorry.  Repeat one

12   moment where I have to look.

13            **Q.**   Sure.  "V.Ships Leisure Marine

14   Operations Structure".  It's maybe a quarter or

15   a third of the way through.

16            **A.**   Yes, found it, yes.

17            **Q.**   Is that document accurate?  Does it

18   accurately depict people in the V.Ships Leisure Marine

19   Operations Structure as of the date of exhibit number

20   31?

21            **A.**   I think -- which was the date?  Sorry

22   again.  Exhibit 31st.  2007.  To be honest I don't

23   remember all this -- all those guys.  Probably seems

24   accurate at the first view.  I mean, should analyse

25   one by one.  So if you have somebody particular in

1    mind that you think is wrong, I don't know what is.

2          **Q.**   What Mr Garbarino the marine

3    Superintendent for Public Health at that time?

4          **A.**   Garbarino -- Garbarino change, because

5    Garbarino as far as I remember did work in Miami and

6    then move at a certain time to CPUK.  Now I don't

7    remember exactly the date, but probably was just in

8    2007.

9          **Q.**   When Mr Garbarino started performing

10   services for the Regent fleet as the Safety & Quality

11   Superintendent, did he also at the same time provide

12   services for other ships that V.Ships had under

13   management that weren't in the Regent fleet?

14         **A.**   No.  When he went to work for CPUK, was

15   hired by CPUK directly and he was taking care only as

16   far as I remember of the ships of CPUK.  Was not

17   involved in anything else.  Probably if this has been

18   done after, I mean, nobody look at the Marine

19   Superintendent.  They left the name there, but it

20   should probably be cancelled.  I don't remember now

21   the timing when was exactly, but most likely this is

22   just the old -- the old presentation was taken and not

23   updated.

24         **Q.**   Could you please turn to exhibit number

25   33?

1          (Exhibit number 33 shown to witness)

2          **A.**   Just a second.  I have to change the

3     book.  It's there.  I got.  Yes.

4          **Q.**   What is exhibit number 33?

5          **A.**   Exhibit 33 is V.Ships Leisure SAM

6     Management Review Report, report review of the

7     management.

8          **Q.**   Is it a fairly comprehensive annual

9     review?

10          **A.**   It is a comprehensive, yes, yes.  I see

11     here Mariner.  There are no ships here.  Mariner, yes,

12     yes.

13          **Q.**   Did this document contain proprietary

14     information, information that's really business

15     confidential to V.Ships Leisure SAM?

16          **A.**   Our information about the operation,

17     about the crew, about the incident, accident, etc,

18     yes.

19          **Q.**   Now you are one of the -- this was an

20     agreement -- this was a document -- exhibit number 33

21     was a document that was approved by you.  That's your

22     signature on the front page.  Correct?

23          **A.**   Yes.

24          **Q.**   Turn to the second page, please.  This

25     document shows that Vittorio Facco, the Technical

1    Director for CPUK, was sent a copy, was on the

2    distribution list for this document.  Correct?

3              **A.**  Yes.

4              **Q.**  The rest of the people on the

5    distribution list are high ranking managers at V.Ships

6    Leisure SAM.  Correct?

7              **A.**  Yes.  Correct.  Yes.  You ask why

8    Vittorio Facco was copied?

9              **Q.**  No.  I was asked if the others were high

10   ranking managers?

11             **A.**  Yes, yes, yes, high ranking managers,

12   yes.

13             **Q.**  Why was this document sent to Mr Facco?

14             **A.**  Because -- I mean, first of all, because

15   of this -- I think 2003 we were also still managing

16   the Mariner.  Let me think.  So they want to have

17   a unit in managing all the same way and to conform

18   data, for instance, because you have an accident,

19   incident in the crew.  It was a courtesy to

20   a colleague, ex-colleague for sending data that he can

21   compare to his own data in order not to operate into

22   set -- into way on ship belonging to the same owner,

23   you now.  I am not -- I mean, I don't know.  You may

24   have not sent.  I think it was a good thing to send,

25   because they were doing also in CPUK similar.  You

64

1    will have in your -- I don't remember it was sent to

2    me or to us.  I don't remember at all, but in order to

3    have a comparison -- and of this, for instance, some

4    time we send also to the industry to the association

5    of the manager in order they can compare which is our

6    rate of incident to the crew, rate of incident to the

7    passengers.  So if you go to the page here, you see

8    very clearly what is all about, you know.  Anyway at

9    the time was looking very good, very I think a good

10   thing to share this information.

11        Q.   Could you take a look at exhibit number

12   34?

13        A.   34.

14        Q.   Actually let me go back.  You said you

15   shared this information with Mr Facco.  Why didn't you

16   share it with the rest of the technical directors of

17   the fleet of ships you managed?

18        A.   Which technical directors?  Sorry.

19   Because we had this -- we have all these services, you

20   know.  We were doing a good part of the work.

21   I repeat and repeat always the same thing, Mr Casey,

22   because we were managing probably 70% of the budget in

23   term of crew, in term of -- in term of insurance, in

24   term of fuel, etc.  So here there are information, for

25   instance, on the crew, how many incidents, accidents

1    has been ship on the crew.  It is comparable to mine

2    or not.  I mean, this I think is information that is

3    valuable and at the time we had the full -- good

4    cooperation with those guys, you know.

5              Q.  Did you -- could you please turn to

6    exhibit 34?

7              (Exhibit number 34 shown to witness)

8              A.  Yes.  It's a similar paper, yes.

9              Q.  This was a copy of the e-mail that

10   circulated the annual report.

11             A.  And this was sent to McKeown, yes.

12             Q.  You sent it to Mr Facco.  Why did you

13   send it to him at his maritimelink.com e-mail address?

14             A.  For the same reason, I mean, that we had

15   close relations in view of this contract.  In fact,

16   here you see Mariner is out of management.  This is

17   a document that gave the idea how many accidents we

18   have in the crew and what is going on here and they

19   can compare with their.

20             Q.  Why did you send it to Mr Facco at that

21   address, his marine -- maritimelink.com address?

22             A.  Sorry.  Repeat one moment.  Why I sent

23   this one?

24             Q.  Why did you send it to Mr Facco at that

25   e-mail address?

66

1          **A.**   This exhibit 35 or exhibit 34?

2          **Q.**   34.

3          **A.**   34.  I don't know.  This was sent by

4    this lady that is safety & quality assistant.  So I

5    don't know which address she had.  I don't understand

6    really.  So you say that 34 was sent to Facco at

7    a different address, Facco Vittorio, CPUK.  To be

8    honest I have to ask our IT people, because I don't

9    know what is this maritimelink, you know.  Is -- I

10   don't know what does it mean, maritimelink.  So it is

11   clear here, Facco Vittorio, CPUK.  Facco Vittorio,

12   maritimelink, I don't know.  I cannot reply to the

13   question, because honestly I don't know.

14          I know that was sent like if we have big

15   service, big crew service, etc, they may want to

16   compare.  I think this was set up at the time.  I

17   don't know.  I am not sure 100%, but was set up when

18   we discussed with Ron Ellison the beginning and say

19   "Send me or send us the documentation", etc, you know.

20          **Q.**   Mr Malvarosa, could you please take

21   a look at what has been marked as exhibit 3... --

22          **A.**   You know, I think -- I think Mr Casey,

23   in answer to -- you know, CPUK was pretty -- was an

24   office -- not a big office I think, and sometimes to

25   have information about what industry is doing or what

1   the other are doing are very helpful and not

2   detrimental.  Here look from how you question me looks

3   this is detrimental.  I mean, we are not doing more

4   than what is necessary to do, but we pass some

5   information that's helpful to us -- to them to see

6   where they are with their situation, you know.  That's

7   it.  Anyway.  Yes.  Go ahead.  Sorry.

8           **Q.**  Did you send the -- exhibit number 34 to

9   Mr Facco at his maritimelink e-mail address to keep it

10  confidential from things that would show up on his

11  CPUK?

12          **A.**  I don't even know what is the address

13  system.  I don't have -- you know, again I didn't send

14  this.  This is sent in automatic by this lady,

15  Coromines, Sylvie, and I don't know why this is

16  maratimelink.  I check what is maritimelink.

17          **Q.**  Okay.  Let me ask you to look at exhibit

18  number 35.

19          (Exhibit number 35 shown to witness)

20          **A.**  35.  I am there.  Yes.  35.

21          **Q.**  What is exhibit number 35?

22          **A.**  35 I think is the same, updated for

23  another year.  Let me see.  For March 2005 Management

24  Review Report and in the list there was McKeown.

25          **Q.**  This is 2006.  Correct?

68

1          **A.**  Sorry.  Yes, 2006.  Yes.  No, no, I am

2     wrong probably.  Yes.

3          **Q.**  This document contained proprietary

4     information about V.Ships' operations in the year

5     2006?

6          **A.**  Yes.

7          **Q.**  Now you received -- you were the first

8     person on the distribution list for exhibit 35.

9     Correct?

10          **A.**  Yes, yes.

11          **Q.**  It also was sent to Joe McKeown --

12          **A.**  Yes, yes, I see, for the same --

13          **Q.**  -- Director for CPUK.  Correct?

14          **A.**  Absolutely, for the same reason that I

15     told before, I mean, for the same reason that I told

16     before.  For us the client Regent was an important

17     client.  So, I mean, we were supplying crew.  We were

18     -- we were assisting for what's regarding the crew,

19     the insurance here.  In this book there are also

20     insurance case.  There are passenger incident, if one

21     is leap, I mean, shipboard accident area, sum of

22     machinery space, worship.  For McKeown you want to

23     say, "Okay.  My fleet I had 20% of leap in the

24     workshop", it is some worse or "I have incident in

25     cabins", whatever, you know.  So it is nothing --

1      nothing supersecret, I mean.  It's not -- we are not

2      revealing the structure of our company.  As I'm saying

3      before, this paper sometimes are going also to

4      industry, to the association of managers in order to

5      compare with others.  So is nothing extraordinary.  We

6      receive -- on a cargo side we receive from Shell, from

7      Exxon the incident record in order to compare with

8      our.  So I don't see -- I don't see this is big issue

9      anyway.

10            Q.   Could you please turn to exhibit number

11     38?

12            (Exhibit number 38 shown to witness)

13            A.   38.

14            Q.   Exhibit 38 is an e-mail chain that ends

15     with an e-mail from Mr Raphael Sauleau, S-A-U-L-E-A-U

16     --

17            A.   38.

18            Q.   -- to you, copied to Mr Zito, concerning

19     some quality issues and problems with the condition of

20     the Navigator.  Do you see that?

21            A.   "I suggest we wait for the minutes and

22     get facts rather than general comments.

23            I think the whole lies with the Navigator

24     where we have had some struggle with the officers --

25     on the other hand I have heard nothing about the other

1    ships.

2              At this point of time with new management

3    ..."

4              Yes, yes, yes, yes.  Probably there were

5    discussion.  I have seen there are several, because --

6    and the -- and the owner was also involved in this --

7    some of this, because Robin Lindsay himself was on

8    board.  He complained with something.  We replied to

9    something.

10             You know, the crew is an industry problem,

11   Mr Casey, and of course we are trying to do the best

12   to -- we were -- we enforce with the contract -- no.

13   This we were already managing I think, the ship.  Let

14   me see.  It was October 2008.  Yes, we were managing

15   the ship, and of course there were questions, and

16   I read the message because I was copied, and I say,

17   "Why this problem of quality?", and etc, etc.  So

18   there was back and forth.

19             As so many of these messages, like in any

20   organisation, I mean, if everything was perfect,

21   I mean, we were probably not there, and unfortunately

22   on a crew -- ship side crew is critical issue.  You

23   are in a shipping business and you know that it's an

24   industry problem.  Everybody has this type of problem

25   and, of course, we were trying to do the best.

1      This is transparent, because Mr -- I think

2  that Lindsay was also involved, Mr Foong was also

3  involved, because there is another e-mail here --

4  I read it just by spot -- about the Chief Engineer

5  saying this should be changed.  Then he came back,

6  Murolo, saying -- I am too fast or is okay?

7      COURT REPORTER:  No.

8      A.  -- saying "No, I discussed the issue --

9  I discussed the issue with Mr Foong and Mr Foong said

10  the guy is okay".  So, I mean, there is plenty

11  discussion and also sometimes some words may be strong

12  words between the various department, because the

13  technical people always blame the crew and the crew

14  are, of course, saying, "You have sent me the

15  appraisal", etc, etc.  "Did you talk with the guy?",

16  etc, you know.  So anyway.

17      MR CASEY:  Mr Malvarosa, in -- you had been

18  having some problems with the technical crew on the

19  Navigator for some time.  Correct?

20      A.  Not for some time.  At that time there

21  was a problem with the technical crew at the time, and

22  again Lindsay was fully involved, because had some

23  e-mail, and we try -- like in any of these operations,

24  if you see our contract, is very clear about the crew

25  and responsibility of the crew to react and to change

72

1    maybe and to discuss with the owner.

2          You have to take into consideration that at

3    the time there were -- Mr Foong was on board and other

4    guys from the owner were on board.  So it was a pretty

5    wide, open discussion.

6          Q.  You mention a written e-mail from you as

7    part of exhibit 38:

8          "Why this collapse in quality?"

9          What collapse in quality are you referring

10   to?

11         A.  Evidently I meant this:

12         "I suggest we wait for the minutes ...

13         ... where we have had some struggle with the

14   officers ...

15         At this point of time with new management it

16   obviously an easy task to amplify any error ..."

17         This is a mail from Raphael Sauleau and I

18   say, "Why there is this problem in quality?"

19         I think at the time I was -- probably there

20   was Captain Dvergestein that -- here mention

21   a meeting.  I don't know which meeting, but if

22   I guess, probably they had meeting with this

23   Dvergestein and the captain discuss the issue of the

24   quality of the crew.  So we say, "Why the crew was

25   good last month and now it is bad?  Why?"

1          Q.   Turn to the second page of exhibit

2     number 38, the second paragraph.  This is part of an

3     e-mail from Mr Evenhand, who --

4          A.   Yes.

5          "... and the vessel has always been more

6     difficult to maintain, this is likely to be ..."

7          Q.   The second paragraph reads:

8          "As the vessel condition has not

9     deteriorated overnight and the vessel has always been

10    more difficult to maintain, this is likely to be

11    counter productive if it is not preceded with clear

12    advice as to expectation followed by verbal

13    warning/clarification when necessary."

14         So what was Mr Evenhand referring to when he

15    talked about the vessel condition being deteriorating?

16         A.   You know, if the bilges are dirty, is

17    deterioration.  If the engine room is not painted, is

18    deterioration.  If there is, you know -- here we are

19    not talking of long time deterioration.  Some time --

20    this was a particularly difficult vessel to maintain

21    and I think he refer:

22         "... not preceded with clear advice as to

23    expectation followed by verbal warning/clarification

24    where necessary."

25         So we have to do verbal warning, etc, etc,

1    and to move -- and to move the crew.  Like in any

2    industry, Mr Casey -- again I don't think there was

3    any particular -- we had occasionally problem with

4    some of the crew.  This is undeniable on any ship.

5    I mean, all the ships we have.  I mean, occasional

6    problem and we have to solve.  This reaction, we have

7    to react.

8           Q.   Could you please turn to exhibit number

9    39?

10          (Exhibit number 39 shown to witness)

11          A.   39.

12          Q.   It's an e-mail sent from Francesco

13   Visimberga.

14          A.   Yes.

15          Q.   What position did Mr Visimberga hold on

16   the date this was sent, March 29th?

17          A.   Mr Visimberga was sort of freelance --

18   not freelance -- he was a sort of -- what to say --

19   troubleshooter that we were sending around to see

20   problems or to see -- to assist the ship.

21          Now at this time -- at that time -- this is

22   2009 -- there was already Mr Masle.  Mr Masle made

23   a report about some deficiency, and we sent on board

24   a number of people in order to follow up the work Mr

25   Masle repair.  In fact, Mr Masle sent also other

1    report.  There are reports from Mr Masle, report from

2    Mr Visimberga.  He was on board and he was telling

3    which progress were done in rectify some of the --

4    some of the issues.

5           Q.  So Mr Visimberga was sent on board the

6    Navigator to work with Mr Masle to remedy some of the

7    issues he had --

8           A.  No, not to remedy.  To assist him,

9    I mean, if there was anything to assist.  Mr Masle

10   sent a report with some deficiency.  Some deficiency

11   were possible to correct, and we send Mr Masle --

12   sorry -- Mr Visimberga.  I think before we sent Mr

13   Antonio Favuzzi.  Then Mr Favuzzi left and

14   Mr Visimberga went.  This is -- again this is pretty

15   normal.  There is a problem.  There is some

16   maintenance issue to be sorted out.  We send a guy on

17   board and a guy sends a report on what is going on.

18          Q.  The first part of the report says:

19          "Currently Chief Engineer & all staff are

20   working hard -- are hard working to rectify all

21   defects highlighted by Chief Engineer, with good

22   progress and proactive way."

23          Correct?  Is that a correct statement?  They

24   were working to rectify all defects?

25          A.  Yes.  Hello?

76

1          Q.   He then talks about a number of the

2     various things that are being done.  One of the things

3     that he talks about is the steam piping system.

4          A.   Uh-huh.

5          Q.   What was wrong with the steam piping

6     system?

7          A.   The steam pipe I believe was leaking.

8          Q.   Were there problems -- was there a fear

9     that the steam pipes could burst?

10         A.   A steam pipe can burst.  To be honest

11    I cannot reply if there was fear the pipe was

12    bursting.  There was some issue with them mainly

13    I think on the water side rather than the steam side.

14    However, there was some problem and they needed some

15    change of some pipes.

16         Q.   Okay.  Mr Visimberga's last paragraph

17    reads the following:

18              "I found the vessel on technical side very

19    poor ..."

20         A.   Yes.

21         Q.   This was four and a half months into

22    V.Ships UK's full management of the vessel.  Why was

23    the technical side of the vessel so poor that far into

24    the V.Ships UK's management of the vessel?

