# EXHIBIT 3

| | |
|---|---|
| **From:** | Malvarosa, Lorenzo - Chief Executive Officer V.Ships Leisure <lormal@maritimelink.com> |
| **Sent:** | Friday, September 30, 2005 3:10 AM |
| **To:** | Terrevazzi, Mauro <Mauro.Terrevazzi@vlasovgroup.com>; Bonaventura , Ettore - Managing Director Vlasov Shipholdings <Ettore.Bonaventura@vlasovgroup.com>; Giorgi, Roberto - President V.Ships <Roberto.Giorgi@vships.com> |
| **Cc:** | Bjornsen, Per - Project Director <Per.Bjornsen@vships.com> |
| **Subject:** | |
| **Attach:** | FEE-SERVICE 200905.xls |

Pls see attached summary of services given by V.Ships to CPUK and RSSC

lm

A0389504

Placeholder Image

A0389505

| VESSEL | MANNING & ANC SERVICES CELTIC/ V-SHIPS | | MANAGEMENT SERVICE V-SHIPS / SSC | | |
|---|---|---|---|---|---|
| | MONTHLY FEE | CONTRACTUAL SERVICES | MONTHLY FEE | CONTRACTUAL SERVICES FOR UK TAX COMPLIANCE | SERVICES PROVIDED IN ADDITION |
| SS NAVIGATOR | $7,217 DECK & ENGINE MANNING FEES ACCORDING TO NATIONALITY | EMERGENCY SITUTATION ASSISTANCE<br>INSURANCE PLACING<br>INSURANCE CLAIMS HANDLING<br>PROCUREMENT<br>RECRUITMENT DECK & ENGINE<br>DECK & ENGINE CREW ADMINISTRATION<br>DECK & ENGINE TRAVEL<br>ACCOUNTING AND FINANCIAL REPORTING | MANAGEMENT: $41,191<br>$58 CREW MONTH | MARINE PLANNING<br>RECRUITMENT HOTEL<br>HOTEL CREW ADM.<br>HOTEL CREW TRAVEL<br>ACCOUNTING AND FINANCIAL REPORTING | V SHIPS EFFECTIVE BACKSTAGE MANAGEMENT<br>ELECTRONIC/ELECTRICAL MONITORING & MANAGEMENT<br>REVIEW OF OPERATIONAL ISSUES<br>REPRESENTATION IN INTERNATIONAL AND INDUSTRY FOR A LIKE ICCL, NWICA, ETC.<br>DRY-DOCK MANAGEMENT & CONTRACTS<br>PROCUREMENT AND MARCAS ACCESS<br>EXTRAORDINARY INSURANCE MANAGEMENT FOR LARGE AND NOT STANDARD CLAIMS (PODS, 9/11/BOWTHRUSTERS)<br>POST-NEWBUILDING FOLLOW UP INCLUDING (PODS, CLAIMS (RR ETC)<br>NEWBUILDING ADVICE , SUPPORT AND MANAGEMENT |
| SS VOYAGER | $7,395 DECK & ENGINE MANNING FEES ACCORDING TO NATIONALITY | AS ABOVE | MANAGEMENT: $43,582<br>$58 CREW MONTH | AS ABOVE | AS ABOVE |
| SS MARINER | N/A | N/A | $44,434 DECK & ENGINE MANNING FEES ACCORDING TO NATIONALITY<br>$58 PER HOTEL CREW/MONTH | MARINE PLANNING<br>TECHNICAL SERVICES/OPERATION<br>DRY-DOCK AND REFURBISHMENT<br>EMERGENCY SITUTATION ASSISTANCE<br>INSURANCE PLACING<br>INSURANCE CLAIMS HANDLING<br>PROCUREMENT<br>RECRUITMENT DECK & ENGINE<br>DECK & ENGINE CREW ADMINISTRATION<br>DECK & ENGINE TRAVEL<br>ACCOUNTING AND FINANCIAL REPORTING<br>RECRUITMENT HOTEL<br>HOTEL CREW ADM.<br>HOTEL CREW TRAVEL<br>ACCOUNTING AND FINANCIAL REPORTING | N/A |
| PAUL GAUGUIN | N/A | N/A | $58 CREW MONTH | RECRUITMENT HOTEL<br>HOTEL CREW ADM.<br>HOTEL CREW TRAVEL<br>ACCOUNTING AND FINANCIAL REPORTING | N/A |

A0369505