25         A.   Can you repeat the question?

1          Q.   Sure.  It says -- Mr Visimberga in the

2     last paragraph of his e-mail says:

3               "I found the vessel on technical side very

4     poor ..."

5          A.   Uh-huh.

6          Q.   Why was the vessel in such a very poor

7     technical condition four and a half months into

8     V.Ships UK's management of the vessel?

9          A.   Many of the issue I think -- I don't

10    remember if we discussed in our previous

11    conversation -- many of these issues were already

12    reported -- were not -- were already an issue, like

13    the funnel leaking, the air-conditioning leaking,

14    maybe the pipe leaking.  Now I don't remember, but all

15    these problems were discussed with the owner, with the

16    owner.  I'm talking about owner Prestige Regent, and

17    most of the case are shown, etc.  So it was nothing --

18    nothing abnormal, abnormal in the sense that was --

19    let's say it was not new.  What -- in fact, it was

20    asked at a certain point by Murolo I think to

21    anticipate -- and also in conversation I had with

22    Robin Lindsay to anticipate the repair to 2009,

23    because it was due in 2010, and there were some issues

24    to be corrected.  Now that's it.  So this is why you

25    refer to some poor condition, but they were conditions

1    that were already recorded in a certain sense, you

2    know.

3           On the other side, you know, all these

4    conditions were known to the Class, because were shown

5    to the Class, were known to the coastguard that went

6    around with Mr -- Chief Engineer -- what's the name --

7    sorry, I forgot the name of the Chief Engineer now --

8    Mr -- I forgot -- anyway went around with the Chief

9    Engineer and were not judged such to stop the ship

10   immediately.  I mean, the ship continued to trade

11   without any issue.  Maybe the previous Chief Engineer

12   was little bit slow in making some repair.  I don't

13   know.  I don't know the details.  So we send

14   Mr Visimberga, the new Chief Engineer, to try to

15   repair some pipe, something in order to go ahead for

16   some time.

17          Q.  In the next part of the last sentence in

18   exhibit number 39 Mr Visimberga writes:

19          "... with evidence there was previous

20   negligence even starting from watch keeping, daily

21   routine maintenance routines."

22          What negligence was he talking about?

23          A.  I don't know.  I think he refer to

24   the -- there was a little bit, you know -- the issue

25   I think has been the -- let's say there was not good

1    relation between the Chief Engineer that was before --

2    this go back to the crew -- and the officer, engineer

3    officer.  So, of course, if there is -- if there is no

4    good blood amongst them -- in fact, there is some

5    e-mail where they were saying, "The Chief Engineer is

6    working day and night", etc, etc, you know.  So if

7    there are no cooperation, you can end up in situation

8    where, of course, maybe some of the maintenance is

9    going down, but this is not, you know, the -- it is

10   not the ship.  If you don't maintain a ship for three

11   months, it's not collapsing.  The main engine was

12   done.  Everything was in order, all the various --

13   there were some number of pipes damaged.  There were

14   some air-conditioning not working.  There were -- the

15   funnel, this has all -- but some of this you can do on

16   board.  Some you cannot do on board.  I mean, there

17   was at least anyway share among all the parties, you

18   know.

19          Q.   Could you please turn to exhibit number

20   40?

21          (Exhibit number 40 shown to witness)

22          A.   Yes.

23          Q.   Now 40 is an e-mail string between

24   Mr Murolo, M-U-R-O-L-O, and Mr Sauleau, Raphael

25   Sauleau, S-A-U-L-E-A-U.

1       **A.**   Yes.

2           **Q.**   If you go down to the e-mail that starts

3      on the bottom, Mr Sauleau is commenting on an earlier

4      part of the e-mail train in which Mr Murolo says:

5           "'Happen many times that despite bad

6      appraisal you move those Crew from one ship to the

7      other in the same fleet'."

8           Is that what was happening?

9           **A.**   I don't know.  This is Murolo I think,

10     you know.

11          **Q.**   Sauleau is quoting something that Muralo

12     said.  Yes.

13          **MR NAUGHTON:**   Objection.  Calls for

14     speculation.

15          **MR CASEY:**   I am not asking who said what to

16     whom.  I am asking: is that something that was

17     happening?

18          **A.**   No.  I mean --

19          **Q.**   When there was a bad appraisal, your

20     crew manager merely moved people from one ship to

21     another?

22          **A.**   Well, let's say one thing.  Bad --

23     depends what is bad, what you mean bad.  First of all,

24     it is not automatic that you can fire a guy.  It looks

25     to many that the business -- the numerous side is wild

1    far west on board of a ship is not true, is not true,

2    because, for instance, if you want to fire a Filipino,

3    you have to have verbal and written warning one after

4    the other.  If you don't have a number of warnings,

5    you cannot fire a guy just because you don't like or

6    occasionally he doesn't work, etc, etc.  So very much

7    regulated, and the owner paid then big fine on that.

8         Q.   In response Mr Murolo writes at the top

9    of exhibit number 40:

10        "Raphael,

11        Don't take this personal, is time that WE"

12   -- all caps -- "solve the Crew problems, after two

13   years that I am advising you we didn't get any

14   improvement."

15        Is it true that Mr Murolo had been advising

16   Mr Sauleau for two years how to improve problems on

17   the Navigator?

18        A.   I don't --

19        MR NAUGHTON:   Objection.  Calls for

20   speculation.

21        A.   To be honest I think we had previous

22   another -- I think previous to Casillo there was

23   another guy and we didn't have any issue.  There was

24   an issue when we put together these famous three

25   engineers and Casillo.  I do not think there is any

1    other -- on the other side, you know, I'm pretty --

2    the ship always pass inspection.  I mean, there have

3    been so many inspections, Class, etc.  If you would

4    have been --

5             Q.   You called them the three engineers.

6    Are they the three engineers that filled out

7    statements?

8             A.   Sorry?

9             Q.   When you said the three engineers, you

10   called them the famous three engineers.

11            A.   Because I think there were two or one --

12   two were the one that then complain against Casillo

13   for the issue of the oil record book.

14            Q.   Correct.  Those are the engineers you

15   are taking about?

16            A.   Yes.  I think -- I am not sure there

17   were all three, but two at least were.  So there was

18   some issue of personality, you know.

19            Q.   Is Mr Murolo a truthful man?

20            A.   Mr Murolo is ...?  Can you repeat?

21            Q.   Is Mr Muralo a truthful man?

22   **MR NAUGHTON:**  Objection.

23            A.   I cannot judge.

24   **MR CASEY:**  How long have you known him?

25            A.   I know him many years.  I --

1          **Q.**  Whether he's truthful?

2          **MR NAUGHTON:**  Objection.  Argumentative.

3          **A.**  Well, can be.  You know, you are

4     on shore side.  Again on board a ship it's very

5     difficult to understand, because there is a problem.

6     Immediately blame the crew.  The crew manager, of

7     course, reply, "Please send me the facts.  Send me the

8     verbal warnings and written warning and the written

9     warning and verbal warning doesn't arrive.  Send me

10    ..." -- you cannot fire automatically the people.  It

11    is not that you can take the people and throw out of

12    the ship.  You have to have strong reason to do that,

13    you know.

14          **MR CASEY:**  Can you please turn to exhibit

15    number 43?

16          (Exhibit number 43 shown to witness)

17          **A.**  Yes.

18          **Q.**  This is an e-mail -- the top e-mail is

19    Mr Sauleau to you.  The next e-mail in the e-mail

20    chain is an e-mail to you from Mr Sauleau in September

21    of 2008 --

22          **A.**  Yes.

23          **Q.**  -- and you say:

24          "I am trying to see Robin to convince him to

25    remain at least for the manning with V.Ships" --

1          A.   Yes, yes, yes.

2          Q.   -- "but believe that that is

3    the situation -- that is the situation is such we have

4    very little chance to succeed but we have also

5    a larger general problem on the crew" --

6          A.   Uh-huh.

7          Q.   -- "to be honest more serious than what

8    I thought."

9          A.   Uh-huh.   There was some --

10          Q.   What situation were you talking about

11    that:

12          "... we have very little chance to succeed

13    ..."?

14          A.   I am talking about -- I am talking about

15    -- I mean, first of all, we knew already in September

16    2008 that they were taking over the management.   So

17    after three months we knew already that they were

18    taking over the management at the end of the -- in

19    2010.

20          Then the Leisure -- the passengers --

21    I mean, the cargo side business in 2008, the crew was

22    dramatic situation, very bad situation.   You can ask

23    in the industry.   Very, very bad, very difficult to

24    find good people.   A lot of new ships not find people,

25    etc, etc.   So big problem.   I'm talking about the

1    cargo ship.

2          The passenger ship, they were more, let's

3    say -- remain a little bit of peace for a certain

4    period of time, not suffering about the same problem

5    the cargo side had, because cargo side, tankers, all

6    this, very difficult ship and very, very poor, because

7    you cannot find a crew, you know, and you have to run

8    the ship.

9          So these are what referring I think in -- at

10   that time, because --

11         Q.   Talking about the situation in the

12   industry or the situation on the ship?

13         A.   Industry situation, yes.  Industry

14   situation, industry, because you cannot find good

15   people, because also there are different problem, you

16   know, Mr Casey, because, for instance, I think at the

17   time Raphael went several times to ask the owner to

18   increase the salary, because if big players like

19   Carnival go on the market and offer -- I mean, we have

20   seen electrician being offered $10,000 amounts -- I am

21   making an example -- and you pay your electrician

22   $5,000 amounts, all your electricians disappear from

23   your ship and go on the other ship, you know, because

24   these are temporary.  People go for the larger salary,

25   you know.  So this I was referring, the market

86

1    situation.  The market became also bad for ourselves.

2          **Q.**  You also say:

3          "... but we also have a larger general

4    problem on the crew ..."

5          **A.**  Yes.

6          **Q.**  Larger than?

7          **A.**  Larger because I realised at the time

8    that the problem that was on the cargo side was also

9    going -- I mean, this was not specific; was global,

10   you know.  We have a problem on the crew.  I mean, if

11   you have been in the industry in those years -- now

12   it's a little bit better, because with the crisis,

13   everything, but in 2008 was a terrible year.  This you

14   can check with the industry.

15         **Q.**  You were responding to an e-mail -- it's

16   the next one down the chain -- from Mr Murolo and he

17   said:

18         "I'm receiving a lot of complaints from the

19   Owner and from the ships about the Crew situation on

20   the entire fleet.  We suffer constant shortages of

21   peoples, most of them are key positions."

22         **A.**  Yes, yes, yes.

23         **Q.**  "In addition to poor technical knowledge

24   of the available personnel."

25         **A.**  Yes.  Well --

87

1          Q.   Was that true, that you were suffering

2    those problems?

3          A.   This was a problem of the industry.  It

4    was not our problem.  It was a problem of the

5    industry, because we had to search people on the

6    market and the market -- this was also -- there is

7    also some -- I remember I discuss with -- with Lindsay

8    at a certain point, because we manage at the time --

9    I don't remember if we were still managers of Oceania,

10   but there was a parallel, you know, because the crew

11   -- a lot of crew left to go to be better paid on other

12   company and so we have to face our problems, you know,

13   but it's again it's not -- I mean, it's something that

14   we have experienced on all the ships.

15         Q.   Mr Murolo seems to be zeroing in on the

16   Navigator and the Regent fleet.

17         A.   No.

18         Q.   "Recently we had PSSC renewal on board

19   the Navigator and this time has been a really

20   challenging situations on both areas Deck and Engine".

21              talking about the deck and engine focused

22   on the Navigator.  Is that right?

23         A.   I don't remember.  Probably there was

24   some -- because it is sufficient to have a black sheep

25   that the coastguard or the authority question him and

1    doesn't know how to reply that in a visit that is

2    normally going very well becoming a disaster, you

3    know.  It's not -- nothing -- again it happen, it

4    happen and it happen, I mean.

5          Q.  Mr Murolo then ends his e-mail to you,

6    that portion of his e-mail to you.  He says:

7          "I just want to inform you that the crew

8    situation on Regent fleet is totally out of control."

9          He is zeroing in on the Regent fleet.  Why

10   is that?

11         A.  Because Mr Murolo may also have put

12   a little bit of -- sorry, I drink -- a little bit of

13   emphasis on that, because he's a guy that knows how to

14   push.  On the other side, for instance, there have

15   been very long discussion on this, Mr Casey, because,

16   for instance, Mr Murolo or any other technical people

17   say, "This guy is no good".

18         Then you go and see the previous appraisal

19   of the guy and the guy seems to be good.  So -- which

20   is a problem, you know.  It's not all the time.

21   I believe 2008 was a problematic year.  Was

22   a problematic year.  Nobody would deny, because it's

23   an industry problem.  It is not a problem of the ship.

24   It is not a problem in nature.  It's a problem of all

25   this.  At the same --

89

1          **Q.**   Mr Malvarosa, would you please turn to

2     exhibit number 44?

3          (Exhibit number 44 shown to witness)

4          **A.**   Okay.

5          **Q.**   Do you know what exhibit number 44 is?

6          **A.**   Exhibit 44.   Let me see who signed this.

7     Yes.   Correct.   "Summary of the issue."   I don't know

8     who sent -- who you know sent this?

9          **Q.**   It appears to be the notes from an

10    interview from someone and Aldo Casillo after the

11    allegations were raised against him.

12         **A.**   Okay.   Now this one I think was probably

13    the record of interview with Michael Moore or

14    somebody, because there was -- I don't remember

15    exactly to be honest again what's -- because when

16    there was this allegation, we did as per our procedure

17    as usual an investigation.   Okay?

18         Of course there were -- Casillo at that time

19    the allegation came out, if I well remember, left --

20    disembarked some fifteen days ago -- I don't remember

21    -- time before.   So he left the ship.

22         So there was an interview -- there was an

23    interview done by Michael Moore that was defending at

24    the time the case -- I mean, was involved in the case,

25    not defending, was involved, and there was -- I don't

1    remember if there was anybody else that asked

2    questions, but probably Richard or other people would

3    have asked questions to Casillo.

4              **Q.**  It says here in the fourth substantive

5    paragraph --

6              **A.**  Four?

7              **Q.**  It says:

8              "Do you recall how this water was disposed

9    -- with the bilge water?"

10             It goes on to say at the end of the response

11   in all capital letters:

12             "OWS NEVER USED.  HE ONLY USED ONCE TO JUST

13   TO TEST THE SYSTEM."

14             **A.**  Yes.  Sorry.  Yes.

15             **Q.**  What is the OWS?

16             **A.**  Oil/water separator.

17             **Q.**  An important piece of machinery on

18   a cruise ship.  Correct?

19             **A.**  Absolutely, yes.

20             **Q.**  Is it true the oil/water separator was

21   never used, only once, to test the system on the

22   Navigator?

23             **A.**  Because they pump everything directly to

24   shore.  So there is -- of course, you can -- you

25   can -- now I don't remember exactly, but you can pump

1  according to where you are outside using the oil/water

2  separator or you can retain on board and discharge

3  when you arrive in port, and this was what he mean

4  there.

5       **Q.**  How does the -- when water is discharged

6  overboard, what is the name of the calibration device

7  or the monitor device that determines whether --

8       **A.**  Wait, wait.  Oil content meter.  Oil

9  content meter, yes.  It is an alarm system, yes.

10      **Q.**  It needs to be calibrated.  Correct?

11      **A.**  Now I don't know this one, because there

12  was a big -- a big discussion I think, because on one

13  side there was a procedure where this is to be

14  calibrated each year I think.  Don't -- I mean,

15  I don't remember to be honest these details.

16      **Q.**  The second to last paragraph on the

17  first page of exhibit 44, it says in all caps:

18      "YES, PRIOR TO USING THE UNIT.  DID NOT SEEM

19  AWARE IF THE TESTING FLUID HAD EXPIRED.  I WAS ABLE TO

20  LOCATE ONLY ONE BOTTLE OF THIS TESTING FLUID ONBOARD

21  WHICH HAD EXPIRED IN AUGUST 2007."

22      Do you see that?

23      **A.**  Yes.  I don't know, because then at

24  a certain point -- because when this happened, we sent

25  a service man, an Acre man to check the system, and

1      the system was found working properly.

2              I don't remember if the liquid was on board

3      was expired and then they have found the liquid or

4      something like this.  Anyway the service man was on

5      board.  I saw with my eyes his declaration that the

6      system was working and blah, blah, blah, etc, etc.  It

7      was found in working condition.

8              Also the coastguard was on board and he

9      never -- he never noted that it was not working.  It

10     was tested and running.  They check I think even the

11     pipe if they were clear, cleaned, with no oil and they

12     found everything okay.

13             Q.  Could you please take a look at exhibit

14     number 46?

15             (Exhibit number 46 shown to witness)

16             A.  46.

17             Q.  Do you see in the middle e-mail on that

18     page from Mr Murolo to Mr Sauleau, copied to you, that

19     he says:

20             "Mr Casillo cannot take a Chief Engineer

21     position"?

22             This was in November of 2008 before he got

23     the Chief Engineer position.

24             A.  Yes.  This says so.  Yes, yes.  I see.

25     Here there was -- there is correspondence anyway that

93

1    may be here where at a certain point it was -- the

2    case was also involved the owner, I think Foong, and

3    the crew manager, the human resource of Prestige, to

4    whom we sent the curriculum of Casillo -- to whom

5    Raphael Sauleau sent the curriculum of Casillo.  At

6    a certain stage Casillo was approved by them.

7         **Q.**  I know, but why did Mr Murolo in

8    November of 2008 state clearly that:

9         "Mr Casillo cannot take a Chief Engineer

10   position",

11        and it goes on to say:

12        "Mr Galloro, despite his age, is also not

13   ready for promotion."

14   **MR NAUGHTON:**  Objection.  Calls for

15   speculation.

16        **A.**  I don't know, to be honest, but I --

17   Casillo was a strong character.  Probably Murolo --

18   I mean, you know, you have to think these technical

19   people, they either -- I mean, they are very -- how

20   you say -- personal and strong characters, you know.

21        However, this was discussed and then Murolo

22   I think accepted, because if not, would not have been

23   on board.  Then there was some discussion, further

24   discussion, and at a certain point I think that there

25   was a meeting on board -- I'm not so sure -- but with

94

1    Foong, and Foong saying, "Oh, keep the guy on board,

2    because it's okay".

3              I mean, if you see the curriculum of

4    Mr Casillo, he has been ten years on board this ship,

5    and a good appraisal -- you know, mix of appraisals,

6    but a lot of appraisals very good.

7         Q.  Please turn to exhibit number 47.

8         (Exhibit number 47 shown to witness)

9         A.  46.

10        Q.  If you go down to your e-mail, which is

11   the second e-mail --

12        A.  Yes.

13        Q.  -- to Mr Murolo, the second paragraph

14   you say:

15             "We have anyway to remove Casillo and step

16   him down ..."

17        A.  Yes.

18        Q.  Why did you say that?  Why did you think

19   that at that time?

20        A.  Because this is what I am -- what I am

21   referring.  In fact, I saw there was a blackout and we

22   saw the -- Casillo was very -- I mean, it was reported

23   was tired, etc, etc.  We say, "Let's step him down",

24   but then there was a subsequent one saying, "We have

25   discussed this with Foong", and I think it was

95

1     Casillo, because probably Casillo was also involved,

2     "and we agree for Casillo to stay on board".  That's

3     it.

4              You know, again this is -- I mean, the issue

5     of personnel happen on shore, happen on board, you

6     know.  So there's always this type of -- I mean, then

7     when they decide to keep him on board, they decide to

8     keep him on board.  There was no more discussion.

9              In fact, there is an e-mail now I just

10    remember visually -- I don't remember in which date --

11    where they all -- Muralo say, "Don't worry about

12    Casillo.  We discussed with Foong and he is happy that

13    he stay on board".  That's it.

14         **Q.**  Could you please turn to exhibit number

15    50 --

16         **A.**  50.

17         **Q.**  -- and turn to the fourth page?

18         (Exhibit number 50 shown to witness)

19         **A.**  1, 2, 3, 4, yes.

20         **Q.**  This has a list under C) of:

21              "Corrective/Preventive Action Plan" for

22    implementation "Across the fleet".

23              Do you see that?

24         **A.**  Yes.

25              "The following ..." --

96

1          **Q.** It says, "Pic: LM/AZ". That would be

2     you and Mr Zito?

3          **A.** Yes.

4          **Q.** Why was Mr Kozhuharov describing a need

5     for a corrective/preventative action plan?

6          **MR NAUGHTON:** Objection. Calls for

7     speculation.

8          **A.** I mean, there is always -- I mean, if

9     you have an issue, I mean, we have always to -- if

10    there is an issue, we have to improve in something and

11    we have to see how to -- if there are issues to

12    improve it, you know. So this probably was saying

13    "Take more attention this, this and that", you know.

14         **Q.** Could you turn to the top of page 6 of

15    exhibit number 50?

16         **A.** Page 6. This was 4? 5, 6.

17         "Obviously ..."

18         This one?

19         **Q.** It starts:

20         "Obviously we have to analyze why some

21    procedures have not been followed or not properly

22    understood (see the saga of the OWS calibration) and

23    the audits either did not find the non-conformities or

24    the follow up of the non-conformities not properly

25    done."

May 3, 2011                Seven Seas Cruises et al v. V Ships Leisure Sam et al          Lorenzo Malvarosa (Volume II)

97

1               Do you see that?

2       **A.**   Yes.

3       **Q.**   Procedures -- what procedures was he

4    referring to?

5       **A.**   I don't know.  I think it was

6    a procedure, because standard in general you have --

7    the oil/water separator has to be calibrated by a

8    service person, by somebody coming from shore.  Okay?

9    This type of -- so this is in the procedure.  In the

10   procedure is written I think -- I think I refer to

11   that -- I am not so sure 100%, because this will know

12   better than me is Richard Evenhand will know.  So I

13   don't know this, but I believe -- because when he

14   referred to saga of the oil/water separator it is

15   because this oil/water separator does not require

16   calibration, but you can do the calibration very

17   simply on board.

18          So I think he refer to this probably in the

19   instruction -- I am not 100% sure -- but remain that

20   this stuff is to be calibrated by shore people.

21   Instead is calibrated directly on board.

22      **Q.**   What audits is he talking about?  Is he

23   talking about superintendents' audits in the audits

24   here?

25      **A.**   I think he talk about -- most likely

1    talk about superintendents' audits.

2         Q.  What else was he talking about not

3    properly being done?

4         MR NAUGHTON:  Objection.  Calls for

5    speculation.

6         A.  I don't know.  Most probably the

7    superintendent didn't notice in the instruction book

8    in the procedure is written this should be calibrated

9    by shore, because all -- 90%, 95% of the oil/water

10   device are all calibrated from shore and not on board.

11   So probably the procedure was has to be calibrated

12   from shore.  So there was a little bit of confusion on

13   this, but it's nothing -- again it's not a drama,

14   provided it was working.

15        Do you think you have a lot, because I have

16   either to call my doctor and give up my appointment

17   ...?

18        Q.  I probably have another -- I will be

19   done in the next half hour I'm pretty sure.

20        A.  I cannot -- I can -- I am on my way to

21   call.  Can you wait a second?

22        Q.  Sure.  Of course.

23        A.  Well, we can take a five-minute break.

24   I give a call and at the same time I go to the toilet.

25        Q.  Absolutely.  We will come back at ten to

1     the hour.

2                    (Off the record)

3          **Q.** Mr Malvarosa, if you can turn to exhibit

4     number 52.

5          (Exhibit number 52 shown to witness)

6          **A.** Yes.

7          **Q.** Please turn to the second page of that

8     exhibit.

9          **A.** Yes.

10          **Q.** At the top of the page there's

11     a reference to -- in the one, two, three -- fifth

12     paragraph from the top it says:

13          "Lastly, we have to verify for the few

14     occasions when the OWS has been used ..."

15          That's the oil and water separator.

16     Correct?

17          **A.** Yes.

18          **Q.** I can't hear you.

19          **A.** Yes.

20          **Q.** And that seems to indicate that the oil

21     and water separator was only used on a few occasions.

22     Correct?

23          **A.** Yes.

24          **Q.** He attaches a document at the bottom of

25     this e-mail, "Regulation 17 -- Oil Record Book, Part I

100

1   (Machinery Space Operations)".  What is that document?

2           **A.**  Let me see one moment.  This is from

3   Kozhuharov.  This is going to Mr Kelly.  I don't know.

4   This is specialistic issue, the oil record book.  So

5   these are the regulation and they reference ...

6           "Lastly, we have to verify for the few

7   occasions when [it] has been used if the time periods

8   ..."

9           Well, these were -- I think were between --

10  because this was not -- I don't know.

11          **Q.**  All right.  If you could turn several

12  pages later, there is a slide presentation that he

13  also attaches.

14          **A.**  Yes.

15          **Q.**  It is entitled "Oil Pollution

16  Prevention.  Brief on Review and Audit.  Oil Record

17  Books (ORB)".  Do you see that?

18          **A.**  Yes.

19          **Q.**  What is that presentation?

20          **A.**  You know, these were the guys that were

21  conducting the investigation about what the allegation

22  of those officers, because the allegation of those

23  officers was quite unusual, let's say, because they

24  were saying -- I mean, they were conducting the

25  general investigation.  I mean, there has been --

1    I mean, we have been told that there was

2    a non-conformity, and as is our obligation, we start

3    an investigation, and this is conversation between the

4    investigator, let's say, because Kozhuharov is a guy

5    is environmental officer, is an expert in this, and

6    I think the other guy was -- is Gordon Kelly.  So

7    Gordon Kelly was the guy -- Kozhuharov I don't think

8    went on board.  I am not so sure, but I don't think

9    was on board, and Gordon Kelly, that was a previous --

10   a previous on board -- previous coastguard officer, he

11   was on board verifying the various things.  So he was

12   saying, "We have to check this.  We have to check

13   that", etc.  This is again a normal investigation.  We

14   do an investigation like we are an authority, a

15   coastguard was the same type of concept.

16          Q.   Could you please turn to exhibit number

17   61?

18          (Exhibit number 61 shown to witness)

19          Q.   The second e-mail in exhibit 61 is an

20   e-mail from you.

21          A.   Sorry.  Second?

22          Q.   The second paragraph which says:

23          "There are sounding and entries codes

24   inaccuracy" --

25          A.   Yes.

1        **Q.**  -- "no and for sure a very strong action

2    is required both in training and monitoring."

3             To what were you referring?

4        **A.**  Yes.  We -- we have found that there

5    were some ...

6             "Please find my comments to your points

7    below ...

8             Richard and I discussed ... and I suggested

9    a conference call ...

10            The questions I have generated ... are as

11   follows:

12            1. ... would have created larger than normal

13   bilge water accumulations?

14            2.  Did the ship experience ...

15            3.  During your time onboard, did the ship

16   experience any periods of sustained listing due to

17   weather events ..."

18            Sorry.  Can you repeat the point?

19   I don't -- this is from me.

20       **Q.**  Right.  What were you talking about when

21   you made that statement?

22       **A.**  Sorry.  With you repeat which statement?

23   61.  Exhibit 61.  Correct?

24       **Q.**  Exhibit 61, when you say:

25            "There are sounding and entries codes

May 3, 2011          Seven Seas Cruises et al v. V Ships Leisure Sam et al          Lorenzo Malvarosa (Volume II)

103

1  inaccuracy no and for sure a very strong action is

2  required both in training and monitoring."

3          A.   "There are sounding and entries codes

4  inaccuracy no ..."

5          I don't know this "no" would mean, but

6  I think when we analyse the entry -- and this was also

7  discussed with -- you know, it can happen that the

8  crew write not correct entry, because they are codes,

9  and these codes sometimes are not easy to understand.

10  Sometimes somebody can make a mistake.  So it's not

11  that you cannot not make a mistake, but in general

12  when there is a mistake and mistake is discovered,

13  this is told to the authorities and generally the

14  Flag.  In fact, there was a Flag guy on board, and

15  these were discussed with him and in some way

16  corrected, you know.  There is -- there has been a few

17  code not correct, and has been corrected with the

18  assistance of the guy of the Flag.  I believe maybe

19  also the coastguard.  I don't remember this, because

20  there was no allegation or no issue for the coastguard

21  to have wrong entries of wrong code.  I mean, it is

22  wrong to make a wrong code, but you can rectify the

23  wrong code, and I think I refer to that.  I refer to

24  the fact that you have more training about the use of

25  the code.

1          **Q.**  Can you please turn to exhibit number

2     63?

3          (Exhibit number 63 shown to witness)

4          **A.**  63, yes.

5          **Q.**  Is exhibit number 63 a copy of an oil

6     prevention presentation from V.Ships to its various

7     employees?

8          **A.**  I'm not so sure.  I don't know.  Who had

9     this one?  Sorry.  Who -- where was this?  Who has

10    generated this one?

11         **Q.**  I don't know who generated it, but it

12    was created on February 20th, 2007.

13         **A.**  Was it in my file or was -- I don't

14    remember.

15         **Q.**  Okay.  Could you please turn to exhibit

16    number 65?

17         (Exhibit number 65 shown to witness)

18         **A.**  65, yes.

19         **Q.**  Exhibit number 65 is entitled "Owner's

20    Shoreside Cost of Operation".  It was created on

21    February 20th, 2008 and it splits up between the money

22    that went to V.Ships and the money that went to CPUK.

23    Do you remember this document?

24         **A.**  I think this was a document where we

25    were trying to -- we were getting the business -- we

1    were trying to get the management for the entire fleet

2    of Oceania and CPUK.  So at a certain point before

3    Oceania -- let me see again the date -- the date --

4    there is no date.  I don't remember this one.  "Draft

5    for discussion."  I don't remember.

6            Anyway I think that this refers to when we

7    were trying to propose to Robin Lindsay or Mr Doreo

8    the management of the three ships Oceania plus the

9    three ships of Regent, and I think somebody -- I don't

10   remember if they gave us or gave the various cost,

11   also including the cost of CPUK -- the various cost in

12   order to try to make a proposal that was in line with

13   the expectation of Regent at the time.

14           Q.  Does this chart accurately state the

15   various fee arrangements, the amounts of fees paid and

16   why they were paid to V.Ships and CPUK in -- as of

17   February 20th, 2008?

18           A.  I don't know.  I couldn't -- it probably

19   were.  I couldn't -- now it is difficult for me to

20   tell you how is worked out this numbering.

21           Q.  There were three management fees --

22   actually fees for management expenses in the amount of

23   $48,000 per ship.  Do you remember what they were for?

24           A.  Yes.  This was I think a cost of

25   travelling and things like this.

1          **Q.**   These were management expenses?

2          **A.**   Yes.   These were our travelling costs in

3     general, travelling and ancillary costs.   If a guy

4     travel, I mean, in general he is allowed a certain

5     lump sum, you know.

6          **Q.**   And travelling was the exact

7     same number, $48000, for all these ships?

8          **A.**   No.   This is an allowance.   You know,

9     when you do a budget, you put X money, you know.

10         **Q.**   Is this a budget or is this a report of

11    what actually was spent?

12         **A.**   No, I don't think is -- because cannot

13    be you just spend 48000 for each ship, you know.

14    Generally it's a generic -- it's a generic budget, an

15    allowance.   The owners say, "You will not travel more.

16    You have to limit to 48000".   Then if you spend more,

17    you have to justify it probably, yes.   So I would not

18    very -- it's difficult to believe that are exactly all

19    the same, you know.

20         **Q.**   Could you please turn to exhibit number

21    66?

22         (Exhibit number 66 shown to witness)

23         **A.**   66.

24         **Q.**   Exhibit 66 is entitled "Vessel Takeover

25    Data Sheet".   What is that?

1          A.   I have seen.   I don't know, but is data

2     sheet when you take over a ship, but I don't know

3     why -- why -- this is a general form, form -- what you

4     say -- a general form in our manual probably, yes.

5          Q.   Yes.   So what is the purpose of this

6     form?

7          A.   This is to give information about the

8     ship you take over.   So you put in the record name of

9     the vessel, contact person, etc, etc, yes.

10         Q.   Is this form important?

11         A.   I believe it is important in order to

12    know the ship you are managing.

13         Q.   Could you please turn to exhibit number

14    67?

15         (Exhibit number 67 shown to witness)

16         A.   66.   67.

17         Q.   Could you turn to the chart that is

18    attached as the last page?

19         A.   Yes, yes.

20         Q.   Does this chart accurately reflect the

21    fees paid to V.Ships either by RSSC, Celtic -- or

22    Celtic Pacific for the years that is listed per ship?

23         A.   Yes, probably.   I mean, this was

24    probably produced by some accountant.   So I believe

25    so, yes.

1          Q.  Do these fees include any amounts that

2     were paid by RSSC or Celtic Pacific for, for instance,

3     reimbursement of Mr Facco's salary?

4          A.  I don't know.

5          Q.  Do they include any fees paid for or any

6     amounts paid for reimbursement of Mr Facco's or

7     Mr Murolo's or Mr Favuzzi's hotel costs or travel

8     costs or UK social taxes?

9          A.  I don't remember, no.  Don't remember at

10     all.  I don't know.

11          Q.  Do these fees on exhibit number 67

12     include the amounts paid for the services of

13     Mr Hernaman or Mr McIldoon?

14          A.  Yes, I believe so.  Yes, probably.

15     I don't remember Facco how was paid and Murolo was

16     paid to be honest.  We have to go to our accountant.

17          Q.  Do these --

18          A.  Probably, probably yes.  I am not sure.

19     Probably yes.  I don't know.  This is -- we have to

20     see with the accountant.

21          Q.  Does this chart marked as exhibit

22     number 67 include any fees paid by Golden Ocean Line

23     under a consultancy agreement?

24          A.  Let me see.  I think this 230 were paid

25     to Golden Ocean.  I am not sure 100%, but I think it

109

1    was.  It was.

2          Q.   That's included in here?

3          A.   Yes.  This is 230, yes.  I think so.

4          Q.   Where is it included?

5          A.   Sorry?

6          Q.   Where is it included?

7          A.   Is when you see 2006, there is 230.

8          Q.   There is a line in 2007 for "Hotel".

9    What is that line for?

10         A.   "Hotel" is hotel crew.  No, but if you

11   see "Mariner", then you see 500, 510, 520, 533, then

12   230, 230.

13         Q.   Okay.  So that was paid for services

14   provided to the Mariner.  Is that right?

15         A.   Yes.  This was -- I think it was paid

16   through Golden Ocean I believe.  This was the owner

17   want to do like this.  To be honest I don't know

18   exactly -- this is when we transfer the management to

19   CPUK.  So I think that 230 were paid directly to

20   Golden Ocean.  I'm not so sure.

21         Q.   Why did the -- why the costs of managing

22   the Mariner go down from 2... -- when you transferred

23   the management or part of the management over to CPUK?

24         A.   Because -- because they -- they

25   wanted -- the usual what we discussed before, that

110

1    they want to reduce the fees and they reduce the fees

2    down.

3              Q.   Mr Malvarosa, thank you very much.   I

4    have no further questions.

5              A.   Okay, and you continue with Mr Bjornsen

6    now or there will be a break?

7              Q.   Why don't we take half an hour break and

8    we'll start up with him at 11.30?

9              A.   Okay.   Bye-bye.

10              Q.   Thank you.

11              Madam court reporter, we will make

12    arrangements for an immediate transcript.

13              **COURT REPORTER:**   Okay.

14              A.   So I will reorder all this and -- so we

15    remain on line or we call you back?

16              Q.   Let's all call back in.

17              A.   So we call back.   Okay.   'Bye.

18              Q.   'Bye.

19              (Deposition concluded at 5.03 pm)

20                         --ooOoo--

21

22

23

24

25

1                    CERTIFICATE OF DEPONENT

2

3              I, Mr Lorenzo Malvarosa, hereby certify that

4    I have read the foregoing pages of my witness

5    statement of testimony taken in these proceedings on

6    Tuesday, May 3rd, 2011, and, with the exception of the

7    changes listed on the next page and/or corrections, if

8    any, find them to be a true and accurate transcription

9    thereof.

10

11

12

13

14    Signed:   ...........................

15    Name:      Mr Lorenzo Malvarosa

16    Date:     ...........................

17

18

19

20

21

22

23

24

25

```
 1

 2                          E R R A T A

 3              Deposition of Mr Lorenzo Malvarosa

 4

 5      Page/Line No.        Description        Reason for change

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21      Signed:      ...........................

22      Name:         Mr Lorenzo Malvarosa

23      Date:        ...........................

24

25
```

1          CERTIFICATE OF COURT REPORTER

2

3          I, Melanie Ball, an accredited real-time

4     reporter with Opus II International, London, hereby

5     certify that the testimony of the witness, Mr Lorenzo

6     Malvarosa, in the foregoing transcript taken on

7     Tuesday, May 3rd, 2011 was recorded by me in machine

8     shorthand and was thereafter transcribed by me; and

9     that the foregoing transcript is a true and accurate

10    verbatim record of the said testimony.

11

12          I further certify that I am not a relative,

13    employee, counsel or financially involved with any of

14    the parties to the within cause, nor am I an employee

15    or relative of any counsel for the parties, nor am I

16    in any way interested in the outcome of the within

17    cause.

18

19

20

21    Signed:    ........................

22    Name:        Ms Melanie Ball

23    Dated:     ........................

24

25

## A

ABLE (1) 91:19
abnormal (2) 77:18,18
absolutely (4) 56:23 68:14 90:19 98:25
accepted (1) 93:22
access (3) 13:21 19:21 20:12
accident (2) 62:17 63:18 68:21
accidents (2) 64:25 65:17
accountant (2) 107:24 108:16,20
Accounting (1) 12:9
accredited (1) 113:3
accumulations (1) 102:13
accurate (14) 33:12 46:4 50:20 51:2,3 52:4,4 55:21 56:12 57:3 60:17 60:24 111:8 113:9
accurately (3) 60:18 105:14 107:20
Acre (1) 91:25
action (4) 95:21 96:5 102:1 103:1
actual (1) 40:22
adapted (1) 54:18
adapting (1) 54:18
add (1) 39:2
added (2) 22:19,21
addition (8) 12:17 13:15 14:9,23 18:24 19:23 20:11 86:23
address (14) 7:2,3 9:12,13 22:3 23:10 65:13,21,21 65:25 66:5,7 67:9,12
adequate (1) 47:18
advice (3) 21:13 73:12,22
advising (2) 81:13,15
affirm (1) 32:9
AG (1) 42:23
age (1) 93:12
ago (3) 19:18 48:7 89:20
agree (2) 49:1 95:2
agreement (8) 12:7 13:7 16:9 17:24 18:6,16 62:20 108:23
Ah (1) 43:13
ahead (2) 67:7 78:15
air-conditioning (2) 77:13 79:14
al (2) 1:5,8
Alain (5) 36:8,10,11 42:22 42:23
Alan (3) 56:6,22,22
alarm (1) 91:9
Aldo (1) 89:10
Alhambra (1) 2:14
allegation (5) 89:16,19 100:21,22 103:20
allegations (1) 89:11
allowance (2) 106:8,15
allowed (1) 106:4
alternative (2) 35:5 42:24
amend (2) 38:25 39:2
amount (1) 105:22
amounts (6) 85:20,22 105:15 108:1,6,12
amplify (1) 72:16
analyse (2) 60:24 103:6
analyze (1) 96:20
ancillary (11) 1:3 13:12,12 13:13 17:8,21,24 37:25 51:20 106:3
Andrea (3) 23:24 25:1 55:23
and/or (1) 111:7
annual (2) 62:8 65:10
answer (2) 21:4 66:23

## B

anticipate (3) 14:3 77:21 77:22
Antonio (1) 75:13
anybody (3) 58:2,3 90:1
anyway (15) 11:19 39:18 41:18 44:22 48:9 64:8 67:7 69:9 71:16 78:8 79:17 92:4,25 94:15 105:6
apart (1) 48:5
apparently (1) 22:19
appears (5) 6:18 31:21 43:19 46:1 89:9
apples (2) 27:18,18
apply (1) 7:12
appointment (2) 57:22 98:16
appraisal (5) 71:15 80:6,19 88:18 94:5
appraisals (2) 94:5,6
approved (2) 62:21 93:6
architect (1) 19:18
area (1) 68:21
areas (1) 87:20
Argumentative (1) 83:2
arising (1) 44:15
Armstrong (3) 56:6,22,23
arrangements (2) 105:15 110:12
arrive (2) 83:9 91:3
aside (1) 56:24
asked (8) 11:18 39:25 51:24 54:3 63:9 77:20 90:1,3
asking (5) 38:25 53:13 57:10 80:15,16
assist (3) 74:20 75:8,9
assistance (9) 19:20,24 20:10 21:14,17 30:14 33:18 35:12 103:18
assistant (1) 66:4
assisting (1) 68:18
associated (3) 40:6 41:12 41:13
association (2) 64:4 69:4
asterisk (4) 43:3,7,10,10
asterisked (1) 43:6
Atle (1) 46:1
attached (5) 8:11 9:21 50:16 60:1 107:18
attaches (4) 16:9 52:16 99:24 100:13
attention (1) 96:13
Audit (1) 100:16
audits (5) 96:23 97:22,23 97:23 98:1
August (3) 52:10 58:23 91:21
authorities (1) 103:13
authority (2) 87:25 101:14
automatic (2) 67:14 80:24
automatically (1) 83:10
available (1) 86:24
Avenue (2) 1:19 7:5
average (1) 15:17
AWARE (1) 91:19
A0389505 (1) 9:25

## B

B (1) 4:1
back (16) 29:6 30:5 31:14 57:13,14,19,23 58:4 64:14 70:18 71:5 79:2 98:25 110:15,16,17
backstage (8) 14:15,18,19 14:21,23,25 18:20 19:3
bad (9) 72:25 80:5,19,22 80:23,23 84:22,23 86:1
Ball (3) 2:19 113:3,22
Barbara (3) 37:3 44:10,18

## C

barely (1) 55:16
basic (3) 15:25 16:1,1
basically (1) 14:3
BB (2) 37:1,2
becoming (1) 88:2
beginning (2) 44:13 66:18
believe (12) 41:1 45:19 76:7 84:2 88:21 97:13 103:18 106:18 107:11 107:24 108:14 109:16
Bell (1) 2:21
belonging (1) 63:22
benchmark (1) 27:19
best (2) 70:11,25
better (4) 44:7 86:12 87:11 97:12
big (9) 66:14,15,24 69:8 81:7 84:25 85:18 91:12 91:12
bilge (2) 90:9 102:13
bilges (1) 73:16
binder (1) 54:4
bit (11) 18:10 28:23 51:5 57:20 78:12,24 85:3 86:12 88:11,12 98:12 91:12
black (3) 9:2 30:20 87:24
blackout (1) 94:21
blah (3) 92:6,6,6
blame (2) 71:13 83:6
blood (1) 79:4
board (34) 45:21 70:8 72:3 72:4 74:23 75:2,5,17 79:16,16 81:1 83:4 87:18 91:2 92:2,5,8 93:23,25 94:1,4 95:2,5,7 95:8,13 97:17,21 98:10 101:8,9,10,11 103:10 103:20
Bonaventura (5) 7:25 14:22 22:3,4 32:1
book (10) 6:10 7:15 30:17 31:14 62:3 68:19 82:13 98:7 99:25 100:4
books (2) 6:13 100:17
Bora (2) 51:6,6
BOTTLE (1) 91:20
bottom (7) 9:24,25 22:6,21 55:11 80:3 99:24
bought (1) 56:8
Boulevard (1) 2:6
box (4) 1:20 34:2 37:9,10
boxes (3) 33:16,23 42:14
break (5) 57:9,11 98:23 110:6,7
Brian (1) 26:11
Brief (1) 100:16
broke (1) 10:24
brought (1) 18:10
Brunetti (3) 37:3 44:10,18
Brynestad (2) 46:2,5
budget (5) 55:25 64:22 106:9,10,14
build (1) 20:20
building (1) 53:25
bulk (1) 20:20
burst (2) 76:9,10
bursting (1) 76:12
business (13) 7:2,3 27:15 55:11,19 56:19,24 60:5 62:14 70:23 80:25 84:21 104:25
Bye (2) 110:17,18
Bye-bye (1) 110:9
B-J-O-R-N-S-E-N (1) 23:22

## C

C (5) 2:1 45:7,9,20 95:20
cabins (1) 68:25
calibrated (3) 91:10,14 97:7,20,21 98:8,10,11
calibration (4) 91:6 96:22 97:16,16
call (7) 98:16,21,24 102:9 110:15,16,17
called (9) 9:22 18:20 19:4 21:3 42:14 45:9 60:7 82:5,10
calling (4) 15:8,23 35:21,21
Calls (5) 80:13 81:19 93:14 96:6 98:4
cancelled (1) 61:20
capacity (1) 16:18
capital (1) 90:11
caps (2) 81:12 91:17
captain (2) 72:20,23
Caracciolo (3) 36:9,9,13
carbon (1) 31:25
care (2) 48:13 61:15
carefully (1) 7:4
cargo (9) 52:20,20,21 69:6 84:21 85:1,5,5 86:8
Carlson (1) 46:23
Carnival (1) 85:19
carried (1) 20:8
case (8) 1:11 39:24 56:2 68:20 77:17 89:24,24 93:2
Casey (17) 2:3 3:4 6:6,7 18:6,8,12 64:21 66:22 70:11 71:17 74:2 80:15 82:24 83:14 85:16 88:15
Casillo (19) 81:22,25 82:12 89:10,18 90:3 92:20 93:4,5,6,9,17 94:4,15,22 95:1,1,2,12
categories (4) 10:25 17:1,3 20:5
category (16) 11:2,7,9,14 12:3,16,16 17:7,20 19:4 19:24 20:9,25 21:16 42:14 46:18
Catering (1) 51:4
cause (2) 113:14,17
cc (1) 59:24
cced (1) 8:2
Celtic (17) 8:25 10:22 12:13 17:8 33:18 36:7 36:22 40:12 41:8,12,16 41:18 45:7,8 107:21,22 108:2
Celtic/V.Ships (2) 11:3 17:22
Center (1) 2:5
CEO (1) 8:1
certain (12) 52:2 61:6 77:20 78:1 85:3 87:8 91:24 93:1,6,24 105:2 106:4
CERTIFICATE (2) 111:1 113:1
certification (1) 37:7
certify (3) 111:3 113:5,12
CFO (3) 24:15,25 25:13
chain (3) 69:14 83:20 86:16
challenging (1) 87:20
chance (3) 45:6 84:4,12
change (7) 21:22 35:14 61:4 62:2 71:25 76:15 112:5
changed (3) 17:18 51:19 71:5
changements (1) 31:5
changes (6) 17:9 22:16,18 29:18 31:8 111:7
character (1) 93:17
characterise (1) 11:16

characters (1) 93:20
charge (3) 35:18 36:12,13
chart (19) 16:24 17:2 22:13 23:1 24:8,10,23 32:19 35:5 38:17,24 55:2,18 52:21 60:6 105:14 107:17,20 108:21
charts (1) 24:8
check (6) 67:16 86:14 91:25 92:10 101:12,12
Chief (17) 23:16 24:1 25:2 33:9 71:4 75:19,21 78:6 78:7,8,11,14 79:1,5 92:20,23 93:9
choice (2) 15:14,15
Circle (1) 2:14
circulated (2) 59:8 65:10
claim (1) 15:9
clarified (1) 36:8
Class (3) 78:4,5 82:3
CLASSIC (1) 1:4
Claudio (2) 36:9,13
CLAY (1) 2:12
cleaned (1) 92:11
clear (7) 10:12 44:5 66:11 71:24 73:11,22 92:11
clearly (2) 64:8 93:8
client (10) 21:8 48:16 49:20 51:23 52:22,24 53:8 56:10 68:16,17
clients (2) 21:7 59:6
close (2) 35:15 65:15
CM (6) 44:24 45:2,2,2,8,8
coastguard (7) 78:5 87:25 92:8 101:10,15 103:19 103:20
code (5) 103:17,21,22,23 103:25
codes (5) 101:23 102:25 103:3,8,9
collapse (2) 72:8,9
collapsing (1) 79:11
colleague (1) 63:20
column (10) 14:9 18:1,13 18:19 19:2,3 36:2,17 40:11 44:23
columns (1) 36:17
come (8) 21:8 26:16 57:13 57:14,18,19,23 98:25
coming (2) 15:13 97:8
commencing (1) 1:22
comment (3) 29:18 30:1 58:17
commenting (1) 80:3
comments (2) 69:22 102:6
commercial (1) 16:16
communication (4) 56:3,16 56:25 57:4
companies (3) 35:17 40:6,9
company (8) 1:5 2:13 41:13 56:7,8 60:4 69:2 87:12
comparable (1) 65:1
compare (9) 27:12,18,19 63:21 64:5 65:19 66:16 69:5,7
compared (1) 8:19
comparison (1) 64:3
complain (1) 82:12
complained (1) 70:8
complaints (1) 86:18
completely (1) 51:2
Compliance (5) 11:11,17 12:5 18:2,14
comprehensive (2) 62:8,10
comprise (1) 9:17
computer (1) 58:22
concept (2) 55:7 101:15
concerning (2) 46:2 69:18
concluded (1) 110:19

condition (6) 69:19 73:8,15 77:7,25 92:7
conditions (2) 77:25 78:4
conducting (2) 100:21,24
conference (2) 21:6 102:9
confidential (2) 62:15 67:10
conform (1) 63:17
confusion (1) 98:12
consideration (1) 72:2
constant (1) 86:20
construction (1) 46:23
consultancy (3) 42:14,18 108:23
contact (3) 35:18,25 107:9
contain (1) 62:13
contained (2) 55:2 68:3
content (1) 91:8,9
Contents (1) 3:2
continuation (2) 6:16 7:8
continue (1) 110:5
continued (1) 78:10
contract (17) 12:12,14,14 13:12,13,16,19,21,24 14:4 38:1,5 56:3 57:5 65:15 70:12 71:24
contracts (7) 12:11,11 13:2 13:24 18:24 19:25 20:10
contractual (11) 10:25 11:3 11:10,17 12:4 13:15,25 18:1,13 22:7,22
control (1) 88:8
controlled (1) 57:2
controller (1) 36:12
conversation (3) 77:11,21 101:3
convince (1) 83:24
cooperation (2) 65:4 79:7
coordinator (4) 36:3,4,5,7
copied (5) 31:25 63:8 69:18 70:16 92:18
copy (10) 16:9 22:25 24:13 25:16 38:16 46:9,10 63:1 65:9 104:5
Coral (1) 2:15
Coromines (1) 67:15
correct (88) 8:3,8,9,14,15 9:3,7,18,19 10:17 11:7 13:16 17:24 18:7,17,25 20:5,12 21:18 22:4,14 22:18 23:11,20,22,23,25 24:2,3,5,6 25:5 26:12 28:2,5,8,11,14 32:2,6,7 32:9,9 33:4,14,21,22 34:3,7,8,10,15,18 35:2,5 36:9 38:10,21 42:9 45:5 45:11,12,16 46:8,11 53:6 54:6 59:7 62:22 63:2,6,7 67:25 68:9,13 71:19 75:11,23,23 82:14 89:7 90:18 91:10 99:16 99:22 102:23 103:8,17
correction (1) 30:1
corrections (1) 111:7
corrective/preventative (... 96:5
Corrective/Preventive (1) 95:21
correspondence (3) 44:14 44:17 92:25
cost (10) 21:10 22:6,21 25:22 27:24 104:20 105:10,11,11,24
costing (1) 27:7
costs (6) 26:23 106:2,3 108:7,8 109:21
counsel (2) 113:13,15
counter (1) 73:11

May 3, 2011     Seven Seas Cruises et al v. V Ships Leisure Sam et al     Lorenzo Malvarosa (Volume II)

115

**course (19)** 24:16,25 27:15 27:17 29:19 37:13,25 41:13 49:7 70:11,15,25 71:14 79:3,8 83:7 89:18 90:24 98:22
**court (8)** 1:12 18 18:5,8 71:7 110:11,13 113:1
**courtesy (1)** 63:19
**cover (2)** 29:7 50:4
**CPUK (37)** 8:12 12:12,14 15:10,15,23 25:21 26:22 35:16,23 36:13 37:13,24 38:9 42:14,18 43:7 44:16,16 48:9 61:6,14 61:15,16 63:1,25 66:7 66:11,23 67:11 68:13 104:22 105:2,11,16 109:19,23
**created (7)** 54:14,15 58:23 59:16 102:12 104:12,20
**crew (54)** 12:9 22:8,23 38:2 44:15 45:3,4,6,7,8,9 51:13 56:16 62:17 63:19 64:6,23,25 65:1,18 66:15 68:17,18 70:10,22 70:22 71:13,13,18,21,24 71:25 72:24,24 74:1,4 79:2 80:6,20 81:12 83:6 83:6 84:5,21 85:7 86:4 86:10,19 87:10,11 88:7 93:3 103:8 109:10
**crewing (2)** 45:14 59:7
**crisis (1)** 86:12
**critical (2)** 15:9 70:22
**cruise (9)** 1:4 40:19 46:16 51:4,5 59:3,5,10 90:18
**Cruises (4)** 1:4,5 29:12 47:6
**cruising (1)** 60:5
**current (3)** 7:2,3 51:4
**Currently (1)** 75:19
**curriculum (3)** 93:4,5 94:3
**customers (1)** 49:6
**cut (1)** 10:11

**D**

**D (1)** 3:1
**daily (2)** 38:5 78:20
**damaged (1)** 79:13
**DANIEL (1)** 2:3
**dan.casey@klgates.com ...** 2:9
**data (5)** 63:18,20,21 106:25 107:1
**date (22)** 17:15 35:16 36:1 42:12 47:24,24,25,25 48:2,10 49:16,19 60:19 60:21 61:7 74:16 95:10 105:3,3,4 111:16 112:23
**dated (4)** 7:24 29:1 30:25 113:23
**Dawn (2)** 43:18 44:3
**day (2)** 15:17 79:6
**days (2)** 29:19 89:20
**day-to-day (1)** 21:9
**de (4)** 1:4,5,19 7:5
**Dear (1)** 31:2
**December (2)** 32:1 33:7
**decide (2)** 95:7,7
**deck (3)** 51:12 87:20,21
**declaration (1)** 92:5
**defects (2)** 75:21,24
**Defendants (2)** 1:9 2:11
**defending (2)** 89:23,25
**deficiency (3)** 74:23 75:10 75:10
**deny (1)** 88:22
**department (10)** 31:22 32:6,15 33:4,7,13 34:22 42:3 43:19 71:12
**depends (2)** 56:17 80:23

**depict (1)** 60:18
**DEPONENT (1)** 111:1
**deposition (9)** 1:14 6:15,16 7:9,12 11:24 28:20 110:19 112:3
**DER (1)** 43:17
**describe (4)** 10:20,21 49:22 59:1
**describes (1)** 17:22
**describing (1)** 96:4
**description (5)** 10:24 38:21 46:15 47:18 112:5
**despite (2)** 80:5 93:12
**detail (1)** 8:22
**details (4)** 48:18 49:2 78:13 91:15
**deteriorated (1)** 73:9
**deteriorating (1)** 73:15
**deterioration (3)** 73:17,18 73:19
**determines (1)** 91:7
**detrimental (2)** 67:2,3
**develop (1)** 40:21
**device (3)** 91:6,7 98:10
**Diamond (3)** 33:20 47:13 48:8
**different (8)** 12:11 20:23 20:23 29:17 51:20 53:24 66:7 85:15
**difficult (9)** 49:22 73:6,10 73:20 83:5 84:23 85:6 105:19 106:18
**Diguid (1)** 60:3
**Direct (2)** 3:4 6:6
**directly (5)** 17:12 61:15 90:23 97:21 109:19
**Director (5)** 16:15 19:14 38:9 63:1 68:13
**directors (2)** 64:16,18
**dirty (1)** 73:16
**disappear (1)** 85:22
**disaster (1)** 88:13
**discharge (1)** 91:2
**discharged (1)** 91:5
**discount (1)** 20:21
**discovered (1)** 103:12
**discuss (3)** 72:1,23 87:7
**discussed (16)** 7:11 21:5 24:20 54:1 66:18 71:8,9 77:10,15 93:21 94:25 95:12 102:8 103:7,15 109:25
**discussion (12)** 12:1 25:16 53:25 70:5 71:11 72:5 88:15 91:12 93:23,24 95:8 105:5
**disembarked (1)** 89:20
**disposed (1)** 90:8
**distracted (2)** 18:9,11
**distribution (3)** 63:2,5 68:8
**DISTRICT (2)** 1:1,1
**Division (1)** 40:6
**doctor (1)** 98:16
**document (46)** 7:14,15 9:21,24 10:1,3,5,11,12 10:20,21 32:21,23,25 33:1 42:6 48:2 54:13,13 54:15,17,17,20 57:2,7 58:18,23 59:2,8,9,14,15 59:21 60:17 62:13 65:17 62:25 63:2,13 65:17 68:3 99:24 100:1 104:23 104:24
**documentation (1)** 66:19
**documents (4)** 6:11,17 44:13 56:13
**doing (35)** 8:19,22,23,24 11:23 12:21,22 13:5,22 13:22 14:2,7,24 20:8 20:19,21,22 21:7 30:14

39:23 44:4 45:14,18,20 48:11 49:1,12,12 63:25 64:20 66:25 67:1 67:3
**Doreo (1)** 105:7
**DPA (2)** 37:4,6
**draft (3)** 29:7 39:15 105:4
**drafting (1)** 16:19
**drama (1)** 98:13
**dramatic (1)** 84:22
**drink (1)** 88:12
**dry-dock (10)** 13:21,23 19:24 20:7,7,10,13,15 20:17,21
**due (2)** 77:23 102:16
**duly (1)** 6:4
**duty (1)** 13:11
**Dvergestein (2)** 72:20,23
**d/b/a (1)** 1:5

**E**

**E (5)** 2:1,1 3:1 4:1 112:2
**earlier (1)** 80:3
**easy (2)** 72:16 103:9
**Economies (1)** 55:8
**effect (1)** 35:8
**effective (2)** 14:15 35:9
**eight (1)** 26:4
**either (4)** 93:19 96:23 98:16 107:21
**electrical (5)** 13:8 15:1,3,5 16:1
**electrician (2)** 85:20,21
**electricians (1)** 85:22
**electric/electronic (1)** 19:9
**electronic (3)** 13:9 15:1,22
**Elliot (2)** 23:14 24:25
**Ellison (10)** 35:20 37:11,17 37:19,20,20,21 38:8,11 66:18
**emergency (1)** 13:7
**emphasis (1)** 88:13
**employee (5)** 34:9,11,18 113:13,14
**employees (2)** 26:3 104:7
**enclosed (2)** 31:3 53:13
**ends (2)** 69:14 88:5
**enforce (1)** 70:12
**engine (7)** 21:3,11 51:12 73:17 79:11 87:20,21
**engineer (14)** 71:4 75:19 75:21 78:6,7,9,11,14 79:1,2,5 92:20,23 93:9
**engineers (6)** 81:25 82:5,6 82:9,10,14
**England (1)** 2:24
**English (2)** 14:20,20
**entire (2)** 86:20 105:1
**entitled (4)** 33:16 100:15 104:19 106:24
**entries (4)** 101:23 102:25 103:3,21
**entry (2)** 103:6,8
**environmental (1)** 101:5
**error (1)** 72:16
**et (2)** 1:5,8
**Ettore (3)** 7:24 53:15,19
**Evenhand (6)** 36:24 38:17 42:7 73:3,14 97:12
**events (1)** 102:17
**everybody (5)** 32:19 49:11 49:11 58:4 70:24
**evidence (1)** 78:19
**Evidently (2)** 11:20 72:11
**exact (1)** 106:6
**exactly (16)** 8:19 11:21,22 26:4,10,13,13 27:3 44:4 59:4 61:7,21 89:15 90:25 106:18 109:18
**examination (2)** 3:4 6:6

**example (3)** 27:11 30:6 85:21
**examples (1)** 46:15
**exception (1)** 111:6
**Excuse (1)** 29:10
**exhibit (164)** 4:3,4,5,6,7,8 4:9,10,11,12,13,14,15 4:16,17,18,19,20,21,22 4:23,24 5:1,2,3,4,5,6,7,8 5:9,10,11,12 7:17,20 9:11 10:15,18 14:10,12 16:4,5,7,22 17:3,5 21:20 21:21 22:1,14 23:1,4,5,7 23:9 25:9 28:16,17,19 29:5,14 31:13,16,17,19 31:21 38:12,14,21 39:4 39:6,8,12 41:19,22,24 43:20 45:22,24 49:24 50:1,3,16 52:6,7 53:19 53:11 54:9,11,22 55:1,2 58:12,13,15 59:17,19,21 60:19,22 61:24 62:1,4,5 62:20 64:11 65:6,7 66:1 66:1,21 67:8,17,19,21 68:8 69:10,12,14 72:7 73:1 74:8,10 78:18 79:19,21 81:9 83:14,16 89:2,3,5,6 91:17 92:13 92:15 94:7,8 95:14,18 96:15 99:3,5,8 101:16 101:18,19 102:23,24 104:1,3,5,15,17,19 106:20,22,24 107:13,15 108:11,21
**exhibits (4)** 4:2 6:21 24:9 30:18
**expectation (3)** 73:12,23 105:13
**expenses (2)** 105:22 106:1
**experience (4)** 46:16 49:8 102:14,16
**experienced (1)** 87:14
**expert (2)** 15:18 101:5
**expertise (3)** 15:11,12 16:18
**expired (3)** 91:19,21 92:3
**explaining (1)** 44:7
**explanation (2)** 43:10,13
**extension (1)** 13:19
**extraordinary (1)** 69:5
**Exxon (1)** 69:7
**ex-colleague (1)** 63:20
**eyes (1)** 92:5
**e-mail (58)** 2:9 7:23 8:5,10 8:17,18 9:11,12,23 10:15 16:8 22:2,3 23:9 23:10 30:24 31:7 38:16 38:21 47:20 50:4,11,25 52:9 53:12,14 65:9,13 65:25 67:9 69:14,15 71:3,23 72:6 73:3 74:12 77:2 79:5,23 80:2,4 83:18,18,19,19,20 86:15 88:5,6 92:17 94:10,11 95:9 99:25 101:19,20

**F**

**F (1)** 4:1
**Facco (20)** 42:25 43:7 55:23,25 56:15,19 57:4 62:25 63:8,13 64:15 65:12,20,24 66:6,7,11 66:11 67:9 108:15
**Facco's (2)** 108:3,6
**face (1)** 87:12
**fact (16)** 13:19,24 24:19 37:6 48:5 54:3 55:22 56:24 65:15 74:25 77:19 79:4 94:21 95:9 103:14 103:24

**facts (2)** 69:22 83:7
**fair (1)** 14:6
**fairly (1)** 62:8
**famous (2)** 81:24 82:10
**far (7)** 13:5 14:5 24:12 61:5 61:16 76:23 81:1
**fast (1)** 71:6
**Favuzzi (3)** 26:16 75:13,13
**Favuzzi's (1)** 108:7
**fear (2)** 76:8,11
**February (3)** 104:12,21 105:17
**fee (3)** 8:5 16:9 105:15
**feel (1)** 39:2
**fees (20)** 8:20 11:25 12:1,3 12:5 13:4 14:6 24:15,17 27:11 105:15,21,22 107:21 108:1,5,11,22 111:1
**ferries (5)** 52:24 53:19 54:2 54:7,8
**ferry (2)** 51:5 53:25
**fifteen (3)** 57:23,24 89:20
**fifth (1)** 99:11
**fight (3)** 12:1,1,2
**file (4)** 37:4 52:13 58:19 104:13
**Filipino (1)** 81:2
**filled (1)** 82:6
**final (4)** 31:3,9 39:17 44:23
**Financial (2)** 2:5 23:16
**financially (1)** 113:13
**fincantieri.it (1)** 50:5
**find (11)** 30:5 31:3 36:22 43:9 84:24,24 85:7,14 96:23 102:6 111:8
**fine (1)** 81:7
**first (24)** 7:20,23 9:10 11:24 12:13,16 16:7 17:15 22:1 23:5 25:9 34:2 35:18 40:11 41:11 49:10 50:3 60:24 63:14 68:7 75:18 80:23 84:15 91:17
**five (2)** 25:18 57:11
**five-minute (1)** 98:23
**FL (1)** 2:7
**Flag (3)** 103:14,14,18
**fleet (17)** 9:6 26:16 34:3,5 34:22 44:1 61:10,13 64:17 68:23 80:7 86:20 87:16 88:8,9 95:22 105:1
**Florida (2)** 1:1 2:15
**Flower (5)** 33:21 34:6,14 47:12 48:8
**FLUID (2)** 91:19,20
**focused (1)** 87:21
**follow (2)** 74:24 96:24
**followed (4)** 15:20 73:12 73:23 96:21
**following (5)** 4:2 35:23 52:13 76:17 95:25
**follows (3)** 6:5 40:7 102:11
**follow-up (1)** 19:15
**Fontvieille (2)** 7:5,5
**Fontvielle (1)** 1:19
**Foong (5)** 71:2,9,9 72:3 93:2 94:1,1,25 95:12
**footnote (1)** 43:3
**force (1)** 56:2
**forecast (1)** 39:25
**foregoing (3)** 111:4 113:6,9
**forgot (2)** 78:7,8
**form (7)** 11:17 53:16 107:3 107:3,4,6,10
**formal (4)** 32:21,23,24,25
**forth (1)** 70:18
**forward (1)** 34:21

**found (9)** 31:18 60:16 76:18 77:3 92:1,3,7,12 102:4
**four (4)** 25:18 76:21 77:7 90:6
**fourth (4)** 14:12 55:12 90:4 95:17
**Francesco (1)** 74:12
**Fraser (3)** 56:6,7,23
**freelance (2)** 74:17,18
**frequently (1)** 57:1
**front (7)** 6:9 7:16 9:22 12:10 26:6,7 62:22
**fuel (1)** 64:24
**fully (1)** 71:22
**function (2)** 30:12 43:25
**functions (3)** 33:2,24 42:18
**funnel (2)** 77:13 79:15
**further (5)** 22:12 31:4 93:23 110:4 113:12
**f/k/a (1)** 1:4

**G**

**Gables (1)** 2:15
**Galloro (1)** 93:12
**Gantard (3)** 52:10,20 53:6
**Garbarino (5)** 61:2,4,4,5,9
**Gates (1)** 2:4
**Gauguin (1)** 47:14
**Gavazza (4)** 34:25 35:1,1 59:25
**general (13)** 51:18,18 56:6 69:22 84:5 86:3 97:6 100:25 103:11 106:3,4 107:3,4
**generally (5)** 16:19 39:19 39:23 103:13 106:14
**generated (3)** 102:10 104:10,11
**generic (2)** 106:14,14
**Genova (1)** 53:21
**gentleman (6)** 9:16 23:13 24:23,24 36:8 53:14
**gentlemen (3)** 14:5 24:10 24:23
**getting (3)** 36:23 104:25
**Giorgi (5)** 8:2,21 30:25 31:7 31:25
**Giovanni (3)** 50:5,7,18
**Giovanni.Romano@finca...** 50:8
**give (7)** 21:13 25:25 27:16 30:21 98:16,24 107:7
**given (5)** 8:12,20 10:22 28:24 44:3
**giving (3)** 8:22 27:20 32:18
**global (1)** 86:9
**go (31)** 7:18 14:8 15:16 21:12,15 29:6 30:5,16 30:17 35:20 48:17 49:18 50:23,24,24 51:1 64:7 64:14 67:7 78:15 79:2 80:2 85:19,23,24 87:11 88:18 94:10 98:24 108:16 109:22
**Goddess (2)** 46:3,7
**goes (5)** 37:10 47:3,10 90:10 93:11
**going (14)** 11:21 32:24 34:21 51:3 54:19 57:9 60:10 65:18 69:3 75:17 79:9 86:9 88:2 100:3
**Golden (4)** 108:22,25 109:16,20
**good (17)** 6:8 30:6 63:24 64:9,9,20 65:3 72:25 75:21 78:25 79:4 84:20 85:14 88:17,19 94:5,6
**Gordon (3)** 101:6,7,9

May 3, 2011                     Seven Seas Cruises et al v. V Ships Leisure Sam et al                     Lorenzo Malvarosa (Volume II)

Gow (3) 23:14,16 24:25
Graham (2) 38:18,19
Great (1) 58:4
green (1) 30:18
Greenland (4) 36:8 42:22
42:23 43:6
group (3) 21:12 46:22,23
guess (1) 72:22
guy (25) 16:16 35:23 36:13
37:7 51:23,24 53:19
71:10,15 75:16,17 80:24
81:5,23 88:13,17,19,19
94:1 101:4,6,7 103:14
103:18 106:3
guys (5) 35:17 60:23 65:4
72:4 100:20
G-A-V-A-Z-Z-A (1) 34:25
G-O-W (1) 23:14

**H**

H (1) 4:1
half (6) 49:12 57:10 76:21
77:7 98:19 110:7
hand (1) 69:25
handed (1) 48:8
handing (3) 35:22 36:14
37:23
handling (1) 55:24
handover (2) 35:17 36:15
happen (7) 80:5 88:3,4,4
95:5,5 103:7
happened (1) 91:24
happening (2) 80:8,17
happy (1) 95:12
hard (2) 75:20,20
head (1) 12:16
heading (1) 32:4
Health (1) 61:3
hear (1) 99:18
heard (1) 69:25
heart (1) 11:19
heavily (2) 25:22 26:25
Heger (3) 45:12,13,15
Hellenic (2) 49:18 51:7
Hello (3) 10:7 58:19 75:25
help (4) 13:7 21:5 24:23
59:1
helpful (2) 67:1,5
helping (1) 13:8
Hernaman (2) 26:11
108:13
high (3) 63:5,9,11
highlighted (1) 75:21
hired (1) 61:15
Hodgson (3) 36:23 37:6
43:17
hold (2) 16:12 74:15
HOLDINGS (1) 1:4
honest (13) 17:18 44:2
48:7 60:22 66:8 76:10
81:21 84:7 89:15 91:15
93:16 108:16 109:17
honestly (3) 39:15,18
66:13
hospitality (1) 53:21
hotel (12) 12:9 22:8,23
47:5,6,13 51:13 59:7
108:7 109:8,10,10
hour (6) 57:10,15,24 98:19
99:1 110:7
huge (3) 36:15 38:1,4
human (1) 93:3
Hyundai (3) 40:19,20,25
H-E-R-N-A-M-A-N (1) 26:11

**I**

idea (2) 44:5 65:17
II (3) 1:16 46:7 113:4
image (4) 9:22 10:1,4,16

immediate (1) 110:12
immediately (2) 78:10 83:6
implementation (1) 95:22
important (6) 37:5 49:5
68:16 90:17 107:10,11
improperly (1) 59:6
improve (3) 81:16 96:10,12
improvement (1) 81:14
inaccuracy (3) 101:24
103:1,4
inaccurate (2) 53:4 56:12
incident (7) 62:17 63:19
64:6,6 68:20,24 69:7
incidents (1) 64:25
include (5) 52:23 108:1,5
108:12,22
included (4) 22:24 109:2,4
109:6
including (1) 105:11
incorrect (2) 17:14 52:5
increase (1) 85:18
indicate (1) 99:20
indicates (1) 41:12
industry (20) 46:16 49:8,10
59:12 64:4 66:25 69:4
70:10,24 74:2 84:23
85:12,13,13,14 86:11,14
87:3,5 88:23
inform (2) 31:4 88:7
information (13) 36:14,15
62:14,14,16 64:10,15,24
65:2 66:25 67:5 68:4
107:7
Ingrid (2) 52:10,20
inside (1) 26:1
inspection (1) 82:2
inspections (1) 82:3
instance (15) 13:20 15:5
19:9,10 28:1 44:14 56:5
63:18 64:3,25 81:2
85:16 88:14,16 108:2
instruction (2) 97:19 98:7
Instructions (1) 42:2
insurance (13) 13:5,6,23
14:4 19:11,12,13,14
38:3 56:15 64:23 68:19
68:20
interested (5) 48:4 49:3
52:22,25 113:16
International (5) 2:20 59:4
59:5,10 113:4
interview (4) 89:10,13,22
89:23
Introduction (1) 59:25
investigation (6) 89:17
100:21,25 101:3,13,14
investigator (1) 101:4
involved (16) 19:11,14,16
19:19 21:9 54:1 61:17
70:6 71:2,3,22 89:24,25
93:2 95:1 113:13
involvement (1) 19:12
ISM (4) 32:18 35:10,10
37:5
issue (30) 13:10 14:5 15:6
15:22,25 16:1,2 38:6
53:24 69:8 70:22 71:8,9
72:23 75:16 76:12 77:9
77:12 78:11,24 81:23,24
82:13,18 89:7 95:4 96:9
96:10 100:4 103:20
issues (10) 21:1,17 37:24
44:15 69:19 75:4,7
77:11,23 96:11
Italian (1) 50:10
Italy (1) 50:9
item (1) 15:10

**J**

james.duguid@saga.co (1)

59:22
job (2) 33:11 36:25
Joe (1) 68:11
Johnson (1) 58:24
joint (2) 46:22 51:6
judge (1) 82:23
judged (1) 78:9
July (4) 29:1 30:25 46:12
54:14
justify (1) 106:17

**K**

keep (6) 58:7,9 67:9 94:1
95:7,8
keeping (1) 78:20
Kelly (4) 100:3 101:6,7,9
Kelvin (1) 26:9
key (1) 86:21
kind (3) 15:3 46:5 50:13
knew (6) 21:4 48:19,21,21
84:15,17
know (154) 9:13,14,15
11:22 14:3,7,24 15:14
15:24 17:14,17 19:15
20:23 21:11,13 27:20
30:2 32:13 35:20,25
36:14 39:14,15,17,25
43:8,14 44:2,5,5,6 45:2
45:10 48:1,4,11,15,24
49:3,9,11,12,14 50:22
51:23 52:2,19,22 53:8
54:14,19 56:2,11 57:1,7
58:17,21 59:3,4,12 61:1
63:23 64:8,20 65:4 66:3
66:5,9,9,10,12,13,14,17
66:19,22,23 67:6,12,13
67:15 68:25 70:10,23
71:16 72:21 73:16,18
78:2,3,13,13,23,24 79:6
79:9,18 80:9,10 82:1,18
82:25 83:3,13 85:7,16
85:23,25 86:10 87:10,12
88:1,3,20 89:5,7,8 91:11
91:23 93:7,16,18,20
94:5 95:4,6 96:12,13
97:5,11,12,13 98:6
100:3,10,20 103:5,7,16
104:8,11 105:18 106:5,8
106:9,13,19 107:1,2,12
108:4,19 109:7
knowledge (1) 86:23
known (3) 78:4,5 82:24
knows (2) 49:11 88:13
Kozhuharov (4) 96:4 100:3
101:4,7
K&L (1) 2:4

**L**

L (1) 4:1
lady (6) 37:2 53:1,2,5 66:4
67:14
larger (8) 28:2,7 84:5 85:24
86:3,6,7 102:12
lasted (1) 36:16
Lastly (2) 99:13 100:6
law (1) 56:13
leadership (1) 9:17
leading (1) 35:7
leaking (4) 76:7 77:13,13
77:14
leap (2) 68:21,23
left (6) 19:18 61:19 75:13
87:11 89:19,21
Leisure (31) 1:8 24:2 32:5
32:15 33:3,7,13 34:21
39:9,13,16 40:5,12 41:3
42:1,2 43:18 47:4,11,19
55:12,19 56:20 60:8,10
60:13,18 62:5,15 63:6

84:20
letter (5) 46:1,5 48:16,22
53:17
letters (2) 32:10 90:11
let's (30) 12:23 13:3,11,18
14:8 15:11,25 16:17
20:17,19 30:5 31:13
36:12 53:20 54:18 57:8
57:8,11,13,23 58:7,12
77:19 78:25 80:22 85:2
94:23 100:23 101:4
110:16
liaise (3) 37:17,18,20
liaising (1) 37:21
lies (1) 69:23
limit (1) 106:16
Lindsay (6) 70:7 71:2,22
77:22 87:7 105:7
line (9) 55:23 56:4,16 58:7
105:12 108:22 109:8,9
110:15
lines (3) 25:19 58:8,9
link (3) 41:14,14 52:13
liquid (2) 92:2,3
list (12) 11:6 18:14 33:12
33:24 35:4 42:11 59:6
63:2,5 67:24 68:8 95:20
listed (3) 20:4,8,9 23:1
34:6,13,20 37:1 41:9
44:9 45:11 107:22 111:7
listing (1) 102:16
lists (9) 19:20,23 33:1,20
36:6,8 40:9 42:17,24
little (13) 28:23 43:3 51:5
57:20 78:12,24 84:4,12
85:3 86:12 88:12,12
98:12
LLC (1) 1:5
Lloyds (3) 59:3,5,10
LLP (1) 2:4
LM (1) 8:13
LM/AZ (1) 96:1
LOC (1) 58:18
locate (2) 58:16 91:20
Log (1) 6:22
logic (1) 55:25
London (3) 2:22 19:14
113:4
long (5) 48:7,13 73:19
82:24 88:15
look (13) 15:24 29:5 30:16
40:1 48:6 58:12 60:12
61:18 64:11 66:21 67:2
67:17 92:13
looking (5) 24:16,17 44:21
45:1 64:9
looks (2) 67:2 80:24
Lorenzo (9) 1:15 3:3 6:3
7:1 111:3,15 112:3,22
113:5
lot (13) 13:23 14:7 15:7
27:6,7 28:8 44:14 56:3
84:24 86:18 87:11 94:6
98:15
low (2) 25:21 26:22
Lucrezia (3) 30:7,24 59:22
lump (1) 106:5

**M**

machine (1) 113:7
machinery (3) 68:22 90:17
100:1
Madam (1) 110:11
mail (1) 72:17
main (1) 79:11
maintain (4) 73:6,10,20
79:10
maintenance (3) 75:16
78:21 79:8
maker (2) 15:16,16

making (2) 78:12 85:21
Malvarosa (25) 1:15 3:3
6:3,7,24 7:1 8:16 9:10
10:3 14:1 16:3 20:25
31:18 58:1,15 66:20
71:17 89:1 99:3 110:3
111:3,15 112:3,22 113:6
meaning (1) 35:13
means (3) 19:27 14 45:1
meant (3) 27:3,5 72:11
mechanical (2) 15:25 16:1
meeting (4) 72:21,21,22
93:25
Melanie (3) 2:19 113:3,22
members (1) 29:21
memo (1) 31:22
mention (2) 72:6,20
merely (1) 80:20
message (5) 18:10 52:10
52:12 53:16 70:16
messages (1) 70:19
meter (2) 91:8,9
Miami (8) 2:17 40:14,20,21
40:23 41:4 57:14 61:5
Michael (2) 89:13,23
middle (1) 92:17
million (2) 25:5,6
mind (3) 41:11 57:8 61:1
mine (2) 30:23 65:1
minutes (10) 57:11,16,17
57:18,18,20,24 58:5
69:21 72:12
mislead (1) 49:6
mistake (4) 103:10,11,12
103:12
mix (1) 94:5
moment (7) 9:1 45:1 54:20
55:14 60:12 65:22 100:2
Monaco (14) 1:19,20 7:6,7
24:14,20 28:21 29:16
37:15 40:12 44:17 56:7
56:7 57:15
money (6) 21:14 27:6,7
104:21,22 106:9
monitor (1) 91:7
monitoring (3) 15:1 102:2
103:2
monitoring/assistance (1)
19:5
month (2) 48:13 72:25
months (5) 36:16 76:21
77:7 79:11 84:17
Moore (3) 2:13 89:13,23
Morace (5) 53:15,15,19
54:6,7
morning (2) 6:7,8
motion (1) 6:22
move (4) 61:6 74:1,1 80:6
moved (1) 80:20
Murallo (1) 19:9
Muralo (3) 80:11 82:21
95:11
Murolo (22) 15:19 26:15
71:6 77:20 79:24 80:4,9
81:8,15 82:19,20 86:16
87:15 88:5,11,16 92:18
93:7,17,21 94:13 108:15
Murolo's (1) 108:7
M-O-R-A-C-E (1) 53:15
M-U-R-O-L-O (1) 79:24

**N**

N (2) 2:1 3:1
name (20) 6:25 23:13 34:7
34:24,24 36:8 43:4,8,19
44:22 45:10 53:14 61:19
78:6,7 91:6 107:8
111:15 112:22 113:22

named (1) 37:3
names (1) 43:16
naming (1) 27:12
Natalia (3) 45:12,13,18
nature (1) 88:24
NAUGHTON (9) 2:12 13:17
80:13 81:19 82:22 83:2
93:14 96:6 98:4
naval (1) 11:18
Navigator (21) 9:8,9 27:21
27:23 28:2,5,13 33:21
34:23 46:24 48:23 51:17
69:20,23 71:19 75:6
81:17 87:16,19,22 90:22
necessary (4) 16:20 67:4
73:13,24
need (4) 20:23 31:5,12
96:4
needed (2) 54:19 76:14
needs (1) 91:10
negligence (2) 78:20,22
never (8) 53:7 58:17 59:9
59:15 90:12,21 92:9,9
new (7) 24:15,18 70:2
72:15 77:19 78:14 84:24
newbuilding (8) 15:20,21
15:22 19:15,16 51:4,11
51:24
newer (1) 22:13
NH (3) 36:21,21,22
Nick (5) 36:23,23,24 37:6
43:16
night (1) 79:6
non-conformities (2) 96:23
96:24
non-conformity (1) 101:2
normal (5) 12:23,23 75:15
101:13 102:12
normally (1) 88:2
noted (1) 92:9
notes (1) 89:9
notice (1) 98:7
November (2) 92:22 93:8
number (133) 4:3 6:10,10
6:17 7:5,14,15,17,21
9:11,25 10:4,11,12,18
14:10,12 16:4,5,7,22
17:5 19:8 21:20,21 22:1
22:14 23:2,4,5,7,9 25:4
25:9 26:4 28:16,17,19
29:6,14,17,21 31:13,16
31:17,19,21,23 38:13,14
38:21 39:5,6,9 40:9
41:19,23,24 42:17 45:22
45:24 46:15 49:24 50:1
50:4,16 52:6,7 53:9,11
54:10,11,23 55:1,3
58:12,13,15 59:17,19
60:19 61:24 62:1,4,20
64:11 65:7 67:8,18,19
67:21 69:10,12 73:2
74:8,10,24 76:1 78:18
79:13,19,21 81:4,9
83:15,16 89:2,3,5 92:14
92:15 94:7,8 95:14,18
96:15 99:4,5 101:16,18
104:1,3,5,16,17,19
106:7,20,22 107:13,15
108:11,22
numbered (1) 55:13
numbering (1) 105:20
numbers (1) 24:17
numerous (1) 80:25

## O

O (1) 4:1
Objection (8) 13:17 80:13
81:19 82:22 83:2 93:14
96:6 98:4
obligation (1) 101:2

obviously (3) 72:16 96:17
96:20
occasional (1) 74:5
occasionally (2) 74:3 81:6
occasions (3) 99:14,21
100:7
Ocean (4) 108:22,25
105:16,20
Oceania (4) 87:9 105:2,3,8
October (4) 16:10 17:16
22:10 70:14
offer (1) 85:19
offered (1) 85:20
office (9) 20:19 26:2 40:21
41:1,7 50:13 53:1 66:24
66:24
officer (8) 23:17 24:1 25:2
33:10 79:2,3 101:5,10
officers (4) 69:24 72:14
100:22,23
offices (1) 41:3
official (2) 32:23 48:15
Oh (3) 9:14 30:13 94:1
oil (11) 82:13 91:8,8 92:11
99:15,20,25 100:4,15,16
104:5
oil/water (7) 90:16,20 91:1
97:7,14,15 98:9
okay (43) 7:12 13:14 14:14
17:20 24:22 25:18 29:5
30:12,16 31:11,18 32:21
33:11 35:3 38:20 39:4
41:19 44:9 53:9 54:9
55:16 57:8,16,20,23
58:6 67:17 68:23 71:6
71:10 76:16 89:4,12,17
92:12 94:2 97:8 104:15
109:13 110:5,9,13,17
old (2) 61:22,22
onboard (2) 91:20 102:15
once (5) 22:2,25 23:10
90:12,21
ooOoo (1) 110:20
open (3) 58:8,9 72:5
operate (1) 63:21
Operating (3) 24:1 25:2
33:9
operation (6) 32:5 33:4
40:18 47:7 62:16 104:20
operational (2) 21:1,17
operations (12) 32:15 33:7
33:13 34:22 42:3 60:8,9
60:14,19 68:4 71:23
100:1
opposite (1) 17:19
Ops (1) 31:22
Opus (2) 2:20 113:4
ORB (1) 100:17
order (13) 11:22 20:21
21:4 63:21 64:2,5 69:4,7
74:24 78:15 79:12
105:12 107:11
organisation (11) 14:21
19:10 20:18 32:13,19
40:2,5 41:10 42:3 59:11
70:20
organised (1) 40:7
outcome (1) 113:16
outside (1) 91:1
overboard (1) 91:6
overnight (1) 73:9
owner (14) 8:20 21:14
63:22 70:6 72:1,4 77:15
77:16,16 81:7 85:17
86:19 93:2 109:16
owners (2) 11:22 106:15
Owner's (1) 104:19
owning (3) 41:15,16,18
OWS (4) 90:12,15 96:22
99:14

## P

P (2) 2:1,1
PA (1) 2:13
Pacific (10) 33:18 36:7,22
40:12 41:8,16 45:8,9
107:22 108:2
page (55) 3:2 4:3 7:20,23
9:10,20 10:7,10,16,17
10:18,18 14:12 16:7,21
17:3,4 22:1 23:1,5 25:9
29:6 30:21,22,22 36:22
39:8 43:12,20 46:14
49:21,21,23 50:3 54:22
54:24 55:2,10,11,12,12
55:15 62:22,24 64:7
73:1 91:17 92:18 95:17
96:14,16 99:7,10 107:18
111:7
pages (5) 10:13,14 30:23
100:12 111:4
Page/Line (1) 112:5
paid (18) 12:5 26:6 81:7
87:11 105:15,16 107:21
108:2,5,6,12,15,16,22
108:24 109:13,15,19
painted (1) 73:17
Paolo (1) 34:1
paper (2) 65:8 69:3
paragraph (11) 25:9 27:9
73:2,7 76:16 77:2 90:5
91:16 94:13 99:12
101:22
paragraphs (1) 25:19
parallel (1) 87:10
part (18) 33:2 38:1,4 41:9
41:18 42:18 44:12 56:19
56:21,23 64:20 72:7
73:2 75:18 78:17 80:4
99:25 109:23
particular (3) 15:19 60:25
74:3
particularly (1) 73:20
parties (4) 8:25 79:17
113:14,15
partly (1) 19:16
partnership (3) 40:19,25
41:6
Pasquale (1) 34:24
pass (2) 67:4 82:2
passage (1) 49:22
passed (1) 37:24
passenger (4) 28:4,5 68:20
85:2
passengers (2) 64:7 84:20
passing (1) 44:12
Paul (1) 47:14
pay (3) 25:5,6 85:21
paying (2) 26:2 27:6
peace (1) 85:3
Pellicciotti (3) 30:7,24
59:22
people (40) 19:8,19 20:16
20:22,23 26:6,8 27:5
28:8 29:17 31:23 33:2
33:24 36:6 41:7 42:17
43:2,3 45:18 48:3,12
49:1 56:25 60:18 63:4
66:8 71:13 74:24 80:20
81:18 84:24,24 85:15
85:24 87:5 88:16 90:2
93:19 97:20
peoples (1) 86:21
perfect (1) 70:20
perfectly (1) 49:11
perform (1) 33:2
performing (2) 33:24 61:9
period (2) 35:16 85:4
periods (2) 100:7 102:16
person (10) 22:23 31:12

34:6,13,20 35:18,22
68:8 97:8 107:9
personal (2) 81:11 93:20
personality (1) 82:18
personnel (7) 19:4 25:21
26:22 47:5,13 86:24
95:5
persons (2) 26:1,5
pertinent (2) 39:1,3
Peter (6) 34:7,11,14,17
35:21,22
Phoenix (1) 51:6
physical (1) 27:24
Pic (1) 96:1
piece (1) 90:17
pipe (6) 76:7,10,11 77:14
78:15 92:11
pipes (3) 76:9,15 79:13
piping (2) 76:3,5
placeholder (4) 9:22 10:1,4
10:16
placement (1) 45:21
Plaintiffs (3) 1:6 2:2 6:21
plan (7) 39:10,13,14,16,23
95:21 96:5
planning (2) 12:8 51:14
plans (1) 39:20
play (1) 33:6
players (1) 85:18
please (41) 6:24 7:14 8:11
16:3 23:5 31:3,4,13
38:13,20 41:20,22,23
45:22 49:24 50:11,14
53:10 54:9 57:12 59:18
61:24 62:24 65:5 66:20
69:10 74:8 79:19 83:7
83:14 89:1 92:13 94:7
95:14 99:7 101:16 102:2
104:1,15 106:20 107:13
plenty (1) 71:10
plus (2) 26:1 105:8
pm (3) 1:22 6:2 110:19
PO (1) 1:20
pod (4) 15:6,6,7,9
point (12) 13:4 35:25 47:21
70:2 72:15 77:20 87:8
91:24 93:1,24 102:18
105:2
points (1) 102:6
police (1) 56:14
Pollution (1) 100:15
poor (7) 76:19,23 77:4,6,25
85:6 86:23
port (2) 38:2 91:3
portion (1) 88:6
position (6) 16:12 33:8
74:15 92:21,23 93:10
positions (1) 86:21
possible (2) 57:21 75:11
Possibly (1) 49:18
post (2) 19:15 53:17
potential (2) 48:16 49:6
practically (1) 15:8
preceded (2) 73:11,22
preceding (2) 10:13,14
Prejudice (1) 6:22
preparation (2) 37:8 38:4
prepare (2) 24:18,24
prepared (1) 42:6
preparing (1) 29:15
presences (1) 40:22
presentation (35) 16:20
24:4,13,19,21,24 25:14
25:15,17 28:24 29:7,8
29:15,17,21 31:4 50:14
50:15,20,25,25 51:1,21
51:25 52:1,3,17,23 53:1
53:3 54:2 61:22 100:12
100:19 104:6
presented (3) 29:9,11,22

Prestige (2) 77:16 93:3
pretty (6) 9:17 66:23 72:4
75:14 82:1 98:19
prevention (2) 100:16
104:6
previous (12) 7:9,12 21:6
77:10 78:11,19 81:21,22
88:18 101:9,10,10
print (3) 53:13,16 54:3
prior (2) 25:16 91:18
proactive (1) 75:22
probably (50) 6:13 10:11
11:18 12:10 14:21 17:10
17:12,14,17 22:15 39:3
39:22,24 44:6 46:8
47:22 50:22 51:16 52:23
53:7,20 60:23 61:7,17
61:20 64:22 68:2 70:4
70:21 72:19,22 87:23
89:12 90:2 93:17 95:1
96:12 97:18 98:6,11,18
105:18 106:17 107:4,23
107:24 108:14,18,18,19
problem (35) 15:7 21:3,8
21:10,11,12 35:19,24,25
70:10,17,24,24 71:21
72:18 74:3,6 75:15
76:14 83:5 84:5,25 85:4
85:15 86:4,8,10 87:3,4,4
88:20,23,23,24,24
problematic (2) 88:21,22
problems (9) 69:17 71:18
74:20 76:8 77:15 81:12
81:16 87:2,12
procedure (7) 89:16 91:13
97:6,9,10 98:8,11
procedures (3) 96:21 97:3
97:3
proceedings (1) 111:5
Procurement (3) 13:20
19:20 20:11
produce (2) 24:12 25:17
produced (2) 25:15 107:24
productive (3) 30:13,13
54:18
productive (1) 73:11
progress (2) 75:3,22
Project (2) 16:14,15
promotion (2) 46:6 93:13
properly (4) 92:1 96:21,24
98:3
proposal (1) 105:12
propose (1) 105:7
proprietary (2) 62:13 68:3
provide (4) 33:17 35:11
48:24 61:11
provided (16) 11:7,14 12:6
12:17 13:15 14:9 17:2
21:17 47:19,23 48:8,20
48:23 51:10 98:14
109:14
provides (4) 47:4,6,11,22
providing (8) 9:6 12:25
17:23 18:3,15,24 26:7
56:9
PSSC (1) 87:18
Public (1) 61:3
pump (2) 90:23,25
purchase (1) 20:20
purchasing (3) 20:16,19
26:6
purpose (9) 6:15 8:16,18
24:7,9 29:14 54:5,15
107:5
purposes (1) 29:13
pursuant (1) 18:3
push (1) 88:14
put (13) 20:20 33:11 41:12
48:9,22,22 54:4 56:9,24
81:24 88:11 106:9 107:8

## Q

quality (16) 32:11,12,12,14
32:17 36:18 43:15,25
61:10 66:4 69:19 70:17
72:8,9,18,24
quantity (1) 36:15
quarter (2) 57:19 60:14
question (7) 27:25 44:19
44:19 66:13 67:2 76:25
87:25
questions (6) 15:13 70:15
90:2,3 102:10 110:4
quick (1) 57:9
quite (3) 27:7 38:1 100:23
quoting (1) 80:11

## R

R (3) 2:1 112:2,2
Radisson (7) 29:12 33:20
34:6 46:19 47:6,12 51:8
raised (1) 89:11
ran (1) 40:19
ranking (3) 63:5,10,11
Raphael (6) 69:15 72:17
79:24 81:10 85:17 93:5
rate (2) 64:6,6
react (2) 71:25 74:7
reaction (1) 74:6
read (9) 7:4 9:1 48:3 49:3
50:22 53:7 70:16 71:4
111:4
reader (1) 49:3
Reading (1) 60:4
reads (2) 73:7 76:17
ready (2) 52:12 93:13
realised (1) 86:7
really (4) 43:9 62:14 66:6
87:19
real-time (1) 113:3
reason (9) 36:10,21 44:8
56:1 65:14 68:14,15
83:12 112:5
recall (1) 90:8
receive (3) 30:21 69:6,6
received (1) 68:7
receiving (2) 31:7 86:18
record (11) 6:20 58:11 69:7
82:13 89:13 99:2,25
100:4,16 107:8 113:10
recorded (2) 78:1 113:7
records (1) 58:22
recruit (1) 47:5
recruitment (2) 12:9 45:18
recruits (1) 47:13
rectify (4) 75:3,20,24
103:22
reduce (4) 11:25 14:6
110:1,1
reducing (1) 24:17
refer (11) 25:8,10 55:5,22
73:21 77:25 78:23 97:10
97:18 103:23,23
reference (3) 40:17 99:11
100:5
referred (1) 97:14
referring (8) 6:17 72:9
73:14 85:9,25 94:21
97:4 102:3
refers (1) 105:6
reflect (2) 11:20 107:20
regarding (1) 68:18
Regent (15) 1:5 9:6 24:16
26:16 29:23 44:1 61:10
61:13 68:16 77:16 87:16
88:8,9 105:9,13
regulated (1) 81:7
regulation (2) 99:25 100:5
reimbursement (2) 108:3,6
related (1) 15:9

relation (1) 79:1
relations (1) 65:15
relative (2) 113:12,15
relatively (2) 25:21 26:22
relevant (1) 15:6
remain (4) 83:25 85:3
97:19 110:15
remedy (2) 75:6,8
remember (60) 11:19,21
17:18 24:12,19 25:4
26:3,4 28:20 29:2,3,20
30:3 31:6,6,10 36:16
39:18 40:25 41:5,17
44:22 45:14 46:9,9 48:7
53:24 59:13 60:3,23
61:5,7,16,20 64:1,2
77:10,14 87:7,9,23
89:14,19,20 90:1,25
91:15 92:2 95:10,10
103:19 104:14,23 105:4
105:5,10,23 108:9,9,15
remove (1) 94:15
renewal (1) 87:18
reorder (1) 110:14
reorganisation (4) 32:5
33:3,12 34:21
repair (5) 15:24 74:25
77:22 78:12,15
repeat (12) 16:11 18:9
27:25 32:22 60:11 64:21
64:21 65:22 76:25 82:20
102:18,22
replied (1) 70:8
reply (6) 15:12 41:11 66:12
76:11 83:7 88:1
report (12) 37:10 62:6,6
65:10 67:24 74:23 75:1
75:1,10,17,18 106:10
reported (2) 77:12 94:22
reporter (8) 2:18 18:5,8
71:7 110:11,13 113:1,4
reporting (2) 37:13,15
reports (1) 75:1
requested (1) 11:22
require (1) 97:15
required (3) 32:18 102:2
103:2
resource (1) 93:3
responding (1) 86:15
response (2) 81:8 90:10
responsibility (1) 71:25
responsible (1) 37:7
rest (2) 63:4 64:16
retain (1) 91:2
revealing (1) 69:2
review (7) 17:14 21:1 62:6
62:6,9 67:24 100:16
Richard (8) 36:23 37:16,19
38:17 44:6 90:17 92:12
102:8
right (24) 10:17 23:2,19
27:4,21 33:25 36:19
37:11 38:12 40:23 42:11
42:13,19,22,25 44:1,10
45:4 50:18 57:6 87:22
100:11 102:20 109:14
right-hand (1) 44:23
Roberto (2) 8:2 30:24
Robin (4) 70:7 77:22 83:24
105:7
Rogers (6) 38:17,18,19
43:18,24 44:3
role (1) 33:6
Romano (1) 50:5
Ron (7) 35:19 37:11,20,20
37:21 38:11 66:18
room (2) 18:10 73:17
routine (1) 78:21
routines (1) 78:21
RSS (2) 33:21 34:23

S

RSSC (16) 8:12 9:2,3 10:22
12:7,12,15 16:8 18:6,16
24:4 25:13 28:24 31:3
107:21 108:2
rules (1) 7:11
run (1) 85:7
running (2) 29:25 92:10
R.L (2) 1:4,5

S

S (5) 1:4,5 2:1 4:1,1
safety (9) 32:11,11,12,17
36:18 43:15,25 61:10
66:4
saga (3) 60:4 96:22 97:14
salary (3) 85:18,24 108:3
sales (5) 39:10,13,16,20
47:7
SAM (6) 1:8,19 42:1 62:5
62:15 63:6
satellite (5) 40:13,13,16,16
40:20
satisfied (1) 13:4
Sauleau (1) 69:15 72:17
79:24,25 80:3,11 81:16
83:19,20 92:18 93:5
save (1) 21:14
saw (4) 58:17 92:5 94:21
94:22
saying (17) 14:22 25:2,5
44:20 48:11 55:13 69:2
71:5,6,8,14 79:5 94:1,24
96:12 100:24 101:12
says (29) 8:10 11:2 12:16
25:20 27:3 31:1 32:8
34:2 36:2,18 37:9,10,20
40:4,11 46:21 75:18
77:1,2 80:4 88:6 90:4,7
91:17 92:19,24 96:1
99:12 101:22
Sea (1) 46:6
Seabourn (1) 46:2
search (1) 87:5
Seas (8) 1:4,5 29:12 46:19
46:24,25 47:6 51:8
second (28) 7:18 11:9
12:14 17:15 18:19 21:22
25:8 27:9 30:17 31:15
33:16 35:10 46:14 54:24
58:16 62:2,24 73:1,2,7
91:16 94:11,13 98:21
99:7 101:19,21,22
secretarial (1) 30:14
secretary (9) 17:13 30:8
37:1 44:9 52:21,21
53:13 54:3,3
section (2) 39:9 40:1
see (82) 7:20 8:11 9:25
11:4,11 12:8,17 13:25
17:1,6 19:21 20:2 21:4
21:24 23:5 29:6 30:5,19
33:18 36:21 38:18 39:15
39:24 42:3,15 43:19
44:20,21,25 45:1 46:16
47:1,8,16,21 50:5,14
51:2,8 52:14 53:20,23
53:10,16 56:5,12,12
58:4 60:1 62:10 64:7
65:16 67:5,23 68:12
69:8,8,20 70:14 71:24
74:19,20 83:24 88:18
89:6 91:22 92:17,24
94:3 95:23 96:11,22
97:1 100:2,17 105:3
108:20,24 109:7,11,11
seeing (1) 59:13
seen (8) 46:10 51:19 59:6,9
59:15 70:5 85:20 107:1
self-explanatory (1) 25:3
send (25) 24:22 44:16,16
50:24 51:1,25 52:25
53:3,17 54:4 63:24 64:4
65:13,20,24 66:19,19
67:8,13 75:11,16 78:13
83:7,7,9
sending (11) 22:12,25 24:7
24:10 31:6 38:16,24
44:17 53:12 63:20 74:19
sends (1) 75:17
senior (7) 9:17 19:4,10,17
19:19 29:22 60:9
sense (6) 14:23 27:23,24
56:25 77:18 78:1
sent (53) 9:11,13,16 22:10
22:13 23:9,13,21,24
24:23 29:16 31:7,22
37:4 46:4,10,11,12
50:15,21 51:22,22 52:12
52:19 53:7 54:2 59:5,21
63:1,13,24 64:1 65:11
65:12,22 66:3,6,14
67:14 68:11 71:14 74:12
74:16,23,25 75:5,10,12
89:8,8 91:24 93:4,5
sentence (1) 78:17
September (1) 40:13,18,18,23,24
41:4,5
separate (6) 19:24 20:4,13
20:24 29:19 30:18
separator (8) 90:16,20
91:2 97:7,14,15 99:15
99:21
September (9) 7:24 17:17
23:11 24:10 26:15 48:23
48:24 83:20 84:15
series (6) 6:13 11:13 30:18
33:23
serious (1) 84:7
served (1) 23:16
service (19) 8:6 12:6,24,24
13:6,13,23 15:18 18:6
18:16 21:6 26:7 27:8
51:10 66:15,15 91:25
92:4 97:8
simple (1) 15:25
simplify (1) 40:5
simply (1) 97:17
sir (7) 6:9 7:8 21:20 23:4
28:16 29:13 31:21
situation (16) 11:20 13:8
67:6 79:7 84:3,3,10,22
84:22 85:11,12,13,14
86:1,19 88:8
situations (1) 87:20
six (5) 25:18 26:3,3 29:19
36:16
size (1) 28:10
skipping (1) 45:23
slide (1) 100:12
slideshow (1) 60:1
slow (1) 78:12
small (3) 49:10,13,14
smallest (1) 28:13
social (1) 108:8
soliciting (2) 29:18 31:8
solve (3) 21:12 74:6 81:12
somebody (8) 18:9 39:25
50:8 60:25 89:14 97:8
107:2
Song (4) 33:20 34:14 47:12
48:8
sorry (31) 10:2,8 16:11
17:16 18:5,5,8 21:22
32:22 36:12 37:20 41:21
41:22 44:20 51:5 60:11
60:21 64:18 65:22 67:7
68:1 75:12 78:7 82:8
88:12 90:14 101:21
102:18,22 104:9 109:5
sort (3) 10:6 74:17,18
sorted (1) 75:16
sounding (3) 101:23
102:25 103:3
shipping (1) 70:23
ships (24) 9:6 11:6,14
27:12,19 28:14 36:7
42:21 44:1 49:14,17
51:15 61:12,16 62:11
64:17 70:1 74:5 84:24
86:19 87:14 105:8,9
106:7
shore (8) 83:4 90:24 95:5
97:8,20 98:9,10,12
Shoreside (1) 104:20
short (2) 48:4,17
shortages (1) 86:20
shorthand (1) 113:8
show (5) 24:14,18 29:14
30:4 67:10
showing (1) 55:18
shown (36) 4:2 7:17 16:5
21:21 23:7 28:17 31:16
38:14 39:6 41:24 45:24
50:1 52:7 53:11 54:11
58:13 59:19 62:1 65:7
67:19 69:12 74:10 77:17
78:4 79:21 83:16 89:3
92:15 94:8 95:18 99:5
101:18 104:3,17 106:22
107:15
shows (1) 62:25
shrink (1) 49:20
sic (4) 34:6 37:17,19 55:3
side (20) 19:13,13 44:23
69:6 70:22 76:13,13,18
76:23 77:3 78:3 80:25
82:1 83:4 84:21 85:5,5
86:8 88:14 91:13
signature (1) 62:22
signed (5) 46:22 89:6
111:14 112:21 113:21
significance (1) 14:25
similar (6) 24:8 27:19,22
27:23 63:25 65:8
sourcing (1) 45:18
South (1) 2:5
Southampton (2) 40:13
41:9
SOUTHERN (1) 1:1
space (2) 68:22 100:1
specialistic (1) 100:4
specific (3) 54:20 56:14
86:9
specifically (1) 30:3
specified (2) 47:23 49:20
specify (2) 8:19 11:24
specifying (2) 36:1 48:10
speculation (5) 80:14
81:20 83:6 96:7 98:5
spend (3) 14:4 106:13,16
spent (1) 106:11
splits (1) 104:21
spot (1) 71:4
spreadsheet (4) 10:6,7,10
16:17
spreadsheets (1) 30:14
SQ (1) 36:18
SQM (1) 32:11
SQMS (4) 32:4,10,16,16
staff (1) 75:19
stage (1) 93:6
stand (5) 32:10 36:3,4,21
44:24
standard (1) 97:6
stands (1) 43:17
start (3) 24:16 101:2 110:8
started (2) 35:16 61:9
starting (1) 78:20
starts (4) 19:2,3 80:2 96:19
state (4) 6:24 27:10 93:8
105:14
statement (8) 25:20 48:4
49:16 51:19 75:23
102:21,22 111:15
statements (1) 82:7
STATES (1) 1:1
stay (3) 58:7 95:2,13
steam (6) 76:3,5,7,9,10,13
step (2) 94:15,23
stop (1) 78:9
storage (1) 54:17
story (1) 56:15
Strengths (2) 55:4,6
strike (2) 6:22 28:19
string (1) 79:23
strong (6) 71:11 83:12
93:17,20 102:1 103:11
structure (2) 21:10 41:9
60:8,14,19 69:2
struggle (2) 69:24 72:13
stuff (1) 97:20
subcategory (1) 11:10
subject (4) 8:5 16:8 24:4,15
subsequent (2) 17:10
94:24
subsidiaries (1) 40:6
subsidiary (1) 41:12
substantive (1) 90:4
succeed (2) 84:4,12
suffer (1) 86:20
suffering (2) 85:4 87:1
sufficient (1) 87:24
suggest (2) 69:21 72:12
suggested (1) 102:8
Suite (2) 2:6,14
sum (2) 68:21 106:5
summary (2) 8:11 89:7
super (3) 13:6 34:2,4
superintendent (19) 34:3,5
34:13,23 35:5,5,9 36:11
36:19 37:13,14 42:21,25
43:16,25 61:3,11,19
98:7
superintendents (3) 37:10
97:23 98:1
supersecret (1) 69:1
supervision (1) 51:11
supplier (1) 21:15
suppliers (1) 20:22
supplying (1) 68:17
support (13) 6:22 12:21,23
12:24 13:1 18:20,21
19:3,25 20:10 20:25
27:8 44:3
supported (2) 25:22 26:25
supporting (2) 15:10 36:24
Supt (1) 36:18
sure (24) 18:12,12 41:2
44:7 46:10 49:19 58:18
59:12 60:13 66:17 77:1
82:16 93:25 97:11,19
98:19,22 101:8 102:1
103:1 104:8 108:18,25
109:20
sustained (1) 102:16
Swan (2) 49:18 51:6
sworn (1) 6:4
Sylvie (1) 67:15
system (11) 32:14,17 67:13
76:3,6 90:13,21 91:9,25
92:1,6
S&Q (2) 43:21,21
S-A-U-L-E-A-U (2) 69:15
79:25

T

T (3) 4:1,1 112:2
tab (1) 6:18
tabbed (4) 6:10,20,21 7:15
tailor-made (1) 49:19
take (18) 29:5 30:16 36:24
57:9 58:12 64:11 66:20
72:2 81:11 83:11 92:13
92:20 93:9 96:13 98:23
107:2,8 110:7
taken (4) 1:18 61:22 111:5
113:6
Takeover (1) 106:24
takes (1) 51:5
talk (9) 15:18 38:7 58:2,3,8
58:10 71:15 97:25 98:1
talked (4) 17:4 28:23 29:15
73:15
talking (15) 15:10 26:8
73:19 77:16 78:22 84:10
84:14,14,25 85:11 87:21
97:22,23 98:2 102:20
talks (3) 21:16 76:1,3
Tami (3) 24:15 25:4,11
tankers (1) 85:5
task (1) 72:16
tasks (1) 32:20
Tax (5) 11:11,17 12:5 18:2
18:13
taxes (1) 108:8
TC (1) 36:2
team (3) 20:15 55:7 60:11
technical (28) 32:5,15 33:3
33:7,13,17 34:22 35:12
36:3,4,5,6,12 47:5 59:6
62:25 64:16,18 71:13,18
71:21 76:18,23 77:3,7
86:23 88:16 93:18
Tel (2) 2:8,16
Telephone (1) 2:25
tell (5) 14:8 49:9 56:22
58:22 105:20
telling (1) 75:2
temporary (1) 85:24
ten (8) 49:21 57:16,17,17
57:18,20 94:4 98:25
tension (1) 11:24
term (4) 64:23,23,23,24
terms (1) 49:16

97:23 98:1

May 3, 2011                         Seven Seas Cruises et al v. V Ships Leisure Sam et al                    Lorenzo Malvarosa (Volume II)

119

Terrevazzi (3) 7:24 14:22
22:3
terrible (1) 86:13
test (2) 90:13,21
tested (1) 92:10
testified (1) 6:5
testimony (4) 58:2 111:5
113:5,10
TESTING (2) 91:19,20
text (1) 8:10
thank (5) 50:13 53:21 58:6
110:3,10
Thanks (1) 58:6
thereof (1) 111:9
thing (5) 15:14 63:24 64:10
64:21 80:22
things (9) 12:20 16:20
17:13 25:6 67:10 76:2,2
101:11 105:25
think (102) 8:21 11:21,23
12:13 14:6,19,21 21:5
24:15 25:3,16 26:14,18
26:20,20 27:21 32:17
33:9 37:23 38:25 41:1
41:15,17 45:3,19 48:1
49:1 51:16,22 52:23
53:23 54:17 55:23 56:15
57:3 59:8,11,16 60:21
61:1 63:15,16,24 64:9
65:2 66:16,22,22,24
67:22 69:23 70:13 71:1
72:19 73:21 74:2 75:12
76:13 77:9,20 78:23,25
80:9 81:21,22,25 82:11
82:16 85:9,16 89:12
91:12,14 92:10 93:2,18
93:22,24 94:18,25 97:5
97:10,10,18,25 98:15
100:9 101:6,7,8 103:6
103:23 104:24 105:6,9
105:24 106:12 108:24
108:25 109:3,15,19
thinking (1) 44:4
third (7) 12:3 29:6 39:8
42:13 43:20 60:7,15
thirty (1) 49:14
thought (4) 12:22 13:3,10
84:8
Thraum (2) 24:4 25:11
three (19) 10:13,25 25:18
36:7 48:14,14 51:15
79:10 81:24 82:5,6,9,10
82:17 84:17 99:11 105:8
105:9,21
throw (1) 83:11
tight (1) 57:21
till (5) 48:13,14 57:14,15
57:19
time (72) 8:19,21 9:7,18
11:23 13:11 14:5 15:10
15:17 18:15 19:11,12,14
25:13 26:14,17 29:8
30:15 33:14 35:13,14,14
37:23 39:22 41:15 47:20
48:5,7,19 51:2,5,16 52:2
52:3 56:17 57:14 61:3,6
61:11 64:4,9 65:3 66:16
70:2 71:19,20,20,21
72:3,15,19 73:19,19
74:21,21 78:16 81:11
85:4,10,17 86:7 87:8,19
88:20 89:18,21,24 94:19
98:24 100:7 102:15
105:13
times (3) 29:19 80:5 85:17
timing (1) 61:21
tired (1) 94:23
title (4) 32:8 35:7 36:1
41:11
toilet (1) 98:24

told (7) 36:11 44:12 56:1
68:15,15 101:1 103:13
tonnage/services (1) 27:12
top (16) 10:23 12:24 13:1
13:11,13 14:24 27:8
30:21 35:7 36:2 60:11
81:8 83:18 96:14 99:10
99:12
totally (4) 13:4 52:4,5 88:8
trade (1) 78:10
train (1) 80:4
trained (1) 15:20
training (3) 102:2 103:2,24
transcribed (1) 113:8
transcript (3) 110:12 113:6
113:9
transcription (1) 111:8
transfer (1) 109:18
transferred (2) 48:6 109:22
translate (1) 50:10
transparent (1) 71:1
travel (5) 12:9 51:4 106:4
106:15 108:7
travelling (4) 105:25 106:2
106:3,6
troubleshooter (1) 74:19
true (7) 81:1,1,15 87:1
90:20 111:8 113:9
truthful (3) 82:19,21 83:1
try (8) 14:6 15:12 21:13
46:6 48:17 71:23 78:14
105:12
trying (9) 20:20 54:5 58:16
70:11,25 83:24 104:25
105:1,7
Tuesday (4) 1:22 6:1 111:6
113:7
Tumi (1) 25:10
turn (43) 7:14 9:20 16:3,21
21:20 23:4 28:16 31:13
38:12 39:4,8 41:19
45:22 46:14 49:24 52:6
53:9 54:9,22 59:17 60:6
61:24 62:24 65:5 69:10
73:1 74:8 79:19 83:14
89:1 94:7 95:14,17
96:14 99:3,7 100:11
101:16 104:1,15 106:20
107:13,17
twelve (1) 58:5
twenty (2) 57:14,15
two (22) 12:10 13:2 15:14
15:15 18:24 20:4 25:18
26:1,5,8 27:5 35:17 36:6
36:17 37:6 43:16 81:12
81:16 82:11,12,17 99:11
two-year (1) 39:19
type (6) 21:16 35:24 70:24
95:6 97:9 101:15
T-U-M-I (1) 25:10

U

Uh-huh (15) 11:1 17:25
19:6 23:8,18 28:25
31:24 46:17 58:25,25
59:23 76:4 77:5 84:6,9
UK (7) 11:11,17 12:5 18:2
18:13 60:5 108:8
UK's (3) 76:22,24 77:8
undeniable (1) 74:4
underneath (1) 37:9
understand (8) 32:19
44:21 45:20 48:17 59:2
66:5 83:5 103:9
understood (1) 96:22
unfortunately (1) 70:21
unit (6) 55:12,19 56:20,24
63:17 91:18
UNITED (1) 1:1
unnatural (1) 55:24

unusual (1) 100:23
updated (2) 61:23 67:22
USD (1) 22:23
use (1) 103:24
usual (5) 50:23 89:17
109:25

V

valuable (1) 65:3
various (13) 6:17 8:24
32:20 33:1,2 71:12 76:2
79:12 101:11 104:6
105:10,11,15
venture (2) 46:23 51:6
verbal (6) 73:12,23,25 81:3
83:8,9
verbatim (1) 113:10
verify (2) 99:13 100:6
verifying (1) 101:11
version (4) 17:11 22:13
31:9 39:18
vessel (16) 35:23 40:19
73:5,8,9,15,20 76:18,22
76:23,24 77:3,6,8
106:24 107:9
vessels (7) 33:17,25 35:8
35:11 42:15,19 47:4
vetting (3) 29:20,21,24
VF (1) 43:1
view (2) 60:24 65:15
Visimberga (10) 74:13,15
74:17 75:2,5,12,14 77:1
78:14,18
Visimberga's (1) 76:16
visit (2) 50:13 88:1
visually (1) 95:10
Vitorrio (1) 42:25
Vittorio (6) 55:22 62:25
63:8 66:7,11,11
Vlasov (4) 41:14,15,16
46:22
volume (2) 1:16 20:20
Voyager (4) 9:9 15:22
28:10 51:17
vs (1) 1:7
VShips (2) 25:22 50:14
V-E-T-T-I-N-G (1) 29:20
V.Ships (64) 1:8,19 7:4 8:12
8:24 9:5,17 14:15 19:4
19:18 23:17 24:1 25:1
26:25 32:5,15 33:3,6,13
33:17 34:9,11,18,21
35:11 39:9,12,16,19
40:12,22 41:3,16 42:1,2
43:18 45:15 47:4,11,19
49:5 52:16 55:12,19
56:20 59:25 60:7,9,16
60:13,18 61:12 62:5,15
63:5 68:4 76:22,24 77:8
83:25 104:6,22 105:16
107:21

W

Wachovia (1) 2:5
wait (6) 55:14 69:21 72:12
91:8,8 98:21
want (13) 11:25 48:2,3
49:21 53:17,20 63:16
66:15 68:22 81:2 88:7
109:17 110:1
wanted (1) 109:25
wants (1) 49:20
warning (5) 73:25 81:3
83:8,9,9
warnings (2) 81:4 83:8
warning/clarification (2)
73:13,23
wasn't (2) 20:7,8
watch (1) 78:20

water (7) 76:13 90:8,9 91:5
99:15,21 102:13
way (10) 50:23 56:14 60:7
60:15 63:17,22 75:22
98:20 103:15 113:16
WC2A (1) 2:3
weather (1) 102:17
went (11) 17:13 53:23,23
61:14 75:14 78:5,8
85:17 101:8 104:22,22
weren't (1) 61:13
west (2) 51:6 81:1
we'll (1) 110:8
We're (1) 45:23
We've (1) 57:9
white (1) 30:20
Whitehead (7) 34:7,9,11
34:14,17 35:21,22
wide (1) 72:5
wild (1) 80:25
witness (36) 4:2 7:17 16:5
21:21 23:7 28:17 31:16
38:14 39:6 41:24 45:24
50:1 52:7 53:11 54:11
58:13 59:19 62:1 65:7
67:19 69:12 74:10 79:21
83:16 89:3 92:15 94:8
95:18 99:5 101:18 104:3
104:17 106:22 107:15
111:4 113:5
word (1) 17:11
words (2) 71:11,12
work (16) 20:8,14 26:16
30:14,15 38:1 42:2 46:6
54:6 55:25 61:5,14
64:20 74:24 75:6 81:6
worked (2) 45:15 105:20
working (12) 27:6 30:8
75:20,20,24 79:6,14
92:1,6,7,9 98:14
workshop (1) 68:24
worry (1) 95:11
worse (1) 68:24
worship (1) 68:22
worth (1) 13:6
write (4) 49:2,15 56:14
103:8
writes (2) 78:18 81:8
writing (1) 48:21
written (13) 13:16 22:20
25:1 30:22 35:11 39:16
51:20 72:6 81:3 83:8,8
97:10 98:8
wrong (9) 57:4 61:1 68:2
76:5 103:21,21,22,22,23

X

X (3) 3:1 4:1 106:9

Y

yacht (3) 52:23 56:8,23
yard (3) 2:21 50:9,9
year (7) 39:22 67:23 68:4
86:13 88:21,22 91:14
yearly (1) 39:23
years (9) 19:18 48:14,14
81:13,16 82:25 86:11
94:4 107:22

Z

zeroing (2) 87:15 88:9
Zito (11) 23:24,24,25 25:1
55:23 56:4,17 57:4
59:24 69:18 96:2

$

$10,000 (1) 85:20
$2,000 (1) 15:17
$3,000 (1) 15:17

$48,000 (1) 105:23
$48000 (1) 106:7
$5,000 (1) 85:22

0

0 (1) 2:25
06 (1) 26:15
0600 (1) 2:16
09-23411-CIV-UNGARO/...
1:11

1

1 (7) 2:21 40:13,16 54:24
55:14 95:19 102:12
1.10 (1) 25:6
100% (5) 57:3 66:17 97:11
97:19 108:25
101 (1) 5:8
104 (2) 5:9,10
106 (1) 5:11
107 (1) 5:12
11 (6) 4:11 39:5,6,7,9,12
11.30 (1) 110:8
1100 (1) 2:14
12 (3) 41:20,21,22
13 (3) 4:12 41:23,24
13th (1) 29:1
14th (1) 58:23
15% (1) 56:8
16 (1) 4:5
17 (7) 4:13 30:22 45:23,24
45:25 46:1 99:25
19 (1) 46:12
1998 (1) 46:22

2

2 (9) 2:20 7:4 40:13,16
54:24 55:14 95:19
102:14 109:22
2JR (1) 2:23
2.19 (2) 1:22 6:2
2.5 (1) 25:5
20 (7) 2:25 4:14 49:25 50:1
50:2,4,16
20th (3) 104:12,21 105:17
20% (1) 68:23
200 (1) 2:6
2000 (3) 32:1 33:8 48:24
2001 (4) 39:13 46:11,12,12
2001-2003 (4) 39:10,17,24
41:15
2003 (4) 39:13,25 58:23
63:15
2005 (17) 7:24 16:10 22:10
29:1 31:1 42:4,9,12,12
42:18 43:24 44:13 52:10
54:14 55:19 56:20 67:23
2006 (6) 23:11 24:11 67:25
68:1,5 109:7
2007 (5) 60:22 61:8 91:21
104:12 109:8
2008 (10) 70:14 83:21
84:16,21 86:13 88:21
92:22 93:8 104:21
105:17
2009 (2) 74:22 77:22
200905.xls (1) 8:8
2010 (2) 77:23 84:19
2011 (4) 1:22 6:1 111:6
113:7
21 (5) 4:6,15 52:6,7,8
22 (3) 4:16 53:10,11
22nd (1) 32:1
221 (1) 2:16
23 (6) 4:7,17 54:10,11,23
54:24
230 (6) 108:24 109:3,7,12
109:12,19
24 (2) 1:19 7:5

28 (1) 4:8
29 (6) 4:18 58:12,13,14,15
58:17
29th (1) 74:16

3

3 (18) 4:4 7:15,15,17,21
9:11 10:15,18 14:10,13
17:5 22:14 54:24 55:3
55:14 66:21 95:19
102:15
3rd (7) 1:22 6:1 17:16
22:10 52:10 111:6 113:7
30 (1) 17:17
30th (1) 7:24
3008 (1) 2:25
305 (1) 2:8
31 (7) 4:9,19 59:17,19,20
59:21 60:20
31st (1) 60:22
33 (6) 4:20 61:25 62:1,4,5
62:20
33131-2399 (1) 2:7
33134 (1) 2:15
3316 (1) 2:8
34 (10) 4:21 64:12,13 65:6
65:7 66:1,2,3,6 67:8
35 (9) 4:22 66:1 67:18,19
67:20,20,21,22 68:8
355 (1) 2:14
38 (9) 4:10,23 69:11,12,13
69:14,17 72:7 73:2
39 (7) 4:11,24 30:22 74:9
74:10,11 78:18
3900 (1) 2:6

4

4 (22) 4:5 10:7,7,10,10 16:4
16:5,6,7,22 17:3 24:9
54:22,24,25 55:2,10,11
55:13,16 95:19 96:16
4th (1) 54:14
4.1 (2) 40:1,3
40 (5) 5:1 79:20,21,23 81:9
40% (1) 41:15
41 (1) 4:12
43 (3) 5:2 83:15,16
44 (7) 2:25 5:3 89:2,3,5,6
91:17
45 (1) 4:13
46 (5) 5:4 92:14,15,16 94:9
47 (3) 5:5 94:7,8
48000 (2) 106:13,16

5

5 (10) 4:6 21:20,21,23 22:1
22:5 23:2 24:9,9 96:16
5.03 (1) 110:19
50 (7) 4:14 5:6 41:17 95:15
95:16,18 96:15
50% (1) 41:16
500 (2) 28:5 109:11
500-passenger (1) 46:24
510 (1) 109:11
52 (4) 4:15 5:7 99:4,5
520 (1) 109:11
53 (1) 4:16
533 (1) 109:11
539 (1) 2:8
54 (1) 4:17
58 (2) 4:18 22:23
59 (1) 4:19
5900 (1) 2:25

6

6 (11) 3:4 4:7 23:4,6,7,9
24:9 25:9 96:14,16,16
61 (7) 5:8 101:17,18,19
102:23,23,24

OPUS 2 International                                                                 depos@opus2international.com
Official Court Reporters                                                              +44 (0)20 3008 5900

**62 (1)** 4:20
**63 (5)** 5:9 104:2,3,4,5
**630 (1)** 1:20
**65 (6)** 4:21 5:10 104:16,17 104:18,19
**66 (6)** 5:11 106:21,22,23,24 107:16
**67 (7)** 4:22 5:12 107:14,15 107:16 108:11,22
**69 (1)** 4:23

— 7 —

**7 (7)** 4:4,8 28:16,17,19 29:6 29:14
**70% (1)** 64:22
**700 (1)** 28:4
**720-passenger (1)** 46:25
**74 (1)** 4:24
**786 (1)** 2:16
**79 (1)** 5:1

— 8 —

**8 (7)** 4:9 31:13,16,17,19,20 31:21
**8th (2)** 23:11 30:25
**83 (1)** 5:2
**89 (1)** 5:3

— 9 —

**9 (4)** 4:10 38:13,14,21
**90% (1)** 98:9
**92 (1)** 5:4
**94 (1)** 5:5
**95 (1)** 5:6
**95% (1)** 98:9
**98000 (1)** 1:20
**99 (2)** 5:7 48:23